Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Sheila Bell

§
§
§
versus                                           §          CIVIL ACTION NO. _____
§
Suzanne Schwab Radcliffe          §
Galveston County Medical Sonner §
Mark   Henry                              §
Judge   Susan  Baker
Cheryl  Triplett
Joyce  Washington          ORIGINAL COMPLAINT

Please  See" Attached" Complaint

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

Sheila Renee Bell

vs.

Suzanne Schwab Radcliffe

Mark Henry (County Judge)

Galveston County Medical Examiners Office

Judge Susan Baker

Cheryl Triplett (CPS Director)

Joyce Washington

## CIVIL RIGHTS COMPLAINT, SUMMARY JUDGMENT, PROTECTIVE ORDER

TO THE HONORABLE JUDGE:

I, Sheila Bell, am suing the Defendants for $106 Billion in Actual & Punitive damages under 42 USC 1983 for: Violating my Civil Rights, Fraudulent Concealment, causing me *loss & injury*, the return of my son *Christian* & my dads remains. I have old & *new* causes of action.

**Request For "Summary Judgment"**

I, Sheila Bell, request "Summary Judgment" in this matter.

**"the moving party is entitled to judgment as a matter of law**." *(See King v. Brewer, 577 F.2d 435, 439 (8th Cir.1978)*

**"…when there are not exigent circumstances to justify a social worker's warrantless removal of a child from her parent's home, a district court errs in granting summary**

1

**judgment in favor of the social worker..." Government officials are required to obtain prior judicial authorization before intruding on a parent's custody of her child..."The constitutional right of parents and children to live together without governmental interference is well established. The Fourteenth Amendment guarantees that parents will not be separated from their children without due process of law except in emergencies.** *"Mabe v. San Bernardino County, Department of Public Social Services*

## Background

This "crux" of this case hinges on the fact, Suzanne Schwab-Radcliffe was paid *Federal Funds* as judge while *doubling* as a lawyer from 1997-2013 in Violation of Law, *concealed* it from me & made Court Orders that *still* injure me. (See pgs. 204, 206, 210 & 220.)

Ms. Radcliffe was an *attorney*, not a *Judge*. Her *illegal* Court Orders *still* cause me harm.

Galveston County were Pro-Adoption & *used* "State/Federal Funds" for Adoptions.

Cheryl Triplett (CPS) "concealed" she authorized "removal of my 6-children" due to:

1) *false* allegations of Abandonment/income or lack of it. (See *Abandonment* pgs. 279, 275, 277);

2) a *Safety Plan*, *not* abuse/neglect as required by Law (See "Safety Plan" pgs. 271, 272 );

3) Radcliffe's *Nat'l Adoption Day* she brought to Galveston for *Adoptions* (See pgs. 224, 226)

4) added-on *false* allegations all "refuted" at Trial. (See "Termination *Denied* 216-218);

5) Income (lack of?) (See LeAnn Stubbs/CPS (pgs. 366, 368, 371 & Family Service Plan)

6) *old* ruled-out/closed CPS Cases disguised as *hx-abuse/neglect.* (See pgs. 670, 672,674, 676)

7) LeAnn Stubbs/UTMB "self-built" *false* history of abuse/neglect & "repeat" calls to *abuse hotlines.*(See "Calls to CPS/Abuse Hotlines pgs. 580, 582, 584,) Ms. Radcliffe, who was a lawyer, wasn't legally presiding judge, and, presided in Violation of Law - acted on alleged details of Ms. Triplett's "false allegations" which led to the removal of my 6-children.

Dec. 2001, at *Christmas*, with "no-warrant & no police report," Det. Joey Quiroga, Officer Schwartz, Richard King (CPS) & Cheryl McCarty (CPS) *illegally* entered my home,

2

searched my children *without* my knowledge or consent, interrogated our *children & us* <u>without</u> lawyers, read no *Miranda Rights,* closed the case, left my 6-children in my care & custody "for days" which **ruled-out "emergency or probable cause,"** *framed* us, came-back *days later &* took my children *without* giving me so much as a "piece of paper" explaining *why?* (See Structured Narrative, Collateral Information, Notification to Law Enforcement, Officials/Attorneys-Business Cards pgs. 598, 600)

Feb. 2002, just 2-months into my 16-mo. Case, Ms. Radcliffe told me in Court she'd **never** give my children back. I filed my first Lawsuit in "Federal Court" days later. since she made it abundantly "clear," I would NEVER get Custody of my children in any "State Venue." Her words carried *Judicial* weight. *From that point-on*, Radcliffe-appointee's recommended *Adoption*, outside placements & Termination/Parental Rights (See Adoption/Bell Children Permanency Meetings pgs. 237. 239. 241. 245)

May 2003, we *Won* Trial, *Lost* Custody & were forced to pay child-support "in error" due to Radcliffe & Judge Susan Baker. Under Section 262.201 *Texas Family Code*: "...the department failed to meet its burden..." Under section 262.201(b), <u>the Court is required to return the children to the custody of their parents.</u> (Texas Fam. Code Ann. section 262.201(b). By their rulings, Ms. Radcliffe & Judge Baker ignored the Law & treated me as though the State *did* meet its burden when it "failed." They didn't. Judge Baker's ruling was "not" in accordance with the Law. Judge Baker Violated Law. By Law, Judge Baker *should've given me "Custody" of my 6-children* "the same day" we WON Trial because the State *failed* to meet its burden. but she *did not* in-error. (See Bake/ Termination-*Denied* pgs. 216, 218) Ms. Radcliffe & Judge Baker "abused discretion" by not "returning my 6-children to me, then, Ordering I pay child support.

No Court has ever taken into consderation: 1) I was completely "exonerated" of all CPS

searched my children *without* my knowledge or consent, interrogated our *children & us* <u>without</u> lawyers, read no *Miranda Rights,* closed the case, left my 6-children in my care & custody "for days" which **ruled-out "emergency or probable cause,**" *framed* us, came-back *days later* & took my children *without* giving me so much as a "piece of paper" explaining *why*? (See Structured Narrative, Collateral Information, Notification to Law Enforcement, Officials/Attorneys-Business Cards pgs. 598, 600)

Feb. 2002, just 2-months into my 16-mo. Case, Ms. Radcliffe told me in Court she'd **never** give my children back. I filed my first Lawsuit in "Federal Court" days later, since she made it abundantly "clear," I would NEVER get Custody of my children in any "State Venue." Her words carried *Judicial* weight. *From that point-on*, Radcliffe-appointee's recommended *Adoption*, outside placements & Termination/Parental Rights (See Adoption/Bell Children Permanency Meetings pgs. 237, 239, 241, 245)

May 2003, we *Won* Trial, *Lost* Custody & were forced to pay child-support "in error" due to Radcliffe & Judge Susan Baker. Under Section 262.201 *Texas Family Code*: "...the department failed to meet its burden..." Under section 262.201(b), <u>the Court is required to return the children to the custody of their parents.</u> (Texas Fam. Code Ann. section 262.201(b). By their rulings, Ms. Radcliffe & Judge Baker ignored the Law & treated me as though the State *did* meet its burden when it "failed." They didn't. Judge Baker's ruling was "not" in accordance with the Law. Judge Baker Violated Law.   By Law, Judge Baker *<u>should've given me "Custody" of my 6-children</u>* "the same day" we WON Trial because the State *failed* to meet its burden, but she *did*

false allegations at Trial; 2) Judge Susan Bakers ruling Violated Law because the State "failed to meet its burden; 3) Judge Baker *should have* "returned my children to me "the day" we WON Trial as required by Law; 4) Juror's did not *see* or *hear* "any" evidence about my children's *desires to come back home*; 5) Jurors did not *see* or *hear* "anv" evidence about abuse/neglect mv childen suffered while in State Custody by Foster Mother "Mary Obialo" because they were prohibited from testifying at Trial; 6) Radcliffe was a "lawyer," not a judge & had no business "Court Ordering" anything in my Case.

Julv 2003 Teresa Henrv (D.A.) *retaliated &* had me "set-up" (per Susan Edmondson-*former* attorney) to be *falsely arrested* because she "lost" our Trial. All Charges were DISMISSED.

In 2013, The *Committee on Judicial Ethics* ruled :"a family law judge *cannot* also practice as an attorney." **Radcliffe** "admitted" to the *Galveston Countv Dailv News* was iudge & attornev for  "16-years," from 1997-2013, *then* resigned, but *concealed* it from *me* during my *Hearings*. (See Opinion /*Committee on Judicial Ethics*, 2/7/13 & 2/10/13 *Galv. Daily News* pgs. 204, 220, 210, 224)  Judge Baker "concealed" it from me during *Trial*.

**Mark Henrv-***Countv Judge* since **2010**. neglected to *end* Radcliffe's contract *until 2013*. *only* under: 1) the *Committee on Judicial Ethics* ruled *against* her; 2) it was disclosed in *media*; 3) others came-forward *against* Radcliffe; and 4) *after* Radcliffe had *already* illegally presided-over *thousands* of Cases from "1997 to 2013." (See 2/7/13 & 2/10/13 *Galveston Daily News* pg. 224)  Mr. Henrv neglected to take action & give me *Justice*.

 In **2017, Mark Henry** (County Judge)/Medical Examiner: kept my dad's remains *10-months* out-of-retaliation, after *KPRC Channel 2 News* exposed there was No Open Probate Case when they *refused* to "release" my dad's body to me *in a timely manner*.  I suffered after I

ʌ

learned/was told: 1) my dads body was *too badly decomposed* for an "open casket funeral;

2) Mr. Henry gave my dad's remains to "Kayla Wilson;" 3) Kayla had my dad **"secretly**

**cremated"** *without* my knowledge or consent. Mr. Henry treated me & my dad's corpse

"differently" than others - with *malice.* Mr. Henry's actions were "*vengeful inhumane heinous* a

*Crime Against Humanity* & retaliatory." I still suffer.

I haven't seen my son "Christian" since 2003, I can't Vote depending upon who's President

& which Laws they Pass, can't get IRS Tax Refunds, got Audited/(IRS), denied Driver's License,

*denied* "Public Housing" *twice* & *denied* other Housing August 2022. *denied* jobs & am *$tens of*

*thousands* in debt & I still don't have my dad's remains - all due to the Defendants.


**Fraudulent Concealment: Radcliffe Paid "Federal Funds" While Doubling As**

**Attorney/Judge**

In 2013, the *Committee on Judicial Ethics* ruled *against* Suzanne Schwab-Radcliffe for

doubling as "judge" and "attorney." *(See "Opinion"/Committee on Judicial Ethics* pg. 204, 206*)*

That's how I found out about it.

On 2/7/13. Per Radcliffe : "...I was working 16-years...in all the years. I only had two

attorney's complain, and I immediately withdrew from those cases.  It is because of the new

opinion that I am resigning immediately...;" 2) "I only had two attorney's complain, and I

immediately withdrew from those cases..." & means Radcliffe *voluntarily*  removed herself from

cases before the *Judicial Committee* ruled against her *years later.* but knowingly *continued* doing

it *afterwards,* which indicates Radcliffe knew her actions Violated Law; and 3) she automatically

"resigned" when the *Judicial Committee did* rule against her; 4)"...she had to continue her law

practice..." and 5) Radcliffe did all this under a "signed agreement by all the judges..." which

*implicates* other judges also.  (See 2/7/13 *Galveston County Daily News* pg. 220)  During her

illegal tenure as judge, Radcliffe made "Court Orders" & rulings in my CPS/Child Custody Case,

that *still* "adversely" impact me 20-yrs. *later* that need to be changed, VACATED, REVERSED

*retroactively* since 2001.

On 2/10/13, just *3-days later*, Judge Susan Baker "admitted:"  1) Radcliffe was paid

**Federal Funds;** 2) "...I appointed her as part-time judge...;" and 3) "...Ms. Radcliffe out of

necessity had to practice law to support her children..." (See 2/10/13 *Galveston County Daily*

*News* pg. 210)

The Judicial Committe <u>did not agree</u>.  Neither did The Law.

Pursuant to Canon 6D(2) *(Code of Judicial Conduct)*:

**"...a part-time associate judge should not practice law in the court which he or she
serves or in any court subject to the appellate jurisdiction of the court which he or
she serves, or act as a lawyer in a proceeding in which he or she has served as
a ...magistrate..."** *(See "Opinion"/Judicial Committee of Ethics)*

Pursuant to: 201.209 *(Texas Family Code)*:

**"An associate judge...<u>may not</u> engage in the private practice of law."**

Pursuant to: 201.112"

**"...associate judge appointed... may not engage in the private practice of law.**

All of the above Statutes apply to "<u>judges</u>."  Not "<u>attorneys</u>."  Radcliffe was *both*.

**Pursuant to" 3732. False claims jurisdiction " of the False Claims Act:**

**"...(b) Claims under state law. The district courts shall have jurisdiction over
any action brought under the laws of any State for the recovery of funds paid by a
State or local government..."**

**"...No man in this country is so high that he is above the law.  No officer of
the law may set that law at defiance with impunity.  All officers of the government,
from the highest to the lowest, are creatures of the law, and are bound to obey it.**
*United States v. Lee, 106 U.S., at 220.*

6

Although Judge Baker & other judges "condoned" Ms. Radcliffe's *dual-roles* as "judge and attoney," the *Committee on Judicial Ethics* did not, and ruled *against* her because she Violated Law.

It was a "bombshell admission" for a *State Judge (*Baker) to "admit" she appointed a judge that was paid **Federal Funds** while she was *also* a Lawyer. Judge Baker knowingly, deliberately & intentinally *concealed* this "exculpatory evidence from me when she presided-over my 3-WeekTrial. She also neglected to disclose it during Trial & "discovery" & neglected to remove" Radcliffe her entire 16-mo. tenure on my Case. Both Radcliffe. Judge Baker & her entire Court had "plenty" of time to disclose to *me* Radcliffe's was still an attorney. but *didn't*. They "concealed" it from me and *still* did not remove her *until* after it became public in the *media*.

*The Judicial Committee of Ethics* ruled *against* Ms. Radcliffe's "dual-roles" as Judge AND attorney. which. makes Radcliffe's reasons for *doing it* & Judge Bakers reasons for *allowing it* "illegal." (See "Opinion"/*Judicial Committee of Ethics* pg. 204, 206)

Ms. Radcliffe was paid "Federal Funds" to be a "judge." Not an "attorney." She did *both* in Violation of "clearly established law," and my Civil Right to *Due Process,* because I was entitled to a "legally presiding" judge in my Case. Judges make rulings. Attorney's *do not*. Radcliffe did both.

Radcliffe was a lawyer per the Judicial Committee. Ms. Radcliffe admitted she was *both*.

The *Committee on Judicial Ethics'* ruling *against* Radcliffe essentially "disqualified" her entire tenure as Judge. "nullified" her Judicial Authority & all her *Court Orders* in my Case. since she **"admitted"** she was both "judge AND attoney" from 1997-2013, which Violated Law.

7

In lieu of the Judicial Committee's opinion "against" Judge Radcliffe's "dual-roles" as *both* "Judge AND Attorney, **I contest the "validity" of _any_ & _all_ of Judge  Radcliffe's *rulings, decisions & Orders* in our case.**

Since Radcliffe's tenure as *judge* violated Law, **Federal Funding** "paid to her" while she was still a *lawyer* also Violation Law, so are her rulings. Radcliffe was not entitled to be paid **Federal Funds** as <u>judge,</u> *while* a <u>lawyer.</u>

*I thought* investigations would be launched once the Judicial Committee's Ruling against Radcliffe became Public. all her Cases would be "re-opened." all her decisions & rulings would be REVERSED, and, Familys victimized by Radcliffe would receive Justice.

It *didn't* happen. It *still* hasn't.

As "judge" and "attorney," Radcliffe received **Federal Funds** under "false pretenses."


**Fraudulent Concealment:  Radcliffe Licensed *Attorney* While Paid <u>Federal Funds</u> as *Judge***

*Suzanne Schwab Radcliffe* "knowingly" received **Federal Funds** as Judge, while also a "practicing" and "Licensed Attorney."

In 2012. Suzanne-Schwab Radcliffe. in her Petition. *on the record* as a "licensed attorney," challenged: 1) "...the courts order *disqualifying* Schwab-Radcliffe, a <u>licensed attorney,</u> from representing Ryan "in this matter and disqualifying her from representing "any Family law client" in the Galveston County Court while Suzanne Schwab-Radcliffe also employed as the County's Associate Judge Family Law Judge...:"  and 2) "...a contempt order signed by the trial court against Radcliffe..." *(Court of Appeals for the 1st District of Texas No. 01-12001013-CV & No. 01-12-01022-CV)* That Case proves, Radcliffe-Schwab literally "fought in court" to represent her "client" as an "attorney" while still a Galveston County Judge.  "Legally," she could <u>not</u> be

8

*both*.

In that Case, "...a trial judge indicated that it found there "to be a clear conflict of interest" between [Schwab-Radcliffe's] role as an advocate for her client, and [her] judicial obligations and responsibilities" as an associate judge...that "the Associate Judge must be disqualified from this matter and should be disqualified from representing family law clients in this County." As authority for the disqualification order, the trial court cited the "Code of Judicial Conduct," Canons 1-4."

On October 10, 2012, the trial court signed an order holding Schwab-Radcliffe in congtempt for filing "pleadings" on behalf of Ryan after the October 3 disqualification order was signed...In addition, the trial court struck "all motions filed by the County's Associate Judge after the date of this Court's last [disqualification] Order." The order privides as follows:

> This Court previously concluded that allowing the County's Associate Family Law judge to also represent family law clients in this Court would cast doubt on an impartial judiciary. This COurt found such representation constitute a clear conflict of interest between the attornev's role as advocate for her client, and the attorney's judicial obligation and responsibilities in this Courthouse. See e.g., Texas Code of Judicial Conduct, Canons I-IV; Ethics Opinion 32.

> The Court's prior Orders were based on a laundrv-list of factual examples that would  convince any reasonable person that the Associate Family Law Judge's representation of family law clients in this courthouse would run afoul of the permissible Canons.  Therefore this Court previously disqualified Ms. Schwab-

n

Radcliffe from representing any family law client in this COurt while she is also employed as the County's Associate Family Law Judge.

As a standing order. it is ordered that Ms. Schwab-Radcliffe. including her law firm, is disqualified from representing family law clients in this Court while she is also employed as the County's Associate Family Law Judge.

It is further ordered that violations of this Order shall be enforceable by contempt.

On October 15, 2012, the Trial Court signed a "Standing Order of Disqualification" Order against Ms. Radcliffe.

The actions taken by the Trial Court was "*very* serious." So serious, the Committee on Judicial Ethics. which "judges Judges." agreed. Ms. Radcliffe "resigned." Mark Henry (County Judge) "ended" Ms. Radcliffe's contract with  Galveston County.

The Committee on Judicial Ethics in its "Opinion," ruled against Ms. Radcliffe, and found that she did indeed Violate Canon. (See "Opinion" / Judicial Committee on Judicial Ethics / Ethics Opinion Number 296 (2013 - pgs. 204, 206)

In the Ryan/Radcliffe Case, someone "took action" in 2012 against Ms. Radcliffe, that should have been taken since 1997. Dupuy wasn't taken "seriously" by Ms. Radcliffe, Judge Baker, or Galveston County, but he "was" taken *seriously* by *The Committee on Judicial Ethics*.

*Ultimately.* the *Committee on Judicial Ethics* "agreed" with Judge Christopher Dupuy's assessment , who originally sought an "Opinion" from them regarding Ms. Radcliffe's dual-roles and judge &  attorney, and ruled against Ms. Schwab-Radcliffe,

10

Radcliffe was "*heavily* protected" COUNTYWIDE by her "Pro-Adoption" colleagues, who "benefitted" from her Cases. It is how Radcliffe *easily & illegally* continued so long (16-yrs) in her dual-roles as judge/attorney, and, *to date*, has gone "undetected" by Federal Authorities.

**Fraudulent Concealment:  Baker Misapropriated "Federal Funds" for Radcliffe**

Judge Baker both "knew" and "admitted:" 1) Ms. Radcliffe was a "lawyer" <u>when she appointed her "judge",</u>and,  2) Ms. Radcliffe-Schwab was paid "Federal Funds." (02/10/13 Galv. County Daily News).  Both *knew* the Law.  These were "willful" acts and violations of "clearly established Law."

By Law, Judge Baker  as "presiding judge," was supposed to "monitor" whether Radcliffe was in "compliance" with State & Federal Laws. Radcliffe was not in compliance.  Judge Baker *failed*.

Pursuant to Section 201.1066 (Family Code) The Court was to assist in:

(1)  **Monitoring the <u>associate judges' *compliance*</u> with job performance standards and <u>federal and state laws</u> and policies;**

Pursuant to Section 201.107 (Family Code) - State and Federal Funds

**The Presiding Judges...may contract...for...federal funds...to reimburse costs and salaries associated with associate <u>judges</u>.."**

Pursuant to: 201.207 State and Federal Funds

**(a) The Office of court administration may contract for available state and federal funds...may employ...an associate judge.**

**(b) The Presiding judges...may contract for...federal funds ...to reimburse...salaries...associated with an associate <u>judge</u>."**

**(c) The Presiding judges...shall take action to maximize the amount of federal money available to fund the use of associate <u>judges</u>"**

11

All of these Statutes apply to Judges, *not* lawyers.  Radcliffe was *both*.  Baker *knew* that. Contracts for Federal Funding were for "Associate Judges."  *Not* Lawers.  Radcliffe was *both*.

Judge Baker had known since 1997 *when* she appointed Radcliffe judge, that she was *still* a lawyer. but *knowingly, intentionally & deliberately* neglected to remove her as judge. concealed it, *then,* "neglected" to inform me. Judge Baker "concealed" Ms. Radcliffe-Schwab's "dual identity" as judge/attorney *from* before & during my 2003 Trial.  Radcliffe-Schwab concealed during my Hearings.

It was Judge Bakers' & other Presiding judges duties & responsibility to "monitor" and make sure Radcliffe stayed in "compliance" with Federal and State Laws and policies, *especially* since she was paid "Federal Funds."  They *failed*.

Per the *Judicial Committee's* ruling against Radcliffe proves she did not comply with the Law.

**Fraudulet Concealment:  Radclife "Disqualified" Galv. County For Federal Funding**

Suzanne Schwab-Radcliffe "privatized" Public Funds for her own Adoption causes in

Violation of the *Civil Rights Act of 1964*, which states:

**"prohibits "discrimination" based "on the grounds of race, color, or national origin," in any program or activity receiving Federal financial assistance, and the implementing regulations of the Department of Health & Human Services" – Pp.565 – 569."**

**601 of the Civil Rights act of 1964 further states:  recipients may not: *"…(ii)provide any service, financial aid, or other benefit to an individual which is different, or is provided in a different manner, from that provided to others under the program.* (45 CFR 80.3 (b) (1)**

**(iv) Recipients also may not: *"…Restrict an individual in any way in the enjoyment of any advantage or privilege enjoyed by others receiving any service,***

12

**financial aid, or other benefit…"**

"…A recipient may not…utilize criteria or methods of administration which have the effect of subjecting individuals to <u>discrimination</u>" or have "the effect of defeating or substantially impairing accomplishment of the objectives of the program as respect individuals of a particular race, color, or national origin. Id. 80.3 (b) (2).

The Federal Government has power to fix the terms on which its money allotments to the States shall be disbursed. *Oklahoma v., CSC, 30 U.S. 127, 142 – 143.*

"<u>Simple justice requires that public funds, to which all taxpayers of all races contribute, not be spent in any fashion which encourages, entrenches, subsidizes, or results in racial discrimination.</u>

The regulations provide…<u>no recipient of federal financial assistance…may "provide any service, financial aid, or other benefit to an individual which is different, or is provided in a different manner, from that provided to others under the program…"</u>*45 CFR 80.3 (b) (1) (ii), (iv).*

Suzanne Schwab-Radcliffe "Discriminated" against me by using Federal Funds *primarily* for "**Adoptions**/National Adoption Day & "outside" Placements" ," instead of "Reuniting Biological Family's" or to "prevent/eliminate" need for children removals as required by Law. Her actions were not Lawful.

Radcliffe's Adoption-only/No-Custody Hearing Policy discriminated against me..

Radcliffe's Adoption-only policy using **Federal Funds** was *Discriminatory* & <u>Unconstitutional</u>.

"it has been settled since Ex parte Young, 209 U.S. 123 (1908)… suits against state and county officials to enjoin them from invading constitutional rights are not forbidden by the Eleventh Amendment. The State has no right to a unconstitutional <u>policy coherent or otherwise.</u>"*Allstate Ins. Co. v. Sabbagh, 603 F.2d 228, 232 (1st Cir. 1979)*

Judge Baker's *Termination Trial-*<u>only</u> policy was <u>Unconstional</u> & violated my Civil Rights.

13

**"When a state officer acts under a state law in a manner violative of the Federal Constitution, he comes in conflict with the superior authority of that Constitution, and he is...stripped of his official or representative character and is subjected...to the consequences of his individual conduct.** *Scheuer v. Rhodes, 416 U.S. 232, 237 (1974)*

Radcliffe, Courts, TDPRS were given Federal Funds on condition it *complied* with

Federal & State Law.  Ms. Radclife & Judge Baker did not comply with State/Federal Law.

**Fraudulent Concealment:  Radcliffe Appointed/Given Judicial Authority As Attorney**

Lawyers "duties" and "judges" duties in Court are different.

The *Judicial Code* is "different" from the *State Bar*. Radcliffe "mixed" *both*.

It was completely *unethical* for Judge Susan Baker to appoint Suzanne Schwab-Radcliffe

as "judge" while she was also an "attorney."

Associate Judges are given "broad authority" in Court. Attorney's are *not*.  Radcliffe was

an <u>attorney</u> illegally given "broad authority" as <u>judge</u> at the *same-time* in Violation of Law.

Pursuant to Section 201.007 "Powers of Associate Judge:"

**An associate judge may: conduct a hearing; hear evidence; compel production of relevant evidence; issue a summons for the appearance of witnesses; rule on admissibility of evidence; examine a witness; swear a witness for a hearing; make findings of fact on evidence; formulate conclusions of law; recommen an order to be rendered in a case; regulate all proceedings in a hearing before the associate judge; order the attachment of a witness or party who fails to obey a subpoena; order the detention of a witness or party...; render and sign...a final order...a final default order...; take action necessary and proper... etc..."**

*Attorneys* are allowed to conduct **none of "same" duties** as *Judges* under Texas Law.

**Fraudulent Concealment: Radcliffe Knowingly/Intentionally/Deliberately Concealed &**

14

**Deceived**

Radcliffe *knowingly, intentionally & deliberately* deceived me by *presiding* like a "judge," when she was actually a "lawyer." Radcliffe made important decisions on my Case she had "no legal authority" to make as a lawyer. Which, still, injure, harm & damage my life.

In the *Daily News* 2/7/13 Article, Radcliffe "admitted" removing herself from cases due to "attorney complaints" about being a "lawyer & judge. " Which proves, she *knew* her actions were *wrong,* but *kept doing it anyway.* It also proves she had *foreknowledge* of her acts and "acted with forethought." It wasn't an "accident." It was a "willful" act. It proves, the *Committee on Judicial Ethics* ruling against Radcliffe, *was not* a complete *shock* to her. *She knew it was coming* given her "abrupt" resignation when it became *Public* in the media. She quickly "confessed" to it.

Mark Henry ended Radcliffe's contract, but neglected to resolve her cases or help her victims.

In 2013, by the time Radcliffe *finally* confessed, resigned, others came-forward & agreed her actions were *unethical* & it was disclosed in the *media* - several years had passed & *thousands* of *Biological* Familys had *already* been victimized. All these Cases need to be re-opened, *retroactively*. Radcliffe's actions caused me injury. I still suffer.

Judges & Attorneys do not perform the *same* duties & don't have the *same* "authority." Attorney's are "not authorized" in the State of Texas to "Court Order" *anything* under the Law.

As a matter of Law, "all" of Ms. Radcliffe's Cases, *including* mine, should be re-opened *retroactively* since 1997 & "all" her Court Orders, rulings & decisions in my case REVERSED, OVER-RULED, OVERTURNED, VACATED and/or RESCINDED because they were "all" *illegal*.

**Fraudulent Concealment: Judge Baker Concealed Radcliffe Committed Other Violations**

Mr. Henry & Judge Susan Baker "knew" about Ms. Radcliffe's "illegal" acts, but *failed &*

*neglected to* "correct" and "remove" her as judge, when it was their "duty" to do so.  However:

> **"A trial judge is required to take measures against unethical conduct occurring in connection with any proceeding before him..."** *Misicus v. Westinghouse Elec. Corp., 621 F.2d 742, 744 (5th Cir. 1980)*

> **"...in Mooney v. Holohan ...we said:  "The same result obtains when the State, although not soliciting false evidence, <u>allows it to go uncorrected when it appears</u>."** *Alcorta v. Texas, 355 U.S. 28.*

The *Judicial Committee on Ethics'* ruling against Ms. Radcliffe's dual-tenure as

Judge/Attorney, and, <u>other</u> *serious* Violations was "scathing:"

> **A part-time associate judge appointed by a court is governed by the Code of Judicial Conduct...the following provisions of the Code do apply to a part-time judge:..."**

> **Canon 6D(2) states...a part-time judge "should not practice law in the court which he or she serves or in any court subject to the appellate jurisdiction of the court which he or she serves, or act as a lawyer in a proceeding in which he or she has served..."**

> **Canon 2A provides that "a judge...should act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary."**

> **Canon 2B provides that "[a] judge shall not lend the prestige of judicial office to advance the private interests of the judge..."**

> **Canon 4A provides that "a judge shall conduct all of the judge's extra-judicial activities so that they do not (1) cast reasonable doubt on the judge's capacity to act impartially as a judge..."**

> **Canon 4D(1) provides, "A judge shall refrain from financial and business dealings that tend to reflect adversely on the judge's impartiality, interfere with the proper performance of the judicial dueies, exploit his or her position, or involve the judge in frequent transactions with lawyers or person likely to come before the court on which  the judge serves..."**

> **The committee believes that is it inconsistent with Canons 6D(2), 2A, 2B, 4A and 4D(1) for a part-time family law associate judge, appointed by a court, to represent clients before any court of the county in which he or she is appointed..."**

16

"The **roles of advocate and impartial judge are in opposition to each other,** and a judge  may not use the authority of judicial position to advance one's private interests as an advocate. As stated in Opinion 288(2003), **a built-in dilemma exists in our justice system when a part-time judge also maintains a law practice.** Under the Texas  Disciplinary Rules of Professional Responsibility **a lawyer has an obligation to zealously represent his client within the bounds of the law.** When that lawyer also serves as a judge, however, his [or her] duty as a judge is to be impartial and to promote public confidence in the integrity and impartiality of the judiciary..."

It appears while Only 1-issue was originally questioned *at first*, the *Judicial Committee* addressed *several* additional issues.  Which means, Radcliffe committed more than 1-Violation of Law.

Federal Authorities are necessary to Probe into "all" Complaints against Ms. Radcliffe.

*Had I known* Radcliffe was a "lawyer" in 2001 while she *illegally* presided over my Case, it would have changed the entire direction of my whole Case. I'd have known *during my case* I had "new causes of action." My attorney's *knew* Radcliffe was *still* a lawyer becaue *they* were *also* lawyers, but neglected to inform me. *Not* knowing deprived me Due Process, Fair Trials & Equal Protection.  Prosecutor's *used* Radcliffe Court Orders "against me" throughout my Case & Trial. Prosecutor's *knowingly* concealed this evidence & withheld other evidence for "court-advantage, *while* they continued to Prosecute Radcliffe's cases as "Judge *and* Attorney" in violation of the Law.

It is equally important to note, Prosecutor's "mainly focused" events that occurred AFTER CPS' child-removals, not prior, not before or during, when *many* of my Civils Rights were Violated.  Prosecutor's built their Case & mainly focused on events that occured after CPS had *already* taken all my children from me, to *distract,* "cover-up" & keep details of " CPS/Police' "illegal & Unconstitutional" actions during *both* child removals "concealed."

CPS & others deliberately avoided divulging details about *both* child-removals because they *knew* my children were illegally "seized & searched." They knew they "framed us." Officials "concealed" there were "2-child removals."

### Fraudulent Concealment: Judge Baker & Ms. Radcliffe "Abused Discretion"

Judge Bakers' ruling against me after my aquittal at Trial was the equivalent of a "Conviction."

**"a trial court abuses its discretion if it reaches a decision so arbitrary and unreasonable that it constitutes a clear and prejudicial error of law, or if it clearly fails to correctly analyze or apply the law.** *(Cerberus Capital Mgmt., L.P., 164 S.W.3d 379, 382 (Tex. 2005); Walker v, Packer, 827 S.W.2d 833, 839 (Tex. 1992)*

Judge *Ordered* "penalties" like I Lost Trial. *Child Support* was like "paying restitution."

Judge Bakers Rulings have been like a "sentence" to my life.  Like "20-yrs" of

*repercussions*.

Pursuant to 262.201 (Texas Family Code)

*"...the Department did not carry its burden of proof under section 262.201 "evidence... insufficient to support the findings...the <u>district court abused its discretion in failing to return the Relator's children...</u>" In re Steed,* No. 03-08-00235, at 9; APPENDIX 1.

By Law, Judge Baker was supposed to "return" all-6 of my children when we WON Trial in 2003.  Instead, she gave-away all my children, and, <u>punished </u>me by forcing me to pay "child support."

Judge Baker "forced" me to become a "non-custodial" Parent AND, "prohibited" and "barred" me from a "Custody" Trial, in Violation of my Civil Rights.

Judge Baker's "Trial ruling" *against* me was "punitive" and, forced me to pay "child support" after we WON Trial, while I was *unemployed,* was the equivalent of a financial

18

"*sentence*."

Judge Baker "punished" me for WINNING, what Attorney's told us was the biggest, longest & most expensive CPS/Child-Custody Case in Galveston County History *to date* back-then. *(2001)*

Judge Baker's ruling "against me," carried with it: 1) "20-years" of "demands" by the Attorney General to pay "child support;" 2) "denial" of my "driver's license renewal" due to "child-support" by the State of Texas; 3) "denial" of my VOTE, because I didn't have I.D. because The *Department of Motor Vehicles* "punishes" people who owe "back child support" that's shows-up their *database's*;    4) "denial" of "Public Housing" because I did not have an I.D.; 5) "Denial" and "Loss" of "employment" because I don't have I.D. because nobody would hire me "unless" I had "I.D.," that I *still* cannot get    "in peace" because The Attorney General is "still" demanding I pay over $62,000.00 in "back child support:" and, 6) many other "losses" as a direct result of not having a valid I.D. or Driver's License;    7) "Loss" of *tens of thousands* in IRS Refunds as a "direct result" of both Ms. Radcliffe & Judge Baker's rulings against me by "taking Custody" of all-6 of my children.

Judge Baker *knowingly, intentionally & deliberately* "inflicted emotional, Custodial & financial" pain & distress upon me by "taking Custody & my children away from me, and, Ordering I pay "child support," *knowing* I'd suffer consequences for *years to come*, until "each" of my 6-children turned "18-yrs. old," which has now turned into a "$62,000.00 Lien."

*Usually,* when Defendants "Win" in Court, there's "no repercussions."  *Not* in my Case.

Judge Susan Baker "abused discretion" by *punishing* me for "Winning" my 2003 Trial.

Both Ms. Radcliffe & Judge Baker "abused discretion" by not returning my children or "reuniting" our Biological Family. Judge Baker *more-so* following the "Jury Verdict" in my *favor*.

19

Ms. Radcliffe's "illegal" Orders got my children taken. Judge Baker's 2003 Court Orders led to a $62,000.00 Lien against is *still* accruing in 2022. (See Lien/Child Support pg. 356, 358) Neither gave or had "legal basis" for doing so. Neither complied with State/Federal Law. Both "abused discretion." She Court Ordered us to pay child support, which is something only "non-custodial" parents are required to do. She forced me & my husband into deeper poverty, because you can't pay rent, utilities, bills & food after the State deducts "hundreds" from an already "small paycheck" from a 1-income household. My husband once worked "80-hrs." & got a check for $0.00. They "broke us" financially. She "decreased" our family size from a "family of 8" to a "family of 2," which, in IRS & HousingTerms meant we had less "number of dependents" & no tax refunds since 2005. She *again* separated me from my children for long-extended periods of time to increase the pain. She left our life in "tatters" because we Won at Trial & *interruped* her retirement vacation. She "exploited" my motherhood & made sure I left court with barely "nothing" for the 6-children I bore thru "6-complicated pregnancy's." She stole our "time together as a family & "memories" *we can never get back.* Her Court Orders still cause me trouble.

Ms. Radcliffe was a "white judge" who hated "Black" Child-bearing moms like me. She took children from their **Biological** Parents *by any means necessary,* for her *National Adoption* Day cause she brought to Galveston. She Violated Law & my Civil Rights. (See "Court Recordings")

May 2003, we *Won* Trial. *Lost* Custody & were forced to pay child-support due to Radcliffe.

> **"...the department failed to meet its burden under section 262.201 of the Texas Family Code."**

> **"Under section 262.201(b), the Court is required to return the children to the**

20

**custody of their parents.** *(Texas Fam. Code Ann. section 262.201(b).*

**The department failed/neglected to make "reasonable efforts to eliminate or prevent the children's removal from their parents.** *(Texas Fam. Code Section 262.201)*

**"...A trial court...abuses its discretion when it reaches a decision so arbitrary and unreasonable as to amount to a clear and prejudicial error of law.** *(Johnson. 700 S.W.2d at 917)*

Both Radclife & Judge Baker took "all-6" of my children & ruled against me *without* "any" testimony by 1-single caller/reporter who "falsely accused" me to *abuse hotlines* who's calls initiated the 2001 CPS Case that resulted in the "removal" of all-6 of mv children.

The U.S. Constitution "protects" my Right to "face my accuser's," yet, *both* Radcliffe & Judge Baker: 1) allowed CPS to "conceal" the "names/identity's" of the reporter/callers to *abuse hotlines* who accused me; and 2) allowed Prosecutor's to use caller/reporters statements & false allegations against me as "evidence." but deprived me & mv attornevs EQUAL acces to the "same evidence." Both allowed the D.A./Prosecution to withhold all "exculpatory evidence" regarding caller/reporters "identity" from my Hearings & Trial. This was a blatant Violation of my Civil Right to Due Process, Fair Trials & Equal Protection. Both "deprived" me my Civil Right to "face mv accuser's" IN COURT. Both Ms. Radcliffe's & Judge Bakers' actions were *Unconstitutional*.

My former Attorney's "Susan Edmondson, Rodney Moton & S. Chris Nallie-Courtney" failed & neglected to: file Appeals, petition the Court for "Custody" for me, or go to a Higher Court for "Mandamus Review" for **"abuse of discretion."** State Judges didn't follow the Law in mv Case.

**Mandamus issues only to correct a clear abuse of discretion or the violation of a duty imposed by law when there is no other adequate remedy by law.** *(Walker v. Packer, 827   S.W.2d 833*

*(Tex. 1990); Johnson v. Fourth Court of Appeals, 700 S.W.2d 916, 917 (Tex. 1985)* **The Higher Court held: "...the district court abused its discretion in failing to return the Relators' chidlren to the Relators."** *(In re Steed. No. 03-08-00235-CV. at 9:*

21

*APPENDIX 1)*

By Law, Judge Baker *should've given me "Custody" of my 6-children* "the day"

CPS/State failed to meet its burden, but *did not* "in-error." (See Term...*Denied* pgs. 216, 218)

Judge Susan Baker "abused discretion" by not "returning my 6-children to me, then,

Ordering me to pay child support.

Judge Baker "forced" me to become a "non-custodial" by her Court Order even after we

Won Trial. It didn't make-sense. It Violated Law.

*Both* Judge Baker & Ms. Radcliffe "failed" to consider evidence: 1) there was "no

emergency" that necessitated my children's removal to begin with; 2) there was no "probable

cause" because CPS & Police both left my children in my care/custody days "after" its initial

investigation; 3) there were "2-child removals that Violated Law;" 4) CPS/State "failed to meet its

burden; 5) CPS never provided *any* proof it made *any* effort to prevent or eliminate my children's

removal as required by Law.


**Fraudulent Concealment:   State DID NOT "Notify" Me Prior to Hearing**

Please refer to the "signature pages" of the States "Termination" Petition. (See "Signature

Pages" pgs. 349, 350)

In error,the State did not notify or "serve me" that I were being sued for "Custody of my

children" and for "Termination of my Parental Rights" until "after" the 1/10/02 "Full Adversary

Hearing" was "over" and had already "commenced."

I was entitled to a "Notice" and a "Hearing" as required by Law. *(Chonody, 49 S.W.3d*

*376, 380)* I was entitled to a "Speedy Trial" by the U.S. Constitution.  A **Hearing** *is not* a **Trial**.

However, it is "crucial" to this Case, that under the U.S. Constitution, I was entitled to a

"Speedy Trial" like any other "accussed."  The State only gave me the option of a "Full Adversary

Hearing."  A Hearing is not a Trial.  Radcliffe & Galveston County "Family Court," "denied" Due

Process in Violation of my Civil Rights.

**Fraudulent Concealment:  Judge Baker "Walked-Out" Before Jury Verdict**

On May 8, 2003, while Jurors were *deliberating* the Verdict at the end of my 3-week Trial,

Judge Baker suddenly just "walked out of the Courtroom" to go back to her "retirement vacation."

Stupefied, we all just *sat there* inside the Courtroom wondering - "what just happened?"

*Nobody knew what to do next?* Judge Baker's actions *literally* threw the Court into "chaos."

So there I sat. Wondering. *what in the world* was I *supposed* to do now. since the

Presiding Judge, during the most important phase of my 3-Week Trial, just "walked out" of the

most important Trial of my life (to date) regarding my "6-children" If the judge would'nt "rule,"

who would?

It was quite intense. embarassing & hurtful.

Judge Baker showed me, my children, my family & my life meant "absolutely nothing" to

her.  We weren't even worth waiting for the Jury Verdict. She made that abundantly *clear* by her

actions.

It stopped the Trial.  Juror's couldn't come back-in. There was "no judge" to *preside* or

*decide*.

23

A *long* while later, another Judge stepped inside the Courtroom & refused to do Judge Baker's "dirty work." *All I know is*, Judge Baker finally came-back.

*Next-thing-I-knew*, Judge Baker, apparently was "so angry" she was forced to come-back from her "retirement/vacation." she at down & "within *seconds*:" 1) ORDERED all my children be *given-away* to others right after we were "completely exonerated" of all CPS "false" allegations;     2) ORDERED Custody my oldest sons be PERMANENTLY with their dad, who failed the "home study, *the same exact place* Radcliffe ORDERED *months earlier*; 3) ORDERED my 4-youngest children be PERMANENTLY placed with my mother, who admitted she beat me & pulled a gun on my dad during her "Sworn Deposition - *the very same place* Radcliffe ORDERED *month's earlier, and,* 4) ORDERED I pay Child Support while unemployed for all-6 of my children *without* any legal basis *whatsoever* for doing so. Judge Baker followed Ms.Radcliffe's lead.

Judge Baker made me feel like I was "too BLACK" & "too CHRISTIAN" to even deserve Justice in *her* Courtroom - like a "black slave with NO RIGHTS!" Cause that's all I was - to her.

I Won my Right to "Parent," but "no-children" to parent. Only visits. And, I had to "pay for it."

People ask me, If you WON, why didn't you get your children back?  Prejudice. Injustice. Discrimination. Bias. Ms. Radcliffe. CPS. Judge Baker. CASA. Because no one Protected my Rights.

*I've never seen anything like it in my life*. Not even on TV. If I hadn't actually saw *it with my own eyes*, I wouldn't have believed it myself.  Yet. It's true.  I *did* happen. Can judges do that?

I guess it was Judge Baker's way of *teaching me a lesson* for Winning what attorney's told me was the "Largest, Longest & most expensive" CPS Trial Galveston County History *to*

24

*date*, or       because my Trial "interrupted' her "retirement/vacation." *Either way*, Judge Baker "retaliated" against me with her "Judicial Orders."  Judge Baker "abused discretion."

Custody of my children had *already* been decided months *prior* to my Trial by Radcliffe & Cheryl Triplett/CPS. (See Perm. Planning Review pgs. 237, 239, 241, 245)  Judge Baker *solidified* Radcliffe's Orders months earlier.  Radcliffe had me "set-up" to lose Custody of all my children.

For some reason, my Case was "a Big Deal!" *hundreds* were in the lobby after the Verdict.

Judge Baker made sure my *Win* at Trial didn't resemble, appear or feel - *anything* like a *Win*.    It didn't *then*.  It doesn't *now*.  Radcliffe's "cronies" have been taunting me for Winning *in some way or another* - ever since.  I'm *$tens of thousands* in debt as a "direct result" of the Defendants actions.

In 2015, as if she hadn't already *done enough*, Judge Baker wrote a Book about a **"Galveston mom**, who was **battling with** <u>her mother</u> **for Custody** (like me) who"...**has and will do** <u>**anything in her power**</u> **to keep her daughter and her ...special needs son apart...,"** wanted to **ADOPT** & have **Custody** of her **"**<u>**autistic son,**</u>**"** in a <u>**Galveton Courtroom**</u> involving **"Children's Protective and Regulatory Services?** (See Judge Baker's 05/03/*15* Book Article *Galveston Daily News* pg. 210)

Was Judge Baker referring to me & my "autistic" son "Christian" who's been missing since 2003?  Was she referring to "my mother" *who actually* "...has and will do *anything* in her power to keep her daughter & special needs son apart..." for the past 20-years?  Was she referring to my Case?

Did Judge Susan Baker "capitalize" off my Family's Loss, Pain & Tragedy that <u>she personally caused</u> after taking all my children & our money for the past 20-yrs?"

25

If so, after all Judge Baker put me thru, I request investigations, damages, and, "royalties."

**Fraudulent Concealment:  Radcliffe "Discriminated" Against "Biological Classes"**

The *Civil Rights Act of 1964* prohibits "Discrimination" using Public Funds.

Radcliffe was an **Adoption** Judge who Ordered **Adoptions** at "Biological" Family's expense.

Radcliffe took my children from me, a B*ological* Parent."  Radcliffe gave my children to "Marv Obialo. a Non-Biological Parent for "1-vear."

There were "2-Classes" CPS Cases took children from or gave children to: 1) Biological "Classes;" and 2) Non-Biological "Clases (Adoptive/Foster-Care/outside placements)  Radcliffe brought *National Adoption Day to Galveston,* took my children, gave them to Mary Obialo (Foster-Mom). then tried to have mv children "Adopted."  Raddcliffe "did not" return children to *Biological* Parents. (See 11/14/04 Galv. County *Daily News* pg. 224 I'm a *Biological* Parent. This was "Discrimination."

I'm a "Biological" Parent.  Ms. Radcliffe used her Judicial Office to "separate" Biological Familv's to make *via* Court Order Adoptions & out-of-home placements. She *separated* **"classes."**

Radcliffe "discriminated" against me by using Federal/State Funding primarily for the purposes of **Adoption,** instead using them EQUALLY for all family's & to "reunfiy" Family's as reauired bv Law.

*In a trick*, Radcliffe *later* gave my children to my mother & called it Family Reunification. It was actually an "extended-family" reunification because my children were not "returned" to me. Radcliffe did not "reunify" *our* Family. It was a *play-on-words* meant to "trick" Authorities, alter statistics & give the "appearance" an actual "familv reunification" occurred - when it did *not*.

26

Ms. Radcliffe used Public Funds to appoint "child advocates" to my Case, but **NO Parent Advocates & "NO Family Advocates** to my Case. This was "discriminatory" & Violated my *Civil* Rights. I needed Parent & Family Advocates in Radcliffe's Adoption-only Court & System.

In Carter vs. Rafferty, the Court said:

> **"The petitioners' Due Process rights were violated because public funds were not made available for investigative and expert services…"**

Radcliffe ran an "Adoption System" at County/State/Federal expense. She had "motive."

Radcliffe was at the "helm" of Galveston County's *Family System, National Adoption Day* & *used* Federal/State Funding for **Adoption**/Foster-Care against **poor/low-income** *Biological* Parents.

Radcliffe forced "already low-income & poor" Parents into "deeper poverty" via Court Order.

"Poor Family's" can't fight a "Heavily-Funded Pro-Adoption System" with *no money*.

Poor/Low Income are a "class." *Biological* Family's are a "class." Adoption is a "class."

Radclife *knew that* & took advantage of *us* to benefit her **Adoption** cause. She "separated" all our Family's. Took all our Children. Did not 'reunify' our Biological Family's. Per her 11/14/04 Article, "all" children went to "Adoption, Guardians or State Systems." (See 11/14/04 Galv. Daily News, pg. 224

Radcliffe is *singlehandedly* responsible for "diminishing Black/Hispanic & **Biological**" Demographic in Galveston County thru CPS/Child-Custody Cases, especially in **"Public Housing"** which was predominantly "Black/Hispanic." Radcliffe ORDERED them outside of *Galveston County.*

**Fraudulent Concealment:  Illegal Seizure & Searches of Children & Home *Unconstitutional***

Pursuant to 262.201 (Texas Family Code):

**"...there must be danger...urgent need...that requires immediate removal."**

There wasn't. CPS failed to meet its burden. Violated Law & my Civil Rights & then lost

Trial.

On 12/21/01, by the time I arrived at my residence, Richard King (CPS), Joey Quiroga,

Officer Schwartz & Cheryl McCarty were inside & had already searched my home & children.

Det. Joey Quiroga, Officer Schwartz & Cheryl McCarty (CPS) were all standing "right there,

witnessed & heard" Richard King (CPS) say he "found no abuse/neglect" of my chidren & said

the Case was over. (See R. King/Cheryl McCarty (CPS) Recording)  It's the reason CPS/Police

left "all-6" of my children in my Care & Custody. Because, by-Law, *they had to* since there was

**NO Emergency & NO Probable Cause**.

CPS came-back **"5-more-times"** that *same-day* **without** Police *conspiring* a non-existent

case against us: 1) to harrass us <u>without</u> police; 2) to "trick us" by leaving cough syrup (See

Cough Syrup); 3) to "coerce" my husband to sign a "Safety Plan" *under durress* he *did not*

understand. (See Safety Plan);  4) to **force** us to take our "healthy" children to UTMB Hospital

(See Well Child exam); 5) to "bully & intimidate" us into talking to them *while* we **did not have**

lawyers, while they **did have** <u>legal representation</u>" to build a case.

It's an "unjust balance."

Only "1-side" was represented when CPS & Police came to my residence to conduct their

investigations. It' was *<u>falsifying balances by deceit</u>*. (PROVERBS 8:5) *Meaning*, the Defendants

gave "false appearances" and a "false impression" of *Justice* thru "<u>deceit</u>," which wasn't Justice -

at all.  Especially since they all *had* lawyers & access to them, while I *did not*.  Nobdy "checked"

CPS/Police.

Even The Government has "Checks and Balances."

On December 23, 2001, with "no warrant," CPS/Police "illegally" searched our residence.

On December 26. 2001. with "no warrant." CPS/Police "illegally" searched our residence.

I was *denied* a Speedy Trial.  Radcliffe didn't appoint lawyers until <u>after</u> CPS took my children.


**Fraudulent Concealment:  My Attorney "Concealed Evidence" (MyTape) To Protect CPS**

On 1/7/02, CPS held a *secret* "Mediation" in which CPS disclosed "extremely damming" evidence that proved they "conspired" their case against us & was "fabricated." (See 1/7/02 "Mediation")

CPS/Police & my own attorney *concealed* evidence "damming" to the States' Case.

"S. Chris Nallie Courtney (my former attorney)" *stole* my 1/7/02 "Mediation tape" because it contained "damming evidence" that proved CPS lied & "framed us" to take my children.  S. Chris Nallie-Courtney (former attorney), stole my "my property" at the *Mediation* to "conceal."  Richard King/CPS "blackmailed" me. and. **"threatened." either I sign "admissions of guilt" or I'd NEVER get my children back**. (See "WARNING TO PARENTS" & 1/7/02 "Mediation" pg. 576)  Which, as a "Christian" I could *not* do.

The "secret" was, it wasn't a "Mediation" at all.  It was a "trap."

CPS' Mediation was like a kidnapping threat: do what we say or you'll never get your children back.

The Mediation was "**extremely**" threatening! I was "ambused." Abused. Extorted by *bullies*.

20

CPS bullied me to *force* me to sign *Legal* Documents while holding my childen "hostage."

CPS "threatened" me like "kidnappers" *while* holding my children like "hostages."

It was incredibly "intense." My attorney (Nallie-Courtney) & the Mediator *sided* with CPS/Police.

The Mediation was conducted "in secret," as *a* "sneaky way" to *secretly* "set-up, frame & threaten" me, as a *Biolgoical* Parent, into *signing* Legal Documents" that would've forced me to "incriminate" myself, *behind closed-doors*, where Federal Authorities & the Public *could not* see how Officials bullied. coerced & tried to pressure me to sign documents "under duress" which violated my Civil Rights.

I personally have heard & saw "horror stories" of *Biological* Parents who "signed" CPS Documents & *still* got their children taken-away *anyway*, because CPS *used* those very same documents they pressured Parents to sign. "against them" to "trap" them "out of Custody" of all their children. It's why CPS hold "Mediations" in secret. There's NO RECORDING of Mediations, when, there *should be*, because the documents "signed" in Mediations are "legally binding" & used by CPS to take "Permanent Custody" of *Biological* Parents' children. Due to Radcliffe. Officials had "motive" for taking Biological Parents children - **Adoption**.

Mediations are held "early-on" in CPS Cases while the "wounds" of having our entire family abruptly "separated" & our children taken like "slaves" are still "fresh" & "deep." While Parents are *extremely* "desperate" to get our children back. While children & parents are "deeply & severely traumatized" by CPS' & Police "cruel. insensitive & slave-like" child removals. Mediations are held *soon-after* and *while* children & parents are *still* very "deeply traumatized" by CPS' cruel kidnapping of our children. CPS took our children's FREEDOMS. CPS then tries to "trick" Parents our of our FREEDOMS. CPS "pushes papers" in our faces, they need us to sign

to "get control" of our lives, the same way they "took control"of our children's lives.

NO CHILD who's *innocent*, should be "forced" by CPS into "slave-like servitude" into State Custody. A child is American too. As Americans, my children has Civil Rights too. As such, children have Rights "not to" be forced into *any* type of State "Custody" or "servitude." State Custody is no different than "slavery." My innocent children were completely "forced" into "State control." Its not fair to "any" child, Parent or Family. Especially when CPS hasn't proved its case, then, eventually "fails to meet its burden" as required by Law.

Ms. Triplett, Ms. Radcliffe & Judge Baker forced me & my children to "suffer" all of that *trauma* for <u>nothing</u>. Each, Violated our Civil Rights.

In secret, "CPS bullied me "for Custody" of my children & to sign "Legal Documents."

Signed documents "obligate" Parents to *do whatever CPS says - <u>or else</u>*!

CPS *immediately* takes "control" of every **child** it takes into Custody. *Mediation* is CPS' means to *force* **Parents** <u>also</u> into State "control" by-signature, without Hearings or Trials. Its no different than "slavery." In *both* situations, people are **"taken, forced & are <u>no longer "free</u>."** Its just another form of "servitude." Which, is a Violation of the U.S. Constitution.

The Mediation was scheduled *before* I could prove my innocence In Court. As proof, the Mediation was 1/7/02. Just "3-days" before 1/10/02 "Full Adversary Hearing." The State didn't serve us until <u>after</u> the *Full Adversary Hearing* was "over." (See "Service" Signatures & Date 1/10/02, pgs. 347, 349)

Documents signed during Mediation were used against me.

All child removals & mediations should be <u>Recorded</u>. I recorded it but my Lawyer stole my tape. Documents signed in Mediations are <u>legally binding</u> & change the direction of the entire Case. My Attorney (Nallie-Courtney) advised me to violate my Civil Rights & go along.

Then she "withdrew."

Federal Authorities need to Probe how much CPS violates *Biological* Parents Civil Rights *behind-closed doors* and in  "sealed" Cases, because there were "no camera's" RECORDING it.

**Unrecorded** CPS Cases is how CPS took so many children.  It's how Cheryl Triplett/Richard King/Cheryl McCarty took my children & violated our Civil Rights.  Their "actions" were not **recorded**.

They they filed all sort of *false* Documents & had all kinds of "secret" Meetings *behind-my-back* that I knew "nothing" about until Trial. to get funding & justify the removal.

CPS was fighting me on 1-hand, my own Attorney's on the other.  My Attorneys were secretly planning to "withdraw" all along because I wanted Custody.  They wouldn't answer my calls. (See Moton's phone always busy) They'd lie & say they couldn't contact me, even though I always attended hearings. (See Court Recordings)  I never had a "decent lawyer" or "Justice."   I was *inadequately* represented throughout the whole process until Trial.  *Everytime I turned-around* my attorney's were "withdrawing." Susan Edmondson lied "day-1" of Trial to *get-off my Case*.  It didn't work.

Ms. Triplett (CPS) & Ms. Radcliffe's ran Family systems as deeply oppressive as *slavery*. except **"*more* secretive."**  (See "WARNING TO PARENTS" pg. 576)  There were "no camera's."  Which questions, if Police & other Authorities wear "camera's," why doesn't CPS?

CPS took my children "for pay" like "slavemasters" *without* so much as a "warrant, police report or piece of paper" explaining WHY? Radcliffe Court Ordered it.  Judge Baker finalized it.

State/County Venue's *did not* Protect my Civil Rights.

I never got a "Speedy Trial."  I've never "faced my accuser's" IN COURT like other accused. In "20-years," I've never had a "Custody" Hearing or Trial. CPS & Police illegally

entered my residence, then illegally "searched" my children & residence. Police never read us our Miranda Rights. My family & I didn't have a lawyer even though Police assisted CPS' search, investigation & interrogated us.  No one Advocated for my Family. I was falsely arrested. I can't Vote.

**Fraudulent Concealment : Attorney Asked Me To Get Another Attorney-Day Before Hearing**

Just 1-day before the 1/10/02 "Full Adversary Hearing," during a phone-call, S. Chris-Nallie Courtney (former attorney) advised me "...to get another attorney..." because she was "pregnant" and my Case was a "stress" to her. What *she said* caused stress."  I did not attend the "Full Adversary Hearing."  She didn't want to represent me.

What  Ms. Nallie-Courtney did & said, was a *terribly* "UNPROFFESIONAL," and an awful thing to do to me *1-day before* the most important *Hearing* of my life about my "6-children."

It's a "terribly bad sign" when your only Lawyer *does not* want to represent you in Court.

The *night before* the 1/10/02 "Full Adversary Hearing," that I did not attend, during a phone-call, S. Chris Nallie-Courtney (former attorney) told me: 1) I needed to get another attorney; 2) she was pregnant; 3) my Case was a "stress to her; 4) she refused to file an "Answer" in my behalf; 5) "refused" to submit my "CPS Recording" of Richard King & Cheryl McCarty (CPS) "admitting" they found "no abuse or neglect" of my children that I played for her *while* she "listened;" 6) neglected to Petition, Contest, Litigate, File or Appeal for "Custody" of my children in my behalf in spite of my requests for her to do so; 7) on 1/31/02 after only about a month, "withdrew" from my Case *behind-my-back* without notifying me." (See "Withdrawal"/Pleading

33

Index - S. Chris Nallie-Courtney pg. 554)

Ms. Nallie-Courtney's comments were "deeply" discouraging & hurtful. I didn't have time or opportunity to get another attorney "overnight" in-time for the *Full-Adversary Hearing* the "next dav."

Ms. S. Chris Nallie-Courtney filed her "withdrawal" because she didn't want to represent me. (See S. Chris-Nallie "Withdrawal"/Pleadings Index - pg. 554)

Ms. Nallie-Courtney was an *extremely negligent* attorney & *grossly* under-represented me.

**Fraudulent Concealment: Pre-Meditated Custody Decisions Made *Before* Jury Verdict/Trial**

Custody decisions were already made *several* months *before* my Hearings/Trial, which made ALL "costlv" State Proceedings a "complete waste" of Public funds & resources. and. "obsolete." Especially since decisions were already made then?  My State Trial didn't began April **2003**. However:

February **2002**, Radcliffe said IN COURT she'd **never** give me my children back. ALL recommendations after *that* were for "Adontion &. "Permanent Relative Placement." (See Adoption & Relative Placement & Court Recording). Radcliffe sent my children to East Texas & Phoenix, Az.

On **5/22/02**, Cheryl Triplett (CPS Director), Kerry Whitehead (CPS), Christine Mangle (mv Children's Ad-Litem). Teri Ward (CASA) & others. planned for Adontion & PERMANENT PLACEMENT WITH RELATIVES (See 5/22/02 Permanency Planning Review - pg. 237, 245)

On **7/30/02**, CPS & Radcliffe planned for "PERMANENT PLACEMENT WITH

34

RELATIVES for all my children. (See "Family Service Plan" - 237, 245)

On **10/09/02**, Jack Lawrence (CPS), Kerry Whitehead (CPS), **Teresa Henry** (Trial

Prosecutor), Teri Ward (CASA), Christine Mangle (my Children's Ad-Litem) & **Cheryl Triplett**

(CPS Director) had all already planned Adoption & RELATIVE PLACEMENT for all of my

children. (See Perm. Planning pg. 239, 241)  Others made the same recommendations in Court.

On **12/17/02**, Radcliffe & Cheryl Triplett (CPS) had my **children "PERMANENTLY**

**PLACED"** with my mother "Joyce Washington" in Phoenix, AZ. - **"5-months" before my**

**Trial.**  (See CPS/Log of Contact Narratives: Court Recording pg. 266, 268) Trial didn't matter

Jury Verdict didn't matter.   Baker & Radcliffe never gave me a chance for "Custody."

On **3/7/03**, Radcliffe & CPS had already planned & taken measures for Adoption of my

4-youngest children. (See "Family Service Plan" pg. 237)

On 4/17/03. Per Susan Edmondson's (former attorney) Letter:  "...If there was an

involuntary termination and you ever had any otrher children, CPS would have grounds to remove

those children as well...even if the jury does not terminate your parental rights, CPS will still have

custody of the children and will still have the power to place the children with whomeve3r they

please.  A win at trial. i.e. no termination of parental rights. does not mean an automatic return of

the children..."  Edmondson's letter indicates she already knew I would not be awarded "Custody"

of my children "before my 2003 Trial," which explains why she tried to "withdraw," lied to Judge

Baker to get "released" off my case "day-1" of Trial, and, refused to prepare me for Trial; refused

to prepared a "proper defense" for me for Trial: "refused" to Defend my Constitutional Right to

Custody, in violation of my Civil Rights.

On 5/1/03, for the **"2nd-time,"  in a "2nd-Letter,** Susan Edmondson desperately

attempted to talk me out of going to Trial so that she could be released as my attorney, reiterated

the same details she mentioned in her April 17, 2003 Letter. I refused Edmondson's awful advice. Those were "my children" Edmondson tried to talk me out-of, not hers. Edmondson was "biased" towards adoption, disregarded & ignored ALL my requests for her to contest/file/Appeal for Custody of my chldren. and NEVER should have been appointed to my Case. because she was an "Adoption Attorney." (See Edmondson **Adoption** Ad - pg. 261)

On 5/8/03, Judge Baker Court Ordered Radcliffe's previous placements be implemented then Ordered my 2-oldest children be sent to their dad & my 4-youngest be sent to their grandmother who "hates" me & *hid* Christian.

I LOST Custody of all-6 of my children *immediately* after we WON Trial.

All State Proceedings in my Case were "fixed" & a "complete waste" of State/Federal funds.


**Fraudulent Concealment:  "Safety Plan" Reason for Child Removal, Not Abuse/Neglect**

Per the Ombudsman Office 3/6/02 Letter:

"...CPS initiated an investigation and implemented a safety plan in which you agreed to take the other children for a medical examination: however you did not follow through with the **safety plan** agreements.  CPS took emergency custody of all of your children and placed them in foster care..."

There were *several* problems with the *Ombudsman Office* letter: 1) I never signed a "Safety Plan:" 2) my husband *did* take my son to the hospital where he was "discharged" *that same day* 3) Per CPS & UTMB Hospital, nothing was physically wrong with my other children; 5) The *Ombudsman Office* investigated & found the "Safety Plan," was the actual reason CPS took my children, not *not* abuse/neglect or an "emergency" - as required by law; 6) CPS' "Safety

Plan" gave us **"30-days"** to comply" (See "Safety Plan" pg. 271, 272), CPS/Police took our children *less than* **5-days later** so we couldn't comply. (See "Child Removal" pg. 279, 281, 283)

CPS had *bullied, harrassed & traumatized* our family at Christmas to get a "fake-case."

Det. Joey Quiroga "already knew'" my children were not abused/neglected. because he witnessed & was *standing right there* when Richard King "ended the case," becasue there was "no emergency or probable cause" that necessitated removal of all my children. Which, is *why* he, Officer Schartz & CPS all left my chidren with me when they left our residence. They came back & framed us.

Had CPS/Police found abuse/neglect they would've taken ALL my children *that same day* **12/21/01** as required by Law. Not **12/23/01 & 12/27/01** - days later.

CPS is required by Law only to take children if there is an "emergency" or "probable cause." which. was *not* the case in our case becasue they left my children in my care & custody for "days."

On **December 23, 2001**, CPS took Custody of my baby-boy "Elijah Blue" in UTMB Hospital. (See pg. 279)

On **December 27. 2001**. CPS took my remaing 5-children. (See pg. 281. 283)

CPS' "two" 12/23/01 and 12/27/01 "child removals" of my children Violated Statutory Law & my Civil Rights.

The "Safety Plan" was the only reason my children were taken, as, *days later*, Det. Joey Quiroga kept "yelling" in my face *over & over* again the day he. CPS/Police "surrounded us & took all my children - "...YOU DIDN'T TAKE YOUR CHILDREN TO THE HOSPITAL!" Quiroga was *referring* to the "Safety Plan" he'd witnessed CPS *coerce* my husband to sign "under duress" days earlier. (See Quiroga/Police Recording - CD)

37

Cheryl Triplett (CPS), Ms. Radcliffe & others "framed" us & had us "set-up."

**Fraudulent Concealment: Det. Joey Quiroga/CPS "Framed, Had Us "Set-Up"**

Please refer to "Det. Quiroga & Police Recording."

December 27, 2001, I got a call from "Becky Johnson" at (then) "Best Western Hotel," saying she had "Christmas Presents" for my children.

Problem *was*, I never told "Becky" we were there?

*Meanwhile*, I'd noticed the "door" *next-door* to us stayed "ajar" all night."

Becky brought Presents for my children then invited us to breakfast at the "Pancake House."    I kept wondering why the waitress kept stairing at us.  We did nothing wrong.

*As soon* as we walked outside, we were "completely surrounded" by Det. Joey Quiroga, CPS & *several* Police who *abruptly* snatched away my children from me, shoved them into the back of Police Cars, then took my "4, 5, 6, 11 & 12-yr. old children <u>straight to JAIL</u>?  We remained *free*.  While in Jail, Det. Quiroga & others "shoved, bullied, interrogated my children for a "2nd-time" & didn't feed them. They kept touching my children. Police bullied my son for not saying what they wanted.

December 27, 2001 was the "last meal" me & family ate *together* as a Family.

In jail, one of my son's "overheard" Det. Quiroga on the phone talking to "Becky Johnson."

It was then I realized, we'd been "Framed" & "set-up" by Becky, CPS, Police & Det. Quiroga.

Becky told me she & Det. Quiroga had a previous relationship. They known each other prior.

I *suspect* these "damming details" is one of the reasons CPS *refused* to surrender it's Case-File on our Family as evidence at Trial.

PLEASE have Federal Authorities Probe & investigate this matter!

## Fraudulent Concealment:  "False Arrest," Denied Speedy Trial / The D.A. Had Us "Set-Up"

July 2003, when we arrived in Phoenix, AZ for our 1st visit with our children since *Winning* our 2003 Trial, "Christian's" face was so "swollen/beaten" he looked "deformed." His "jaw bones" were petruding & he had a long "scar" on the side of his face he didn't have before. (See Photo's) Christians face was still "swollen." I knew from experience my mother had beaten *him* like she beat *me*. I called Police. My mother lied & told Police it was a "birth defect" my son did not have. Police *believed* mom's lie. Please compare "Christians photos." Our attoney's wouldn't get involved *at-all* but advised us to get a Judge to sign an Order. While following attorney's advice, **Teresa Henry** had us arrested out of retaliation for losing our Trial.

On July 31, 2003, CPS & Police "burst-down" our door, snatched away my children for the 2nd time, "pointed a gun in my face," handcuffed me in front of my small *terrified* children, arrested me & took me to jail. It was **Radcliffe's Bayliff** who pointed the gun in my face & threatened to kill me. That was the last time I ever saw "Christian." Is he alive?

That day, we lost: our children a *2nd* time, our Beachfront Condo, our only Income because my husband worked for the *same* Complex, and our "Freedom" on "fake charges." We became *homeless*.

All Charges were "DISMISSED." My Criminal Attorney couldn't even find a "police report."   It was all a set-up by the D.A.  Just like Susan Edmondson said.

*Immediately* following our release, we drove straight to *The Department of Justice* where I called "Susand Edmondson" (former attorney) who told me, "The D.A. had you 'set-up' to be arrested." Which, explained all the phone-calls I overheard *all night long* in Jail from the desk-phone located directly across from the jail cell. Edmondson didn't alert authorities. She didn't help me.

"Teresa Henry (D.A.) not only celebrated my arrest, Ms. Genevieve McGarvey (my other Trial Attorney) told me she was called a "traitor" & "Benedict Arnold" *months* for wining my Trial. And, that she was not paid over $11,000.00 for Winning my Case in *retaliation*. (Radcliffe). They got her back! Alvin Saenz was *threatened* by a Bayliff IN COURT & was "terrified." I *literally* saw his face, could see his fear & heard his *trembling* voice as he told me about the incident. He was pretty *shook-up* about it. Alvin was also *terrified* then threatened to "withdraw" as my husband's attorney when **Radcliffe's Bayliff** & another deputy came to arrest me prior to a Hearing. Ms. Mangle & Ms. Henry "cornered" Ms. McGarvey during Court that nearly resulted in a "Courtroom brawl." Those Lawyers almost came to "blows" - *right there* IN COURT. It was *worse* than TV in there.

Teresa Henry created a *very* "hostile" Court environment during my case. She was horrible.

My purse was stolen "during" my Trial even though it was a "CLOSED" hearing.

They *bullied* me. They *bullied* Mr. Saenz & Ms. McGarvey who WON my Case.


## Fraudulent Concealment: Radcliffe "Denied" Parents "Speedy Trials"

Its now been over 20-yrs, & *to this day*, I've never had a "Speedy Trial." Both, Judge Baker & Ms. Radcliffe "deprived' me "Speedy Trials" & "Due Process" & Violated my Civil

40

Rights.

In *The Rueben Hurrican Carter Case*, the Court Rules: **"...The Prosecution violated the petitioners rights to a Speedy Trial..."**

My Case was "diverted" to Radcliffe in "Family Court," by-passed "Criminal Court & didn't required "preponderance of evidence or "burden of proof." I was deprived a "Speedy Trial." I was given a "Full-Adversarial **Hearing**" *instead*. A "Hearing" is not a "Trial." Radcliffe's "Full Adversarial Hearing" Violated my Civil Right to *Due Process & Equal Protection*.

**Fraudulent Concealment: Judge Baker Neglected to "Take Action" Against Radcliffe**

Judge Baker had a "legal duty & obligation" to appoint a "legally presiding" judge over my case & "take action" against Ms. Radcliffe's "unethical" behavior. Judge Baker did not.

> **"...A trial judge is required to take measures against unethical conduct occurring in connection with any proceeding before him..."** *Misicus v. Westinghouse Elec. Corp., 621 F.2d 742, 744 (5th Cir. 1980)*

Judge Baker "covered-up" Radcliffe's entire ordeal & defended her Publicly in the Newspaper. (See Judge Bakers 2/7/13 Article - Galv. County Daily News - pg. 210)

Judge Baker should have had All Ms. Radcliffe's "decisions/rulings" in my Case *stricken from the record &* so it could not be used against me as "evidence" at Trial.

I was *denied* Due Process, Equal Protection, Fair & Speedy Trial due to Radcliffe's *unethical* behavoir. Radcliffe violated *Judicial* Rules. *Federal* rules & *State Bar* Rules.

Those involved with my Case/Trial who *knew* about Ms. Radcliffe's dual-roles but *deliberately & intentionally* concealed it from me & the Government, each had a "duty to disclose" *it*, correct it, alert authorities & be held accountable. Me & others victimized by Ms.

41

Radcliffe are entitled to Justice.

> "...defendants...whose actions might not otherwise be taken "under color of state law," may be subject to suit under §1983 if they conspire with government officials to deprive others of their constitutional rights. *Adickes v. S.H. Kress & Co., 398 U.S. at 152....*
>
> ~~42 U.S.C. § 1985 "...provides a remedy...when individuals conspire to deprive~~ a member of a protected class of equal protection." *Edwards & Assocs., Inc. vb. Black & Veatch, L.L.P., 84 F. Supp. 2d 1182, 1197*

## Fraudulent Concealment: Radcliffe/Adoption Press Every Year, Not Family Reunification

Radcliffe self-made Galveston County an "Adoption County" & garnished "full Press" & "front-page headlines - every year for her efforts. *National Adopton Day* still gets Press every November.

Radcliffe/Officials brazen **Adoption** press" **every year** were *preiudicial. Discriminated* against me/Biological Parents & were  "extremely hard" to *overcome* in Radcliffe's Adoption Court. Especially since she'd already "influenced" the *Publiher appointee's* in my Case "*against* me" *for* **Adoption**.(See 11/14/04 Galv. Daily News- pg. 224

Radcliffe: attended her appointee's "Fundraiser's" (See pgs. 235, 228): "solicited" them for her *National Adoption Day* event (See Adoption 11/14/04 *Galveston Daily News*-224); appointed them to my Case;  then, they all testified "against me" at my 2003 Trial. (See "Trial Transcripts" & "Witness List")  Radcliffe had me *Systematically* "set-up" to lose Custody.  She "framed" me.

*Ms. Radcliffe &* her "Pro-Adoption" colleagues "conspired' *together* to deprive "Biological Family's" *Equal Protection*, as evidenced by their "Adoption Press" **every year** in the *media*, (See "Adoption" pgs. 237-264 )

## Fraudulent Concealment: No Custody Trial/Hearing/No Reunification *Policy-* Unconstitutional

It's been over 20-years since CPS *illegally* kidnapped my children & I've *still* not had a Custody Trial/Hearing. Judge Baker & Ms. Radcliffe *deprived* me of them & Violated my Civil Rights.

Ms. Radcliffe *Systematically* "framed" & "set-up" Biological Parents to *automatically* lose Custody of our Children "by-default," via her "No Custody Trial/Hearings for Biological Parents & NO "Family Reunification" Policy.  Especially since Attorney's on Radcliffe's "payroll/roster" did not "contest, litigate or Appeal Custody in Biological Parents behalf. (See my Case)

Radcliffe's "No Child-Returned/No Family Reunification/No Custody Trial or Hearing *Policy"* was Unconstitutional & Violated my Civil Rights.

**Fraudulent Concealment:  Radcliffe Ordered "Select Classes" Be Sent "Out of Galveston"**

"*Biological* Discrimination" is a form of "Discrimination" when a judge deciding Cases is *Publicly* partial towards **Adoption** like Radcliffe was."  She made a *difference* between "us" & "them."

Ms. Radcliffe used Public Funds to "Discriminate" against "Biological" Classes of Parents/Family's, but "helped" Adoptions "classes.  Radcliffe *increased* "Adoptive" Classes but decreased & Ordered "Biologial  Family's Classes" be sent "out of Galveston."

These were Galveston Cases. Radcliffe wouldn't let our family's live in Galveston "in peace."

For example:  Radcliffe sent my 2-oldest sons to "Tarrant County, and, sent my 4-youngest children to "Fort Bend County, then "Phoenix, Arizona."  Radcliffe targetted "Minority Communities" like "District 1" & **Public Housing** area's where mostly poor/minorities resided

*using* Public Funds.

Radcliffe handled Galveston County CPS/Child-Custody Cases. (See 2/7/13 & 2/10/13 Galv. County Daily News pgs. 210, 220) Radcliffe's 11/14/04 Article indicates **"all" children** were sent to *Adoption. Guardians or State Systems* & means Radcliffe did not "return children" or "Reunify Families" as required by Law, including my children.  Radcliffe knew this because she was the *very* Judge whom decided these Cases. (See pgs. 224)

It is important to note, Radcliffe's 11/14/04 Article was "after" she had already: ORDERED  my *Biological* children "removals," taken all my children: attempted to have my children Adopted, separated our *Biological* Family, then ORDERED my children be "Permanently" Placed with relatives "out-of-State" and "out-of-Galveston County.

Radcliffe did to me & my family *exactly* what she indicated in her 11/14/04 Galveston Daily News Article. she: did not return my children. put them in the "System" & tried to have them Adopted.

Ms. Radcliffe "privatized" Federal/State Funding for Adoption/Non-Biological "uses."

Ms. Radcliffe brought *National Adoption Day* to Galveston County in 2001, the "same year" she separated my Family & took all my children from me. (See 11/14/04 Galv. Daily News - pg. 224) Radcliffe *did not* make "Reunifying Biological Family's" a "yearly" event - Equally.  She did not "reunify" Biological Family's.

Due to Ms. Radcliffe's "Adoption" bias," there was "no protection" for me as a *Biological* Parent in her Courtroom because she "influenced" the entire "Family System" against me. "appointed" those the same people to my Case "against" me, then, they testified against at my Trial.

Ms. Radcliffe & her cohorts held "Monopoly" on Custody. Nobody could get it but *them*.

44

Ms. Radcliffe was paid Federal Funds, and, "misappropriated" funds by using them "specifically" for Adoption purposes against *Biological* "Classes." She did so for early 2-decades.

Radcliffe did not "reunify" *Biological* Family's or "return children" to their Parents in order to secure & procure "Adoptions."

Radcliffe *used* "Public Funds" Radcliffe used like *her own purse* and "privatized" funds for her *own* **Adoption** causes "against" *Biological* Parents like me, for her own "select class" of **Adoption**.


**Fraudulent Concealment: Attorneys Withheld/Suppressed/Concealed Radcliffe Was a Lawyer**

> **"The Third Circuit…construed…in Pyle v. Kansas… "suppression of evidence" favorable" to the accused was itself sufficient to amount to a denial of due process**, *195 F.2d at 820; Nape v Illinois, 360 U.S. 264, 269*

> **In Mooney v. Holohan …we said:  "The same result obtains when the State,although not soliciting false evidence, <u>allows it to go uncorrected when it appears.</u>"** *Alcorta v. Texas, 355 U.S. 28.*


My former attorneys were attorneys & knew Radcliffe was an attorney but "concealed" it from me while she presided over my Case, and, neglected to Subpoena/Cross Examine Radcliffe at Trial.

My former Attorney's, **"Susan Edmomdso, S. Chris Nallie-Courtney & Rodney Moton** *should have* Subpoenaed Radcliffe for my Trial & held her "accountable" just like any other "lay citizen."   My Attorneys' withholding of this evidence" *denied* me "Due Process/Equal Protection."

Mr. Henry & Galveston County let this all go *<u>uncorrected</u>*,  neglected to "alert *higher*

authorities," misled me, misled other parents, jurors & Government for *years*. He left things a *mess*.

Mr. Henry still has not resolved all Radcliffe's Cases, even since she resigned in 2013. Repercussions from them still continue.  I'm proof.


**Fraudulent Concealment: Judges Committed Crimes**

A "Termination of Parental Rights" in *Family* Court, is the equivalent of a "conviction" in *Criminal* Court.  In both situations, a person permanently "loses" his/her Rights. Dues are paid.

CPS falsely alleged "**criminal**" allegations of "Abandonment," then "diverted" to **Family Court** where both Ms. Radcliffe & Judge Baker held "Termination-only" proceedings, which was the equivalent of the "presumption of guilt" because they "excluded Custody."

CPS' immediately filed its Termination Petition *less than a week* after they kidnapped my children under the "presumption of guilt."  "NO" Custody Proceedings were ever held in my Case. Officials proceeded under the "presumption of guilt," not "Family Reunification" as required by Law.

Both Judges held "costly" State Proceedings at State/Federal expense, that were already "pre-decided" for Adoption/Out-of-home Placements *before* any Hearing or Trial had commenced, due to their bias' and prejudice against *Biological* Family's.

Judge Baker neglected to consider "innocence before proven guilty," even after we WON our Case at Trial.  Both ORDERED my children be given to "relatives" without any legal basis. Both never *considered* me as a "placement for my own children in Violation of my Civil Rights.

Both Ms. Radcliffe & Judge Baker deliberately "deceived" me as *judges* as to Ms. Radcliffe's "legitimacy" as a *judge* under the Law. The Jury at my Trial was "denied information

46

& all evidence" pertaining to Ms. Radcliffe's "dual-tenure' as "judge AND attorney."

In the Rueben "Hurricane" *Carter Case*, the Court said:

> **"It is a requirement that cannot be deemed to be satisfied by mere notice and hearing if a State has contrived a conviction through <u>the pretense of a trial...as a means of depriving a defendant of liberty through a deliberate deception of court</u> and jury...** *Mooney v. Holohan, 294 U.S. 103, 112*
> **"...The <u>jury</u>...was denied information... To permit convictions to stand which have as their foundation ...<u>withholding of evidence</u> critical to the defense, is to commit a violation of the Constitution as heinous as the crimes for which these petitioners were tried and convicted...Were it not for these grave constitutional violations, the court concludes...the guilty verdicts of the jury might well have been otherwise...**

Prosecutors/CPS & others all misled Jurors to believe: 1) Ms. Radcliffe was a "legally presiding judge" - when she "was *not*;" and, 2) all Court Orders, decisions & rulings in my case were "legal, ligitimate and/or *valid*" when they were *not*. "Custody" decisions in my Case should be "Overturned."

## Fraudulent Concealment: "NO Custody" Trials or Hearings / "Pretense" of Trial

In Family Court, a *Termination/*Parental Rights is the equivalent of a "conviction."

**"Termination-Only"** Proceedings were held in my Case since 12/28/01. (See "Termination" pg. 216, 218, 288-349)

Because of Radcliffe's **Adoption** Bias, ALL CPS/Child Custody Cases she presided-over were *pre-disposed* for "Adoption/Out-of-home" Placements. Trials/Hearings were "obssolete" & a "complete waste" of Taxpayer/State/Federal Time & Resources since they were ALL already "pre-decided, fixed & *excluded* "Custody." Hearings/Trials were mere formalities. A "pretence."

> **"It is a requirement that cannot be deemed to be satisfied by mere notice and hearing if a State has contrived a conviction through <u>the pretense of a trial...as a eans of depriving a defendant</u> of liberty through a <u>deliberate deception</u> of court and**

47

jury... *Mooney v. Holohan, 294 U.S. 103, 112*

"...The jury...was denied information... To permit convictions to stand which have as their foundation ...withholding of evidence critical to the defense, is to commit a violation of the Constitution as heinous as the crimes for which these petitioners were tried and convicted...Were it not for these grave constitutional violations, the court concludes...the guilty verdicts of the jury might well have been otherwise... *(Rueben Hurrica Carter Case)*

By holding me a "Termination-only" Hearings/Trial that excluded "Custody," Radclife & Judge Baker basically "convicted" me from Custody of my own children. Both treated me like I was *not* entitled to Due Procees, Equal Protection or Custody, by "stripping" me of my Parental Rights before Trial or "Jury Verdict." They'd already made their decisions "prior to Trial." Then, why hold a Trial?

The Committe on Judicial Ethics Ruling against Ms. Radcliffe, her resignation & subsequent "removal as judge," had the same impact as an *impeachment.* But to date, "no one" has REVERSED all her "Decisions" which still impact my life.


**Fraudulent Concealemt: CPS Made *No Effort* to Eliminate/Prevent My Childrens Removal**

"Legally," CPS/TDPRS must make efforts to "prevent/eliminate" child removals. It's Federally & Statutorily "Mandated."

Pursuant to: 42 U.S.C. §§ 671(a) (15) and 672(a) (1). CPS Officially filed:

"...The Department made reasonable efforts...prior to the children's removal and prior to placement of the children in foster care, to prevent or eliminate the need for removal of the children... and has made reasonable efforts to mae it possible for the children to return home..."

Pursuant to 262.201 of the Family Code, the Department must make:

"...efforts to eliminate or prevent the children's removal..."

48

On 12/21/01 CPS/Police conducted their investigations then left. ( See Pg. 592, 598, 600)

On 12/23/01 CPS took Custody of our son "Elijah." (See pg. 279)

On 12/27/01, CPS seized my remaining "5-children." (pg. 283)

On 12/28/01 CPS Officially filed for Termination/Parental Rights 5-days after taking my

children, then, *falsely* claimed it made "efforts" to eliminate/prevent my children's removal. (pg.

288, 322)  CPS didn't. I still had possession of my 5-remaining children 12/23/01.  CPS came-

back 12/27/01 & took my 5-remaining children. (Pg. 283)

CPS knowingly & deliberately "perjured" itself by Officially filing it made "any" effort to

to "eliminate or prevent" the removal of my 6-children.


### Fraudulent Concealment: "2-Child Removals" & "2-Removal Dates"

Pursuant to: 262.201 of the *Texas Family Code*:**"...a full adversary hearing shall be
held not later that the 14th day after the date the child was taken into possession by
the governmental entity.**

CPS *concealed* concealed  there were "2-child removals" in my Case, **December 23, 2001**

**& December 27,  2001**.

On 12/23/01, CPS & Police unlawfully seized my son "Elijah Blue." (Pg. 279)

On 12/27/01, CPS & Police unlawfully seized my remaining "5-Children." (pg. 283)

CPS' 12/23/01 date, *missed the deadline* required by Law to hold a Hearing & Violated

Law. Cheryl Triplett/CPS changed dates, conspired a "cover-up," committed perjury regarding

"removal date"s, then, filed the wrong date (12/27/01) as the Official "removal date" for ALL my

children for the next 16-months to *cover-it-up*. CPS clearly Violated "clearly established" Law by

doing-so.

The disclosure of CPS "wrong removal dates" caused an "uproar" during Trial.

The problem was, CPS *repeatedly* & "falsely" filed 12/27/01 as my childrens removal date "Officially," and "concealed" the 12/23/01 removal for 16-mos. (See 12/23/01 Removal Date pg. 279)  Police didn't arrest us 12/23 or 12/27/01, but *illegally* took my children for Radlciffe's *National Adoption Day* event. Proving, there was "NO Emergency." NO "probable cause."

By Law, CPS had 14-days to hold a Hearing by Law after taking my children. CPS/Police took our son "Elijah 12/23/01, then took my 5-remaining children 12/27/01. The *"Full Adversary Hearing* wasn't held until 1/10/02. CPS "missed the deadline," *then* conspired in a "cover-up."

This "bombshell" testimony nearly "ended my 2003 Trial in a "mistrial" because it proved & exposed: 1) CPS committed crimes; 2) CPS Violated Law to take my children; 3) CPS *conspired* a "cover-up" to *conceal* actual "removal dates" for 16-mos.; 4) CPS perjured itself throughout my 16-mo. Case & 3-week Trial; 5) CPS was required by Law to return my children in 2001: 6) Judge Baker & Ms. Radcliffe neglected to *Sanction* or take "any" action against CPS.

CPS/Police left our residence after Mr. King admitted in front of Police there was <u>no abuse/neglect</u> & closed the Case, and is why Emergency & Probable Cause were "ruled-out." (See CPS Recording)


**Fraudulent Concealment: Radcliffe Placed My Children "Without A Court Order" After "Failed Home-Study"**

Ms. Radcliffe placed my children in a home that "failed the home-study" in violation of "clearly established Law. (See "Failed Home Study" - pg. 640, 642)

In a "cover-up," Ms. Radcliffe "secretly" had CPS send my son's to live with their "Aunt & Uncle" my ex-husband "Failed the Home-Study." (Please Refer to 2/28/02 "Failed Home-Study" & Court Recording - pg. 640; 642)

On the "Court Recording" you can clearly hear Alvin Saenz (Attorney) questioning "why" CPS moved my children *without* a Court Order.  Which, was also a Violation of clearly established Law.

What happened was:  Radcliffe Ordered me & my husband take "drug tests."  We complied.  My husband & I "passed."  My Ex-husband "Failed."  Ms. Radcliffe litterally commented during Court she had to "fix" it.  She had placed my sons in his care in Violation of the Law & *knew it*.

In a "cover-up." my son's were *secretly* moved to live with their Aunt & uncle.

Meanwhile, CPS, Ms. Radcliffe, CASA & others all "lied" to me & told me my sons were living with their dad, when they were actually living with their aunt & uncle in a different location.

Mr. Saenz found out about it & questioned CPS on it. (See Court Recording-CD)  It was all done "in secret" *without* a Court Order in Violation of the Law.  Everybody knew except me.

I didn't find out what all had actually happened until "Discovery Documents" at Trial, 16-mos. later. And, after Susan Edmondson gave me the "Radcliffe's Taped Recordings" of my Hearings.


**Fraudulent Concealment:  Radcliffe DID NOT "Reunify" Biological Family's**

Officials child-removal Violated my Civil Rights & **42 USC §§ 671(a)(15) and 672(a)(1)**.

Ms. Radcliffe did not "reunify" Biolgical Family's, nor "return Biological Children."

Per Radcliffe's 11/14/04 Article. "...25% of the children are adopted...**the rest...**go to guardians or stay in the system." It meant, Radcliffe /CPS *did not* "reunify familys or return *any* children to their Biological Parents," to make "any" effort to "eliminate or prevent" the removal childrem in Glaveston Country.  I'm proof.  Radcliffe "disqualified" our County for Federal/State

Funding.

"Family Reunifications" were Federally/Statutorily **Mandated**, and was "pre-requisite" for

Federal/State Funding. Since *Radcliffe used* Federal Funds *exclusively* for Adoption & did not

reunify *Biological* Family's, I challenge Galveston County qualified for Federal/State Funding.


**Fraudulent Concealment:  Judge Gave Radcliffe Access to State/Federal Funds as Lawyer**

As an attorney, Radcliffe was given "broad authority" and "unrestricted" use/access to

Federal/State/Local Funding/Staff & resources, which, was "illegal" because she was an attorney.

(See 2/7/13 & 2/10/13 Galv. Daily News - pg. 210, 220)

"Any *system* given *carte-blanche* access to human beings & *unrestrained* use of

State/Federal funds based on "human-count" *is* prone to "abuse" of its *own* power."

It was *brazen* for Galveston County Judges to knowingly *agree* to pay Radcliffe "Federal

Funds" as judge *while* she was an attorney, then condone it *publicly* in the *Galveston Daily News.*


**Fraudulent Concealment: Radcliffe's "Prejudice" Against Me / Biological Parents**

**"...The essence of an improper appeal to the jurors is that it is directed to
passion or prejudice rather than an understanding of the facts and the law.** *Perry v.
Mulligan,* at 680.

**Such appeals to passion or prejudice threaten the impartiality of the jury, a
fundamental component of a fair trial. An effective appeal to prejudice undermines
the guarantee that a defendant shall have his case decided according to evidence in
the record, rather than on the basis of potential juror bias. Moreover, prejudicial
argument by the prosecutor unfairly stacks the deck in the government's favor.** *Soap
v. Carter,* 632 F.2d at 877

Texas & Judge Baker's "denial" & "ommission" of charging  the Jury to even "consider"

awarding me Custody, "excluding" me from that portion of the Jury Charge regarding "Custody"

of my own children was 'highly prejudicial" and sent the Jury a bad message, and prejudiced me to jury's.  It was also "leading."

The Jury never got opportunity to "deliberate" considering me for Custody, because Judge Baker & The State of Texas had "already decided" *before* Trial to give my children to my "ex-husband" and my mother, which Radcliffe had previously Ordered.  Which, is precisely where Judge Baker Ordered my children be sent.  My name wasn't event "typed-in" for consideration for "Custody."

 Giving me Custody of my own children was not even an "option" for jurors to consider.  It wasn't on the table," but should've been. (See Jury Charge - pgs, 294-316)


### Fraudulent Concealment: Radcliffe/Henry Prevented Me From Knowing I Had a "Claim"

The "fraudulent concealment" of Ms. Radcliffe's *illegal* dual-tenure as judge & attorney by Prosecutor's, Ms. Radcliffe, Judge Baker, Mr. Henry & others: 1) <u>prevented me from *knowing* I had a Claim for damages for *injuries* I sustained due to Radcliffe; 2) prevented me from knowing there was "exculpatory evidence" that should've been submitted as "evidence" during all</u> my Hearings & State Trial that would have impacted "Custody" & other Outcomes; 3) prevented <u>me from *knowing* I had causes for "Appeals;" 4) prevented me from knowing Radcliffe *should have been* removed from my case to begin with</u>. *(Brady v. Maryland)*

It is *criminal* that Judges, Prosecutors, Attorneys & others all *knew, concealed, then, withheld this* "exculpatory evidence" from me. *while* they heard. Prosecuted and/or litigated my case, but *did not* tell me OR alert "proper authorities."

It shouldn't have taken **13-years** for Radcliffe to be exposed because Judge Baker & others knew all long?

53

Radcliffe's judge/attorney roles were "secret" *only* to Parents & the Federal Government. Officials had known for *years*. Radcliffe: worked as judge/attorney since **1997**; presided-over my case in **2001**; It was concealed from "discovery" during my **2003** Trial; she did not admit or disclose it to the *media* until **2013**. Officials had time. *No one told me.* Not even my Attorneys.

Ms. Radcliffe "illegally" conducted "all" my Court Hearings.

Radcliffe was *illegally* given "broad authority" as <u>judge</u> from 1997 to 2013 *while* she was a <u>lawyer</u> - to *llegally:* Conduct my State Hearigs/Trials, *and,* "Court Order:" Adoptions, child-removals. out-of-home/out-of-State & Foster-Care Placements. Medical. "drugging/testing & other tests & State Services" paid by *Medicaid* in my Case & others. Radcliffe also "appointed" CASA, paid her appointee's & appointed Expert Witnesses, Friends of the Court, attorney's & others, *that* she was not "legally authorized" to *do* as a Lawyer.

*Attorney's* are "not authorized" to "Court Order" *anything* in the Sate of Texas.

As a matter of Law, <u>All</u> Radcliffe's "Court Orders" in my case were *illegal* & should not be held against me. *(i.e. Child Support, IRS, Voting, Housing, Driver's Licence)* Mr. Henry failed to *re-open* my Case or take action against Radcliffe's *rulings* she was *<u>not legally authorized</u>* to make.


**Fraudulent Concealment: Radcliffe *Deceived* Biological Parents**

Radcliffe & others "deceived" Parents into thinking we had a "chance at Custody," when "State Services" & Adoption Bias' "prevented it."

Everybody involved with my Case knew Radcliffe was "Pro-Adoption. They didn't buck her.

Radcliffe, her colleagues & Court Appointee's ganged-up" against me & other

54

"Biological" Parents.  I wateched it *first-hand* in Court while waiting for my Case to be heard, which was usually "last."  We never stood a "a chance" to ever get Custody of our beloved chidlren because Radcliffe Anti-Biological Parents Court atmosphere that supported Adoption.

No-Parent walked-out with Custody of their child(ren) in Radcliffe's Courtroom. *including* me.

Biological Parents, including myself, were "ambushed" us in Radcliffe's **Adoption** "private' Court settings, that were Paid with PUBLIC FUNDS, but were CLOSED to the Public.  I saw it first-hand.

Radcliffe "secretly" paid/appointed the same Pro-Adoption colleagues she *solicited* for "Adoptions:" 1) to "force" Adoption "outcomes;  2) to facilitate *Adoptions, Terminations, Custody & Child-removals & out-of-home placements*; 3) to make false allegations against "Biological" Parents. then corroborate false statements Officially *throughout* "Biological" Parents Cases, Hearings, Proceedings & Trials; 4) to file **"Criminal"** allegations *against* Biological Parents Officially, but *secretly* "divert" Cases" to "**Family** Court" where Radcliffe presided to take Custody & make *Adoptions*; 5) to influence her "Adoption" colleagues to make *recommendations "against* Biological Parents" for Adoptions. not "Family "reunifications" as required by Federal Statute; 6) to testify "against" me & other "Biological" Parents at Hearings & Trials at taxpayer/State/Federal expense; 7) to "set-up" and "frame" *Biological* Parents "steal Custody" for Adoption purposes; *8) recommend*/sent entire Biological Famliy's "out-of-Galveston County to "State Systems. jail. institutions thru *illegal* "Court Orders" (since she was an attorney) to acquire Adoptions;  8) to "force" entire *Biological* Family's into State Systems *via* "fake Court Orders," since Radcliffe was "secretly" was an "attorney" while "posing" as a judge & "concealed" it from me & other Biological Parents, as, Radcliffe, was "not *legally* authorized"

as an "attorney" in the State of Texas to sign "any" Court ORDERS because she was "illegally" appointed & illegally presided as judge her during entire tenure; 9) "discriminated" against mostly Black & Hispanic *Biological* Family's using State/Federal Fumds; "separated" Biological Family's: 10) Terminated *Biological* Parents "Parental Rights" in order to take *Biological* children from their Parents Adoptions & *National Adoption Day* - which Radcliffe brought to Galveston. (See 11/14/04 Galveston Daily News 2001-present);

Radcliffe "forced" & made **Adoptions** happen *from an "illegal" bench* using "illegal" authority, that she was *illegally* appointed-to/given & *illegally* presided-over from 1997 to 2013. That's a "LOT of Cases."

Radcliffe "solicited" & appointed "Pro-Adoption" appointee's to Biological Parents CPS/Child Custody Cases and forced "Adoption" outcomes *using* Federal Funds.   Thus, people, entity's & agency's appointed by Radcliffe were "Pro-Adoption, including: former trial attorney-Susan Edmondson (Susan Edmondson pg. 261; Cheryl Triplett-CPS Director (See pg. 644); CASA/Child Advocates (See Article pg. 224); Law Enforcement (See pg. 224); Attorney's (See Articles); CPS Workers (See Article)  The *same-people* took my children & were Pro-Adoption.

Radcliffe used "Public Funds" to "Discriminate" against *Biological* Family's for Adoption.

Radcliffe *Systematically* "enslaved" entire Biological Family's thru Court Orders in "Family Court" for Adoption purposes.   She basically "forced' children/parents into the System via Court Orders where she paid those who facilitated CPS/Child Custidy Cases.  Radcliffe's "judicial duties" included making "payments."


**Fraudulent Concealment: Radcliffe's Countywide "Adoption" Press was "Discrimination"**

Ms. Radcliffe bringing National Adoption Day to Galveston County in 2001, set-off

a "chain reaction" for **Adoption-only "Press"** of "Adoption/Foster-Care Placements, No Custody Hearings/Trials & Termination-ONLY Trials **for the next "20-years,"** including my Case.

Radcliffe/Officials/CPS/Attorney's/Law Enforcement's Countywide "Adoption" Press **every year** Discriminated against me as a "Biological" Parent. Adoption Press depicted *Biological* Parents as "abuser's" <u>**every year**</u>. *Jointly*, they turned the Public against us every year.

Radcliffe used Public Funds *like her own purse* to have us *Biological* Parents framed & "set-up" to *automatically* lose Custody of our children by *default*, since Radcliffe-appointee's REFUSED to *contest/Petition/Appeal* Custody like my attorney's did.  Then they got "Free Press" for their efforts.

Officials faces *Radcliffe* "solicited' made **"front-page headlines"** in the *Galveston Daily News* **every year**, including: Cheryl Triplett (CPS Director); Sheriff;'s Judges; CPS, Attorneys, Social Workers & others, who were all <u>vested</u> *in* CPS/Child Custody Cases and "<u>benefitted</u>" from them. Each <u>*heavily influenced*</u> the Public *towards* Adoption & *against* Biological-Parents <u>**every year**</u> (See *"Adoption" Galveston Daily News* pgs. 245-264) Radcliffe these same people/entity's/agency's to my Case against me.

Radcliffe gave **Adoption** Countywide recognition at me/Biological Parents expense.

Radcliffe brought *National Adoption Day* to Galveston, heard Galveston County CPS/Child Custody Cases & Ordered **"adoptions."** (See 11/14/04 *Galveston Daily News*) It's still held **yearly**. (See Adoption pgs. 245-264)

Per her11/14/04 article, Radcliffe *personally* "...got *CPS workers, attorneys, judges and sherriff's deputy's*...to donate their time & resources" for *National Adoption Day*.  Which means,

57

Radcliffe's Pro-Adoption appointees/volunteer's performed "favors" for Radcliffe "on-duty" and "off-duty." I witnessed this 1st-hand because Radcliffe appointed these *same-people* to my Case to take my children from me & tried have them "Adopted." (See Adoption/Bell Children pgs. 245)

Radcliffe prejudiced Galveston County, the Family Court System, Voting/Taxpaying Public to "against" *Biological* Parents like me.

Radcliffe is *single-handedly* responsible for *changing* the Black/Hispanic "Biological" demographic in *Galveston*.  Especially in **Public Housing** populations that were heavily **targeted**.

Pro-Adoption attorney's/appointee's Radcliffe paid: *did not* "contest. Petition or Appeal Custody in my behalf; *illegally* took my children, "separated" my *Biological* Family;  made "no recommendations" for my family to be *reunified* in violation of Law; did not return my children to me, discriminated against *Biological* Parents *like me* for Adoption, and, made Adoption "front-page headlines" **every year** & *bragged* about it in the Press.

*Officials* publicized in the media, Adoptions they conducted secretly *behind closed-doors*.

Radcliffe's *illegally* Court Ordered "Services" spanning nearly 2-decades for "every" family who's Cases she illegally presided-over, may have involved *Medicare* on a "massive-scale," that Radcliffe was "not legally authorized" to "Court Order" as "attorney."

Radcliffe's actions *Violated the Civil Right Act of 1964.*

All of this amounts to "misappropriation of Public Funds" by Radcliffe & her cohorts.

**Fraudulent Concealment: "Sealed" Cases / "Public" Press/No Attorney's for Parents Initially**

Galveston Officials were *brazen* about their **Adoption** bias' & *media* press, but "secretive" about how they obtained Custody of "**so many" children** for **Adoptions**.

A major part of Radcliffe/Officials fraudulent concealment involved **secretly** using **Public Funds in Sealed** CPS/Custody Cases, **Closed** to the Public to "conceal" from the Federal Government the main Goal was "Adoptions, out-of-home placements & Terminations." Not *Family* reunification.

Radcliffe removed Children for "Adoption" Purposes & held "pre-meditated" Adoption Proceedings where everybody involved *but parents* already knew there would be Adoption Outcomes.

Black/Hispanic "Biological Parents" *automatically* lost our children by-default, because Radcliffe-appointed attorney's DID NOT "contest/Appeal Custody for us Biological Parents.

Radcliffe did not appoint *any of us* attorney's until after CPS had *already* taken our kids.

Public **Adoption** Celebrations" in the *media* **every year** were the *end-result* of **Officials** *secret* efforts in Court *behind closed-doors*. They were all *Pro-Adoption*. **They "exploited" us.**

Officials forced Adoptions *at the expense* of *Biological* Family's for publicity, using Federal Funds, because they *benefitted* from CPS/Child Custody outcomes. Lucratively!

Radcliffe ran for "Public Office" in 2010 exploiting a "black child" on her lap. (See Photo)

*What was the point* of Radcliffe holding *thousands* of fixed "Federally Funded" Hearings. Trials & Proceedings: 1) *where* the only outcomes were "Adoption, & Out-Of-Home Placements; 2) Adoption was already *pre-decided* before Hearings/Trials;" 3) *Biological* Parents were *barred* from "Custody" Hearings/Trials; 4)Family "Reunifications" were not performed; 5) no child was returned" to their *Biological* Parents. 6) "NO *Biological* Family" was *reunified:* 6) All Hearings & Trials were obsolete & a complete waste of Federal/State/Public funds, time & resources?

ALL Radcliffe Cases should've been "Recorded" *start-to-finish* to prevent fraud & abuse.

The Federal Government needs to re-open/Probe all Galveston County Cases since 2001.

**Fraudulent Concealment: Radcliffe "Privatized Federal Funding" for Her Adoption Event**

In her 11/14/04 *Galveston Daily News* Article, Suzanne Schwab Radcliffe *admitted* (she):

1) brought *National Adoption Day* to Galveston; 2) made **Adoptions**; 3) "...got... CPS workers,

attorney's. judges & sherriff's deputies...to donate..." *exclusively* for **Adoptions**. *Together*. they

made **Adoption** *front-page headlines* **every year** since 2001(See 11/14/04, 2001 to present/*Galv.*

*Daily News* pg. 224); and, 4) tried to have my children Adopted. (See CPS/Bell Adoption)

Ms. Radcliffe "privatized" Public Funds that were *supposed* to be used EQUALLY for

"all." exclusively for *Adoptions/State Systems* in violation of the *Civil Rights Act of 1964*. by not

"returning" children, *not* "reunifying" Biological Familys, "Discriminating" against my "*Biological*

classes" of Parents, and not considering my "class" as a viable Parents in the media & Court.

Radcliffe appointed *her* "same" **Adoption** Volunteer's to my Case to: *gang-up* against me

in *her* Courtroom: take my children: testify *against* me at Hearings: separate my family: make

recommendations against me, then, testify against me at Trial. The *same* Radcliffe-appointees

facilitated *Adoptions, Child Removals & Terminations*. It was all a "set-up" by Radcliffe to

procure **Adoptions** & out-of-home placement.

Radcliffe tried to have my children Adopted. (See "Bell-Children Adoption - pg. 224)

Why hold *Federally Funded* Hearings/Trials if all outcomes were the same?

Radcliffe essentially ran her own "County **Adoption** System" *with* Federal Funds *using*

Judicial Authority she was "legally unauthorized" to use from 1997-2013.

Radcliffe *set-the-stage* for *Adoptions* for the next 2-decades. (See Galv. Daily News 2001-

present) *National Adoption Day* is still a "Big Deal" Countywide due to Radcliffe's efforts.

Radcliffe procured Adoptions from a *judicial bench* she had "no legal authority" in Texas

60

to perform as a mere *attorney*. (See "Bell/Adoption" pg. 245)

**Fraudulent Concealment: Children's "Shoes" Hung on County Courthouse**

    **"Shoes"** of allegedly abused children by were **"hung in front of the Galveston County**

**COURTHOUSE** for *Child Abuse Prevention Month* held annually, in April **"every year"** in

Galveston County which "criticized" *Biological* Parents, *including* during my Aprill 2003 State

Trial. (See Shoes on Courthouse pgs. 644, 646, 648)

    Later. "...District Court Judge "John Ellisor" ordered the shoes be *rearranged* so that

"jurors" in an ongoing child abuse cases in his court would not see them..." (Pg. 644)  No such

action was taken during my Trial which began on April 2003.  This Violated my Vivil Rights to a

"Fair Trial."

    April 2005. "shoes" of alleged child abuse victims were again "hung" in front of the

Courthouse. (See 4/17/05 Galveston County - The Daily News - pg. 646)

    Due to the County's actions, "jurors" were able to "form an opinion" based upon

"children's shoes & notes with messages on them" *against* Biological Parents before they even

entered the Courthouse for our Trials.

    Courthouses are PUBLIC Facility's.  It was *extremely* "prejudicial & discriminatory" for

Galveston County Officials to "allow it" to be done during "Biological Parents Hearings, for

"jurors" & the "taxpaying/voting" public to see.

    Cheryl Tripplet (CPS Director) Publicly & personally "Pro-Adoption" & supported *Child*

*Abuse Prevention Month*. (See Triplett - Galveston County The Daily News pg. 644) The

Advocacy Center for Children of Galveston County participated.

    <u>Any & all **Adoption** Agency's, Entity's or Persons supporters who "Discriminated" against</u>

"Biological Parents/Family's in *Violation of the Civil Rights Act of 1964,* should "not" receive *nor*

be entitled to "Public Funds."


**Fraudulent Concealment: Radcliffe Had *Dealings* with Court Appointee's**

Ms. Radcliffe had "frequent dealings" with the *very same people* she appointed to my Case

*against* me. Which, Violated Law & my Civil Right to Due Process.

> **Canon 2A provideds that a "judge...should act at all times in a manner tht promotes public confidence in the integrity and impartiality of the judiciary."**

> **Canon 2B provides that "[a] judge shall not lend the prestige of the judicial office to advance the private interests of the judge..."**

> **Canon 4A provides that 'a judge shall conduct all of the judge's extra-judicial activitie so that they do not (1) cast reasonable doubt on the judges' capacity to act impartially as a judge..."**

> **Canon 4D (1) provides, "A judge shall refrain from financial and business dealings that tend to reflect adversely on the judge's impartiality, interfere with the proper performance of the judicial duties, exploit his or her judicial position, or involve the judge in frequent transactions with lawyers or person likely to come before the court on which the judge serves..."**

Pursuant to the Texas Code of Judicial Conduct:

> **A judge "...shall abstain from public comment...in a manner which suggests the judges     probable decision on any particular case.**

The 11/14/04 issue of the Galv. County Daily News features Ms. Radcliffe is sub-titled:

**"Children from the foster care system find homes"** and, **"FAMILY" 26 families will sign**

**adoption papers during National Adoption Day..."**  Officials "segregated" Parents/Family's

as though "Foster-Homes" was a better choice than "Biological" Homes.  In it, Radcliffe basically

"bragged" about how many children she took from *Biological* Parents like me.

In 2001. Ms. Radcliffe spoke to the media she brought *National Adoption Day* event

62

which brought to Galveston County, was Publicly and "clearly," Pro-Adoption.  Ms. Radcliffe's actions did not "promote public confidence in...impartiality of the juduciary."  A **violation of Canon 2A**. (See Radcliffe 11/14/04 Galveston County/Daily News - pg. 224)  Radcliffe was "partial towards" Adoption.  Radcliffe was not "impartial," like judges were *supposed* to be.

Ms. Radcliffe publicly announced she was an Adoption Judge to the whole Galveston County in her 11/14/04 Article. Ms. Radcliffe advanced "...her private interests" as a judge by doing so. (See pgs. 204, 206, 208)  A **violation of Canon 2B & 4A.**

Ms. Radcliffe: 1) *courted* "**CPS workers, attorneys, judges and sheriff's deputies**..." for her *National Adoption Day* event she brought to Galveston County (See 11/14/04 Galveston County Daily News pgs. 224) ; 2) had them take my children away from me & Ordered "outside placements" with others;  3) attended their "Fundraiser's" (See 1/27/02 "Fundraiser's pg. 228); 4) she appointed the same people to my Case *against* me who then testified against me at my Trial where I eventually "lost Custody" of all my children," set-up" by Radcliffe.  A **Violation of Canon 4D(1).**

Radcliffe courted Volunteer's outside Court. Then appointed them to my Case in Court.

On 1/27/02, Cheryl Triplett (CPS Director), CPS Caseworkers, Ms. Radcliffe & CASA all "partied together" at a "Fundraiser."  (See 1/27/02 "Opera Party" article - pf. 228)  When the CPS Director & Judge presiding-overyour case who took your children away from you are "parting together" at the "same' Fundraisers, and, are "**Pro-Adoption**," you don't get your children back. That is exactly what Cheryl Triplett & Ms. Radcliffe did in my case. (See 1/27/02 Opera House takes holiday party/Galv. County Daily News - pg. 228)

Radcliffe "took sides."  She was not "impartial."  She Violated several Laws by doing-so. What Radcliffe did was similar to "bribery:"

Radcliffe gave Attorney's *Court appointments* "for pay" in exchange for their cooperation," to <u>*not*</u> "contest/litigate/Appeal Custody for Biological Parents like me & to advise us improperly to Violate our Civil Rights; Doctor's got paid thru Medicare as a direct result of her "Court Orders:" she gave CPS "children" for Adoption & Foster-Care for which they received State/Federal Funds for "each child;" CASA/Friends of the Court benefitted for their "adverse "recommendations & testimony" *against* Biological Parents" in her Court room; then, they all "partied" at Fundraiser's together in support of each other's efforts.

Radcliffe COURT ORDERED my children be taken away. Less than "2-Weeks" later, she was "partying" with "CASA...Cheryl Triplett and CPS Caseworkers..." at an Opera House Fundraiser, the "very same people" she appointed to my Case. They celebrated at the expense of our family's tragedy, pain & suffering.

Radcliffe's 11/14/04 article was *extremely* "offensive" to me as a Biological Parent & sent "deeply" Discriminatory, hurtful & degrading messages *against* Biological Parents - Countywide!

Because Ms. Radcliffe allocated Funding, it swayed towards Adoption. Because she swayed towards Adoption. (See "Adoption" pgs. 245-264)

Radcliffe's article *painted* a *tainted* view about Biological Parents & a distorted view about Biological "Familys." We were dogs. They just had our children Adopted-out like puppies. The way Radcliffe & her cohorts told it in the *media* **every year**, they made it seem like ALL *Biological* Parents were "abusers," didn't deserve our children & needed our children taken for **ADOPTION**, her "preferred choice." It's *not* true.

Radcliffe's "partiality" towards **Adoption** violated Canon. Radcliffe's **Adoption** Articles violated Canon. Radcliffe's **Adoption** appointee's violated Canon. Radcliffe's tenure violated Canon.

Even worse, was the fact, that Radcliffe *National Adoption Day* event continued even after she "resigned" in 2013 & still resonates & continues due to her efforts over 20-years ago. I'm proof of it.

Ms. Radcliffe had "no business" presiding-over Child-Custody Cases with her *biased* **Adoption** views because she was "Pro-Adoption" only. Neither did her colleagues & cohorts who assisted her. The County had known about it because she "bragged" about it to the Newspaper.

All Radcliffe's Cases need to be "re-opened" & "re-heard" by "impartial" Judges.

### Fraudulent Concealment: CPS Made *False* Report/*Falsely* Alleged "Abandonment"

On **12/21/01**, both CPS & Police left "all" my children in my care & Custody without further instructions. No police report. No abuse/neglect. No Arrests. No Warrants. No Charges or indictment.

On **12/23/01,** CPS falsely alleged "ChildAbandonment" & made a "False Report" to take all my children. (See "Abandonment"/CPS pg. 279, "Mom/Dad Visits" CPS/UTMB Hospital pg. 275)

Both UTMB Hospital & Ms. Triplett/CPS documented our "Visits" with our son while he was admitted in UTMB Hospital. Yet, CPS the took Custody of our son "Elijah Blue" for "Child Abandonment." lied & made a "False Report" against us.

Ms. Triplett & her staff *deliberately, knowingly & intentionally* made a "False Report" against me. which is against the Law.

### Fraudulent Concealment: Susan Edmondson Worked "Both-Sides" Prosecution & Defense

Susan Edmonson (former attorney) "concealed" she worked both-sides of my Case, for

65

the Prosecution, and, for my Defense - in Violation of the Law.

Edmondson substituted for Christine Mangle-Ad *Litem/Prosecution/*opposing-side during a 1/20/02 Permanency Meeting but "concealed" it from me, then was lead-Defense Attorney at my Trial. (See 1/20/02 "Permanency Planning Participation List)

This was a "conflict of interest."Had I *known,* I would alerted the Court or taken action.

Edmondson: refused all my requests to Contest/Petition/Appeal "Custody" in my behalf; *neglected* to get me a "Custody" Trial (See "Termination" Trial pgs. 288-293 & 318-349); sent me "2-Letters" advising me to "surrender" Custody of my children **before Trial** which I "refused" (See Edmondson 2-Letters 538-544); and, advised me I would not be awarded Custody whether I *Won* Trial *or not*. How could she know a Trial outcome before Trial?

How can an "attorney" *already know* a "judges" decision *before* a State Trial?

How did Edmondson "know" I would not get Custody even if I Won *before* State Trial?

Why was Edmondson appointed if she wasn't going to defend my Civil Right to Custody?

Why didn't Edmondson tell me she was an "Adoption" Attorney *before* Trial?

Why didn't Edmondson Petition to get me a Custody Trial or Hearing? What did she Defend?

By the time Radcliffe finally "set a Trial date." she'd already sent my children to "permanent placements" in East Texas & Arizona prior to Trial. What was the pupose of Trial?

Edmondson's letters indicate/exposed a "deal was made" *behind-my-back*, prior to Trial.

Why were Custody decisions *already made* "before" Trial?

What was the purpose of holding a "costly" 3-week State Trial *if* Custody had already been decided "*prior* to Trial?" How did "everybody" *already* know except me, I would not be awarded Custody of "any" of my children prior to State Trial?

66

Why did Edmondson: 1) "refuse" to Contest/Petition or Appeal "Custody" in my behalf?; 2) send me 2-Letters Edmondson to "talk me out-of going to Trial; 3) ask me to "surrender" Custody of my own children, instead for "fighting in-Court for Custody in my behalf? Was this "legal?" Constitutional? My own Lawyer "betrayed" me?

Due to Edmondson's "negligence:" I lost Custody of all my children; I was Ordered to pay child-support (See Final Order); the Attorney General has a $62,000.00 "lien" against me I should not owe (See Lien); I can't get a Driver's Licence due to "back child-support." (See "License")


**Fraudulent Concealment: Radcliffe/CPS "Conspired" to Have My Children "Adopted"**

Radcliffe brought *National Adoption Day* to Galveston Coumty, Ordered **Adoptions**, then tried to have my children **Adopted**, and, "set-the-stage" for Adoptions <u>at the "onset"</u> of CPS/Child Custody Cases for the next 20-years. (See Bell/Adoption: 11/14/04 Galv. Daily News pg. 237, 239, 241)

On 12/28/01, CPS sued to Terminate my Parental Rights. (See pg. 318-349)

On 1/7/02, my own attorney, *S. Chris-Nallie Courtney* consfiscated "my property/Mediation Tape" that contained *extremely* damming admissions by CPS that proved its case against us a *hoax*.

On 5/22/02 Permanency Planning, CPS planned "Adoption." (See pg. 239)

On 10/9/02 Permanency Planning, CPS planned "Adoption." (See pg. 241)

On 6/09/03 Family Service Plan, CPS planned "Adoption" (See pg. 237)

On 12/27/02 Family Service Plan, CPS planned "Permanent Placement with Relatives," not "me," without/*before* Trial or Verdict. (See pg. 245)

Ms. Radcliffe, CPS & others conspired to have my children "Adopted" *behind my back*,

but falsely claimed attempts to "Reunify" our family on "Officially" to fake *compliance*

Radcliffe "scammed the Federal Government" *under the guise* of protection & Adoption.


**Fraudulent Concealment: CPS Found "No Abuse/Neglect"**

Please refer to my "Richard King/Cheryl McCarty & & Det. Quiroga Recordings."

Pursuant to: section 262.201, CPS can only take children when:

**"...there was danger to physical health or safety of the children...there was...urgent need...that required immediate removal...the Department made ...efforts to eliminate or prevent the children's removal..."**

Richard King (CPS) & Cheryl McCarty (CPS),"admitted" they & Police found "no risks"

in our home. (See pg. 600; 658)  As Proof: CPS/Police left all-6 of my children in my Custody for

*days* which automatically ruled-out: 1) an Emergency & 2) Probable Cause, because, Pursuant to

section 262.201: there was "no danger" to my children's physical health/safety & there was no

"urgent need...that required removal" (See Texas Family Law)

Instead of telling the *Truth,* King & McCarty *filed a false report*, took all of my children,

"concealed" they found "no abuse/neglect," then "perjured" themselves Officially & at Trial.

Richard King *knowingly, deliberately, intentionally* filed a "False Report against us.

Radcliffe & others *concealed* this "evidence" throughout my Case & Trial.

CPS' illegal removal of my children should've never happened & didn't comply with Law.

Why didn't "any" of my attorneys defend my Civil *Rights*?


**Fraudulent Concealment: Radcliffe, Triplett *Concealed* My Childrens Desire to Come Home**

All during my case, CPS & others told me my children did not want to come home, while

CPS had been docmenting my children desires to come back home all along but concealed it, told me opposite, then didn't let my youngest children testify in Court. (See pg. 658, 664)

What CPS & Radcliffe did, was conceal all "favorable" testimony by my children *from* Court. Ms. Triplett & her Staff knowingly, deliberately & intentionally "concealed & witcheld" this crucial evidence from me. I didn't know. I didn't find out until I saw it in "discovery" Documents at Trial.

I did not discover until I saw Court Documents for Trial that my children want to come home.

On 01/31/01, my chidlren stated "...their parents were nice and they missed them. They wish they could return home."

On 02/12/02, my children stated, "...that they do not understand why they were removed from their home when they were not being obused or neglected. They told the worker their Rights were being violated by not being allowed to return home, when they were not abused or neglect(ed). The children told the worker that they did not wish to continue the visit..." (pg, 658)

On 04/05/02, my daughter stated: "...she missed her parents." (pg, 660)

On 6/17/02. my son stated "he missed his parents and wanted to go back home." (pg. 664)

In a "cover-up" Radcliffe & CPS had told me for months my children *did not* want to return home enitre time they were being forced into State Custody.

*Suspiciously*, Ms. Triplett & Ms. Radcliffe never let my youngest children "testify in Court" during *any* of Hearings to "conceal" my children's desires to come home. It was always done "in secret." Ms. Triplett & her staff "witheld" ALL "Video" they took of my children from my Trial.

Radcliffe/Ms. Triplett also "concealed" all evidence by my children they were "not

abuse/neglected" by me  - from ALL my Hearings & Trial. (See CPS Recording, 2/12/02 Log of Contact Narratives - pg. 658) Juror's never heard it.

Our family was "very close" before CPS. Since CPS, our family is still "estranged.

Mv children are still deeply hurt due to the defendants actions. *It's a hard wound to heal.*

By Law, my children's "desires" were *supposed to be* considered during my case.


## Fraudulent Concealment: Cheryl Triplett (CPS), Radcliffe & Others *Concealed* "No Abuse"

My "complete exoneration" at Trial (2003), has never been taken into consideration by "any" Court in Texas.

**"ALL"** CPS "false allegations" were refuted at Trial.  We WON!  We were "completely exonerated at Trial of ALL CPS "false allegations."

Day-1 of CPS/Police investigations, my children told them they were "not abused" as Richard King (CPS), Cheryl McCarty (CPS), Det. Joey Quiroga & Officer Schwartz witnessed, and, is "the reason" they all "left" my residence, leaving ALL my children in my care/Custody. (See King Recording. Chervl McCartv Recording. CPS Docs.)  None of this "evidence" was ever presented at Trial.

On 2/12/02, my children again said "they were not being abused or neglected." (See 2/12/02 Log of Contact Narratives - pg. 658)


## Fraudulent Concealment: Triplett/Radcliffe *Concealed* My Children's Abuse In State Custody

I discovered in Trial Documents, Cheryl Triplett ignored "outcries" of abuse/neglect my

children made while in State Custody, neglected to stop it & forced them to remain in abusive placements. Ms. Radcliffe, Cheryl Triplett, Teri Ward & Christine Mangle all "concealed" my children's outcries of abuse/neglect & would not allow them to "testify during my Court Hearings" to prevent my children from "exposing & testifying about "abuse/neglect" they sustained by Mary Obialo. They also denied me "visits" to prevent my children from telling me about the abuse/neglect they sustained by Obialo.

On 4/5/02, my son stated: "...**foster mother, Mary Obialo would spank him and Elijah** on the hand...**Christian is spanked on the buttocks area with a belt by Ms. Obialo...Ms. Obialo would smoke in the home...and drink beer in front of them.**" (pg. 660)

On 5/8/02, Per CPS, "...the first thing (my son) said when he saw me was that "his foster mother no longer spanks his, smoke cigarretes or drink beer...he had been talked to about the allegations he made to the worker on 4/5/02..." (pg. 660)

On 6/17/02, Per CPS: Mr. Provins told the worker that Ms. Bell has pictures of "Christian" with **bumps and bruises on his head and hands** and has filed criminal charges against the foster mother and CPS for failing to protect the child..." (pg, 664)

On 6/17/02, my son stated, "...his **foster mother warned him...and threatened to have him put into another foster home**. The **child appeared somewhat upset and guarded** with the worker..." (pg. 664)

06/17/02, "...Ms. Obialo stated that **Christian received a carpet burn under his right chin** while playing..." (See Photo's)

On 8/21/02, Ms. Obialo told the worker that **Christopher and Elijah has Chicken Pots** and will be out of school for two weeks..." Obialo admitted she sent my children to school *without* "vacinations" in violation of State Law (See pg. 662 & Court Recording)

71

CPS "concealed" Mary Obialo beat my children, sent them to school without vaccinations, "threatened" them, drank bear & even "smoked inside the home," knowing 3-of my children were "Asthmatics." None of this "evidence" was presented during my Trial.

### Fraudulent Concealment: Dr. Silva Called Police On Me Due to a "False Allegation"

During a Medical visit, my son "Christian" has a "severe asthma attack" then needed to be "admitted' to the Hospital. I asked "Nurse Pat's" permission to notify & pick-up my husband from work (5-min. away at the Plant) so we could all be at the Hospital together due to the sudden Emergency. She said yes.

When we arrived back at Dr. Silva's, she had "Police" waiting. Dr. Silva had called Police & falsely alleged we "abandoned" our son. (pg. 578)

By GOD'S Grace. "Nurse Pat" admitted to Police she'd given me permission to pick-up my husband from Work to go to the Hospital. (See "Nurse Pat"/UTMB pg. 578)

Police "reprimanded' Dr. Silva to "go over Procedure with her staff," left us go, then left.

### Fraudulent Concealment: CPS Conspired to Hide There were "2-Child Removals"

Pursuant to: 262.201 of the *Texas Family Code*:**"...a full adversary hearing shall be held not later that the 14th day after the date the child was taken into possession by the governmental entity.**

CPS *concealed* from my Case & Trial there were 2-removal dates & 2-child removals of my children. December 23, 2001/ December 27, 2001. CPS *missed the deadline* required by Law to hold a Hearing then changed it. It nearly ended our 3-week Trial in a "Mistrial."

The problem was, CPS filed 12/27/01 as the Official removal date, fraudulently concealed the actual 12/23/01 removal date, covered-it-up for 16-mos., then "hid" it from Juror's during my

3-week Trial. (See 12/27/01 Removal Date pg. 281, pg. 283 & Police Notification pg. 279)

This "bombshell" testimony nearly "ended my Trial" because it: 1) exposed CPS *missed the deadline* required by Law to hold a Hearing; 2) proved CPS Violated Law; 3) proved CPS *conspired* a "cover-up" to *conceal* actual "removal dates" for 16-mos.: 4) proved CPS perjured itself throughout my entire 16-mo. Case & 3-week Trial; and 5) proved CPS should have immediately returned my children in 2001 by Law & had "no business" taking my children.

CPS had 10-days to hold a Hearing after taking my children. CPS/Police took our son "Elijah 12/23/01. CPS took my 5-remaining children 12/27/01. The *"Full Adversary Hearing* wasn't held until 1/10/02. CPS they "missed the deadline" required by Law, then conspired to use the latter (12/27/01) date in a "cover-up," then lied about it.

CPS' lie was such "Big Deal" its disclosure nearly caused a "Mis-Trial."

CPS secretly concealed it. Prosecutors successfully "covered-up" the issue. Judge Baker sided with the State *like it never happened*.


## Fraudulent Concealment - CPS <u>REFUSED</u> to Submit Our Family's "Case-File" Evidence

CPS *knowingly. intentionally. deliberately* & "fraudulently concealed" our Family's Case File *from me & my* Hearings, Trial & Discovery, but it *against* us. (See Trial Transcripts)

I watched, CPS tell Judge Baker *in Court,* they <u>would not</u> surrender our File. Can CPS *do that*? Legally? Constitutionally?

*CPS* had *access* to it. Prosecutor's had access to it. Juror's. our attorney's & I were not given *access* to this *same* evidence. This was *prejudicial* & violated my Civil Rights, Due Process & Equal Protection & caused me to "lose Custody" of all-6 of my children.

CPS brought the "huge binder" *labeled* <u>in bold BLACK letters</u>**: "The Sheila Bell Case,"**

daily to Trial for *all of us* to see the "title." *Not* it's contents.

Weren't "*both-sides*" (Defense & the Prosecution) *entitled* to use this *extremely* important evidence during Trial AND for "Discovery?" Why did CPS withhold it? *What was in it?*

Why did Judge Baker allow CPS to "withhold" this *crucial* "exculpatory evidence" *from* me & my attorney's during a State Trial? (Please acquire CPS' entire File: "The Sheila Bell Case" & 2003 State Court Transcripts - The Bell Case)

## Fraudulent Concealment: CPS "Withheld" Recordings. Video's. Photo Evidence

CPS "withheld" All "Video & Photo" evidence of my children from me, my Hearings, Trial & "Discovery." I "lost Custody" of all-6 of my children as a result. CPS only submitted "Partial Discovery," withheld the rest from me & my attorney's, but used it against me throughout my Hearings & Trial. I learned there was "photo, video & other evidence" in my case thru my attorney's, who couldn't get it because CPS withheld it, in violation of my Civil Rights.

My attorney's couldn't get it, because CPS would not surrender or submit it.

## Fraudulent Concealment:  Baker/Radcliffe Placed My Children With Abuser

My mother, Joyce Washington, "beat me" throughout my childhood and did the same thing to my children. There were several Police incidents regarding my mother due my children & my grandmother. My former attorney's "neglected" to submit evidence of my mother's *abuse*.

Per her 4/10/03 "Sworn Deposition." my mother Joyce Washington *admitted* she "pulled a gun on my dad & beat me. (See Joyce Washington pg. 269)

## Fraudulent Concealment: Baker/Radcliffe "Barred" *Biological* Parents From "Custody" Hearings/Trials

It's been over 20-years since CPS/Police *illegally* stole my children.  I've never had a

*Custody* Trial or Hearing, in Violation of my Civil Rights. There were "no" Custody Proceedings

in my Case. Ms. Radcliffe & Judge Baker "prohibited" me from my Right to "Custody" Hearings

& Trial. However:

"...**State proceedings *must* afford an adequate opportunity to raise *any*
constitutional issue...**" *O'Neill v. City of Philadelphia*, 32 F.3d 785, 789 (3d Cir 1994)
(citing Middlesex County, 457 U.S. at 432).
 "**...is there an adequate opportunity in the state proceedings to raise
constitutional challenges.**" Id. at 2521 *(Middlesex County Ethics Comm. v. Garden
State Bar Assoc., 102S. Ct. 2515, 2522-23 (1982)*

When States fail...the Court "**...will interfere with the state proceeding
...if...the state forum is inadequate to hear...challenges based on the..Constitution**"
(Lehman Bros. v. Schein, 94 S. Ct. 1741 1745 (1974)

"**...inquiry is whether the state proceedings afford ...adequate opportunity
to raise the constitutional claims...**" *Middlesex County, 102 S. Ct. at 2521*, quoting
*Moore v. Sims, 99 S. Ct. 2371, 2380 (1979)*

Judge Baker & Ms. Radcliffe's "No Custody" only "Termination Trial" Policy Violated

Law & my Civil Rights.  To date, "No one," not even State Judges, "protected" my Constitutional

to Custody of my own children.

"**...parent had a constitutional protected right to the care and custody of his
children and...could not be summarily deprived of that custody without notice and
a hearing except when the children were in imminent danger.** *Caldwell v. Lefaver, 928
F.2d 331, 333 (9th Cir 1991) Lalond v. County of Riverside, 204 F. 3d 947, 954;* Santosky v.
Kramer. 455 U.S. 745. 753 (1982): Stanlev v. Illinois. 405 U.S. 645. 651 (1972): Ram. 118 F.3d at
1310 (9th Cir. 1997) (CPS' "delayed-removal" ruled-out "imminent danger.")

*Biological* relationships are "venerable and [] deserving of constitutional
protection." *Moore, 431 U.S. at 504/ Wooley vs. City of Baton Rouge.* **Courts have long
established: "...rights to conceive ...raise one's children... "essential,"** *Meyer v.
Nebraska, 262 U.S. 390, 399 (1923)*. "... **integrity of the Family unit has found
protection in the ...14th Amendment.** *Meyer v. Nebraska, supra, at 399.* Equal
Protection Clause of the 14th Amendment at, *supra, at 541* & the 9th Amendment,
*Griswold v. Connecticut, 381 U.S. 479, 496 (1965);*

75

"...**termination of parental rights involves fundamental constitutional rights...**" *Stanley v. Illinois, 405 U.S. 645, 651; 92 S. Ct. 1208, 1212-13 (1972).* "...**the relationship between parent and child is constitutionally protected.** *Parham v. J.R., 442 U.S. 584, 602, 61 L. Ed. 2d 101, 99 S. Ct. 2493 (1979).*

"...**parents are constitutionally entitled to a hearing...before their children are removed from their custody... denying such a hearing to Stanley and those like him...is inescapably contrary to the Equal Protection clause.** *Stanley 10 [405 U.S. 645, 659]* **A parent had a constitutionally protected right to the care and custody of his children and ... could not be summarily deprived of ...custody without notice and a hearing."** *Caldwell v. LeFaver 928 F. 2d 331, 333 (9th Cir. 1991)*

Termination-*only* Hearings/Trial *did not* "protect" my Constitutional "Family Rights, Custodial Rights or Parental Rights."

*Mr. Henry* neglected to "correct" his Courts, denied me Equal Protection & violated my Civil Rights.

Galveston County Courts & State Venues offered me *no-remedy* to get Custody of my children in "any" Galveston County Court.

I *respectfully* request the Court REVERSE "all" State Court Orders in my case "retroactively" since 2001. As, CPS, Ms. Radcliffe's, Judge Baker's & the 306th District Courts "wrongful removal and retention" of my children: *"Lennon, Jourdan, Christopher, Christian, Anna Stasia & Elijah Blue"* violated my *Civil Rights* & the Law.

Judge Susan Baker & Ms. Radcliffe "did not" afford me adequate opportunity to raise "Custody" issues during "any" State or Court Proceeding in "any" State Venue, and Violated my Civil Rights in doing-so. (See my Case & Pleadings Index)

Due to Radcliffe's "Adoption" bias,' discrimination & "prejudice" against me & Biological Parents - there was no-way I could have sought remedy in any State venue under these *unusual circumstances. (Colorado River, 424 U.S. at 817, 96 S. Ct. at 1246; Younger, 91 S.Ct.*

*at 755)*

**Fraudulent Concealment: "Motive" - ADOPTION**

Radcliffe. Attorney's. CPS Workers. Law Enforcement *rallied* behind Radcliffe's *National Adoption Day* and "benefitted" from it **every year.** Each had "motive" for rallying behind Radcliffe.

They all "ganged-up" against me throughout my 2001 CPS Case & 2003 Trial.

**"...Intentionally engaging in wrongful conduct, which may be basis for tolling statute of limitation...encompasses: intentionally committing regulatory violation; intentionally <u>concealing</u> vital information; intentionally engaging in other illegal activity; or committing fraud..."** *F.D.I.C. v. Henderson, E.D. Tex. 1994, 849 F. Supp. 495.*

*"...***when fraudulent concealment is shown, statute of limitations is tolled..." *Wilson v. Rudd 814 S.W.2d 818.* **"...fraudulent concealment tolls or suspends running of limitations after it has begun because defendant concealed from plaintiff facts necessary for plaintiff to know that he or she had cause of action..."** *Mitchell Energy Corp. v. Bartlett 958 S.W.2d 430*

**"Intentionally engaging in wrongful conduct..may be basis for tolling statute of limitations under adverse domination doctrine, encompasses: intentionally committing regulatory violation; intentionally <u>concealing vital information</u>; intentionally engaging in other illegal activity; or committing fraud."** F.D.I.C. v. Henderson, E.D.Tex1994, 849 F. Supp. 495, affirmed 61 F.3d 421.

**"...Doctrine of adverse domination may have tolled tort claims...if it was demonstrated that majority...were active participants in wrongdoing, or fraud** *(F.D.I.C. v. Henderson, E.D.Tex 1994, 849 F. Supp, 495, affirmed 61 F.3d 421)*

**"...Fraudulent concealment tolls or suspends statute of limitations until time plaintiff  learns of facts giving rise to his or her cause of action..."** *(Sanchez v. Hastings (1974) 880 S.W.2d 471)*

**...fraudulent concealment... tolls or suspends running of limitations period after it is commenced because defendant has concealed from plaintiff facts necessary for him to know that he has cause of action against defendant.** *DiGrazia v. Old (App. 6 Dist 1995) 900 S.,W,.2d 499*

**"...doctrine of fraudulent concealment tolls or suspends running of limitations after**

**it has begun because defendant concealed from plaintiff facts necessary for plaintiff to know that he or she had cause of action.** *Mitchell Energy Corp. v. Bartlett 958 S.W. 2d 430*

**"...discovery rule is essentially the same as fraudulent concealment , i.e., statute of limitations is tolled because plaintiff is unable to discover that he has been injured until considerable time..."** *Weaver v. Witt (1977) 552 S.W.2d 565*

*"Discovery"* would have been an excellent time for "my attorney's, Judge Baker & the District Attorney's office to "disclose" Ms. Radcliffe was still practicing Law. They did not. They knowingly, deliberately & intentionally "concealed" from me. They had ovefr 16-mos. to disclose. but didn't.

Radcliffe's *illegal* dual-tenure as a Judge AND Attorney amounted to "concealment" because she and Galveston County Officials "concealed" this exculpatory evidence about Radcliffe from Biological Parents from 1997 - 2013 & beyond, because: 1) CPS/Child-Custody Cases are still being conducted the "same-way" due to Suzanne Radcliffe. 2) Judges. Attorney's. Officials & others ALL knew but "concealed" Radcliffe practiced as an Attorney *while* she was also Judge, because they'd all gone thru the *same* "State Bar;" 3) it *revealed* "exculpatory evidence" had been *concealed* from Biological Parents throughout our CPS/Child-Custody Case as early as 1997: 4) Radcliffe not only *illegally* presided as Judge for 16-years. she was paid to do so (per Judge Baker) with "Federal Funds;" 5) Radcliffe used "Federal Funds" exclusively for "Adoptions," which is a violation of the Civil Rights Act of 1964 & my Civil Rights; 6) Galveston County's National Adoption Day events & Press still contine & is ongoing. (See 2001 to 2022 *National Adoption Day*/Galveston Daily News)

County Judge Mark Henry had "knowledge" about Radcliffe's *dual roles* judge/attorney & was "in-charge," should have launched investigations into the entire Radcliffe matter in 2010 when he became County Judge, and especially in 2013, after Radcliffe *admitted* it to the media,

but didn't.

Mr. Henry *should have* "reopened & Overturned" ALL Radcliffe's Court decisions, and, should have done "something" to give ALL *Biological* Family's involved "Justice." But didn't.

Attorney's do not have "legal authority" to sign Judicial ORDERS, appoint, pay Attorney's or preside over Courts & Cases in the State of Texas  Yet, Radcliffe "illegally" *did so* for over 16-years while other judges signed-on & stood-by.  Especially Judge Baker.

Mr. Henry was head of Galveston County's entire Court System & allowed it to continue & neglected to "put a stop to it."  Mr. Henry is "responsbile" for all of it & should be held accountable.  He was "in-charge."  It happened on "his watch."

Mr. Henry became County Judge in 2010.  Cancelled Ms. Radcliffe-Schwab's contract in 2013, but neglected to re-open the *thousands* of Child-Custody/CPS Radcliffe illegally presided-over & mishandled from 1997-2013 *including* mine. Radcliffe's Orders still resonate.  I still suffer in 2022.

I've filed many Cases.  *However*, The Court has never taken into consideration:  1) the *Judicial Committee of Judicial Ethics* (which Judges judge's) ruling *against* Ms. Radcliffe's "dual tenure" as Judge AND Attorney. how much Radcliffe's *illegal* ORDERS impacted *thousands* of Cases/family's & still impact us 2) Radcliffe's "confessions" she was both Judge AND attorney for over 16 years; 3) Radcliffe, the D.A.'s office, Judges, Officials & others *involvement* in "fraudulently concealing" exculpatory evidence involving Radcliffe.  (See Judicial Committee Ruling): and 4) Officials *illegal* actvity resulted in a Countywide impact which resulted in *thousands* of victims since 1997.

Ms. Radcliffe's *secret* "dual-tenure as Judge/Attorney," *concealed* by the Defendants & others during our CPS Cases/Trial & others for over 16-years - amounted to **"fraudulent**

70

**concealment."** They all "participated" in it directly or indirectly.

The fact that the *Judicial Committee of Ethics* ruled *against* Ms. Radcliffe's "dual-tenure" as Judge/Attorney, means her tenure & actions were "wrong, illegal & unethical." AND, "ALL" Radcliffe's ORDERS were "fraudulent" and weren't worth the paper they were signed-on, because as a Lawyer, Radcliffe had "no authority" *whatsoever"* to sign "any" Judicial ORDERS as an attorney.

Lawyers *cannot* make "Judicial Orders." Lawyers *do not* have "Judicial authority."

Suzanne Schwab-Radcliffe was a "lawyer." She was "disqualified" as judge.

The fact that Galveston County Officials, Attorneys & D.A. "concealed" and "hid" Radcliffe's "dual-tenure" for 16-years from Biological Parents *during* our CPS/Custody Cases, Hearings & Trials, proves **"fraudulent concealment."**

"Each" official & subordinate under Radcliffe & Ms. Triplett "knew" they were engaging in "wrongful conduct." That is *why* they "hid" it from Biological Parents and The Federal Government.

They "kept the Funding," but "hid" their illegal conduct.


### Fraudulent Concealment:  Prosecutorial Misconduct & "Bad Faith" Claim

Radcliffe was a former "prosecutor." The D.A. were her "colleagues." They worked with her. Prosecutors worked"for" her on both-sides of the spectrum & Prosecuted her Cases as *both* Judge AND attorney. However, their close relationship with Radcliffe should not have stopped them from "prosecuting her" for her crimes.

Ms. Radcliffe's "own brother" *Taylor Schwab was* a Prosecutor on my Case. *(See Radcliffe's "Recordings")*

In this "strange case," *Galv. County* Prosecutoers *illegally* prosecuted Radcliffe's Cases on both-sides of the spectrum - as both "Judge" and "Attorney" (See Committee of Judicial Ethics-Opinion) Prosecutors/Radcliffe's actions Violated Law & my Civil Rights & caused me injury.

Prosecutor's in my Case allowed "one of their *own*" (Radcliffe) to commite crimes & Violate my Civil Rights.

> **The general rule provides that federal courts should not interfere with pending, ongoing state criminal proceedings *except* under "special circumstances." Special Circumstances include prosecutorial bad faith or blatant and flagrant unconstitutional construction.** *Younger, 401 U.S. at 53-54; Watson v. Buck, 313 U.S. 387. 402 (1941)*

Galveston County Prosecutor's *knowingly* "prosecuted" Ms. Radcliffe's Cases both as a "Lawyer *and* Judge," then Prosecuted my 2001CPS/Child-Custody Case & "2003 Trial" she presided-over *with that knowledge*, knowing it was wrong. Each did so illegally & in "bad faith."

Then. after Radcliffe was "Publicly Disclosed' in the Newspaper. the D.A.'s Office *still* failed to "take action" against Ms. Radcliffe. Each Violated my Civil Right to "Due Process & Equal Protection." Each had a "duty" to disclose thise "exculpatory evidence" to me & other Biological Parents & not "conceal" it. As *Prosecutor's*, each had a "duty" to Prosecute Radcliffe's "crimes." not just her "Cases." This was *Prosecutorial* "bad faith."

Each Prosecutor, Mark Henry, The District Attorney's Office, Judge Baker & other Judges, CPS, Attorney'sm & others "had a duty" to: Protect my Constitutional Rights, and, to disclose any & all evidence of Ms. Radcliffe's "dual-tenure" as both "Judge" AND "attorney" during our CPS/Child-Custody cases - but didn't.

I, Sheila Bell hereby assert & contend, that Ms. Radcliffe herself, the Prosecution, Judge Baker, the Prosecution, Attorney's & all others involved with my case & Trial - who

81

"suppressed" all evidence of Ms. Radcliffe's *dual-tenure*, but "used" and/or "introduced" all her

ORDERS, decisions & other evidence during my Trial "against me," to take "Custody" of my

Children & give it to others, would have been "material to the outcome" of my Trial regarding

Custody. Ms. Radcliffe made "Custody" ORDERS throughout her tenure on my case. CPS

made all "adverse" recommendations against me. The Judicial Board ruled Ms. Radcliffe's tenure

as *judge* was "inconsistent" with Cannon.

Plaintiff maintains, since Ms. Radcliffe's tenure as judge was *illegal*, her Court Orders in

my Case were also illegal. All State Proceedings held or caused by Radcliffe during my Case,

were "illegal." As, Radcliffe had "no judicial authority" to Order "any" of them. They should not

have been used during my Case or Trial. All Radcliffe matters should have been "stricken from

the record."

Prosecutor's "withheld" from me Ms. Radcliffe still practiced as a lawyer, for which, the

Judicial Committee on Ethics ruled against. The Judicial Committee is a governing body which

oversee's the conduct of Judges. The Judicial Committee ruled Ms. Radcliffe-Schwab's behavior

was unethical. *(See "Opinion/Judicial Committee* pg. 204, 206*)* Radcliffe "resigned" because of

the Judicial Committee's ruling. (See 2/7/13 Galveston County Daily News pg. 220) Mr. Henry

"cancelled" Radcliffe's contract due to the Judicial Committee's Ruling against her. (See 2/7/13

Galv. County Daily News - pg. 220) Which, means what Radcliffe did, was a "Big Deal."

> **In Brady v. Maryland, the Supreme Court held that a defendant's due
> process right to a fair trial is violated when the prosecution withholds evidence that
> is both favorable to the accused and "material either to guilt or to punishment."**
> *373 U.S. 83, 87, 83 S.Ct. 1194, 1197, 10 L.Ed.2d 215 (1963). See also Moore v. Illinois,
> 408 U.S. 786, 794-95, 92 S.Ct. 2562, 2568, 33 L.Ed.2d 706 (1972).*

Prosecutor's withheld "exculpatory evidence" from me regarding Radcliffe's dual-roles as

Judge *and* Attorney at Trial. None of this evidence was presented during my 2003 Trial, but

82

should've been. I had no knowledge at the time because the Defendants, Prosecutors & others *knowingly, deliberately & intentionally* "concealed" it from me.

> **The purpose of the Brady rule is... to ensure that a miscarriage of justice does not occur. Thus, the prosecutor is required to disclose... evidence favorable to the accused which, if suppressed, would deprive the defendant of a fair trial.**
> (United States v. Agurs, 427 U.S. 97, 108, 96 S.Ct. 2392, 2399, 49 L.Ed.2d 342)

## Fraudulent Concealment: The "Probate" Case

Mark Stevens (attorney) & Beatrice Jones (Executrix) **stole** my husbands **Estate/Trust.**

Although the "Probate" & "Family" Court Cases both ran *simultaneously* for years, our Court-Appointed Attorney's, Ms. Triplett, Judge Baker, Prosecutor's & Ms. Radcliffe all neglected to introduce "any" evidence regarding our Probate Case (#57,849) during "any" Hearing or Trial. And, *did not* take it into consideration in our Case. CPS & Prosecutors depicted us as "poor...destitute & low-income," then took all my children based on our "income" in part.

Our "Probate Case" is germane to this case for several reasons: 1) LeAnn Stubbs called-in a "referral" to *Child Abuse Hotlines* & CPS that led to a CPS Case which led to the removal of "All-6" of my children; 2) Cheryl Triplett (CPS) authorized the removal of all-6 of my children based upon our "income" which would not have occurred had Probate Estate/Trust Assets been handled "properly," and, were not "stolen, plus we would have had money to fix our own house; 3) *Prosecutor's* depicted me & my husband as "poor... insuffecent income...destitute in our Hearings & Trial. when my husband was "entitled" to ALL Estate/Trust Assets "when we still had Custody of all our Children which eventually led to me losing Custody; 4) Judge Jerome Jones included me as part of the Estate/Trust (See "1/5/98 Probate Court Transcript); 5) my husband "Christopher Bell" included me on the "deed" to our home when we had children; 6) Although both "Probate Case" Hearings and "Family Court Hearings" ran "simultaneously" during the

"same years," CPS, Ms. Triplett, Ms. Radcliffe, Judge Baker, Prosecutors & even our own attorney's "concealed" The Probate Case, its *importance, impact & bearing* on our Family Hearings & Trial from all State Proceedings, Hearings & Trial; 7) The States' "concealment" of our "Probate Case & Estate/Trust Assets" impacted "Custody" since we lost "all our children" at the same-time; 8) I am in *$tens of thousands* in debt & have suffered tremendous consequences as a direct result of Custody decisions made by some of the Defendants; 9) Estate/Trust Proceeds are "still missing," and we need them; 10) We've not seen our son "Christian" since 2003, my mother "refuses" to give us "any" information regarding his whereabouts, and, at this point, we need to hire "Private Investigators" to tell us what happened to our son and to find out where he is?; 11) Our son "Christian" was diagnosed with *Autism, retardation, asthma* & other illnesses & *cannot* speak for himself; 12) I need money to hire "attorneys" to pursue *Justice* this Case.

The *Probate Case* regarding my husbands mom "Katie Saxton Bell" began in **1994**, after Ms. Bell passed away. In **1998**, Judge Jerome Jones ORDERED "Full-Title" of our house be given to "us" & all remaining "assets" be given to "us," but because Mark Stevens (attorney) & Elaine Michael (attorney) **"neglected" to file Judge Jones Order,** Judge Jones ORDER was **not RECORDED** (See 1/5/98 Court Transcript)

The Probate & CPS/Family Case" collided in **1998**, the same years CPS Cases began. The **2001** CPS Case led to the removal of all my children. The Probate Case CLOSED "in error" in January **2003**, without a "Final Accounting" of "all assets" as required by Law, the "same-year" our State Trial began - April **2003**. Yet, no Official or our Attorneys mentioned "one-word" about our Probate Estate/Trust. It all kind of all started with a "bad plumbing job."

Cheryl Triplett, Ms. Radcliffe, Judge Baker, LeAnn Stubbs & others us depicted us as though we were **"*to poor* to deserve children.**" However, there were *extenuating*

84

*circumstances*.

It's "complicated," but "important:"

1.  Ms. Bell passed away **May 22, 1994**. (See Katie Bell/Death Certificate - pg. 385)

2.  A "Will" for Ms. Bell's wasn't filed with the "Probate Court" **June 28. 1994**. about a

    month **after** Ms. Bell had *already* passed. Thru Ms. Stevens, we've always suspected

    there was another will. (See "Will," pgs. 387-401). Then, Mr. Stevens mailed a letter to

    Chris (my husband) to attend a "meeting," as it turned-out, after the "Probate Hearing"

    was over. *Months went-by*. Stevens & Jones would not contact Chris or give him "any

    money." They wouldn't tell us *anything*. They *wouldn't* return our calls. They avoided us.

    Stevens/Jones "controlled" Estate/Trust assets. They "controlled" all original Documents,

    our house, Bank Statements, Credit Cards, Cash, the contents of Ms. Bell's "Safe Deposit

    Box." costly jewelry. furs. & other assets known & unknown to us and/or reported to

    the Probate Court. We searched & were finally able to acquire "Ron Gipson (Attorney)

    on a contingency basis.

3.  Mr. Gipson quickly discovered Beatrice Jones (Executrix/Ms. Bells neice) had been

    spending Estate/Trust Assets & that she wanted to keep ALL Estate/Trust Assets" for

    *herself*. (See "FINDINGS" & "FINAL ORDER." Stevens took "all" checkbook from

    Ms. Jones, and is why Bank ledgers contained "2-different *handwritten* signatures."

    (See "Bank Ledgers - pgs. 511, 513, 515, 517, 519)

4.  *Meanwhile*. Stevens/Jones told us there was **"no money"** & that the house had to be

    sold to pay-off Ms. Bell's debts. We never believed Ms. Bell left Chris "debts" because

    she *paid her bills*, and, also had "several" Insurances, paid-off her house & left Chris an

    Estate/Trust. Ms. Bell had "very good" Health Insurance that paid her "medical bills," yet,

Stevens/Jones kept claiming they were spending Chris' money for "medical & other bills." Well over $100,000.00. It doesn't add-up. We dont' believe it. We request ALL "receipts, withdrawals, deposits & **"original"** Statements from ALL *financial institutions*. We trust *nothing* from Stevens/Jones.

5.  Chris signed a "Contingency Fee Contract" with Mr. Gipson to "sue" Ms. Jones for his & his mothers assets. *(See "Contingency Fee Contract w/Ron. Gipson* pg. 404-406)

6.  In 1995, thru Ron Gipson (Attorney), we moved into our home at "7414 Cardinal Circle") almost *immediately*. we started noticing "Plumbing Problems.

7.  On 3/13/95, Mr. Gipson obtained "Mr. Rooter" to make $4,555.00 in repairs paid from Estate/Trust funds. (See "Mr. Rooter's" pg. 403) Mr. Rooter "re-piped" the entire house & replaced all "bathroom fixtures," but left the walls *bare* & open, with visible electical wires. unfinished sheetrock & left our home in a *dangerous* "mess." Mr. Rooter left us with new piping, exposed wires & a flooding house *worse* than it was before repairs.

8.  On 3/15/95, *behind-ou-backs*, Mr. Stevens "secretly" *paid-off* Mr. Gipson from Estate/Trust Assets to get him off the case & us without a lawyer, paid his "fee's," & promised he'd put "...**remaining money into an annuity for his benefit** (Chris)..." (See 3/15/95 Gipson Letter pg. 410, 412) It never happened. After Mr. Stevens "paid-off" Mr. Gipson & we no longer had a lawyer. Stevens & Jones would not talk to us. *To this day*, Mr. Stevens has not spoken one-word to us about the "annuity" nor gave it to Chris. Stevens claimed they paid bills but never produced original receipts. Years passed.

9.  From 1995-1998, our house *gradually* "flooded" *room-to-room, after* Mr. Rooter's repairs. (Please see **Photo's/Plumbing damages/Mr. Rooter** pgs. 414-438 ) We had *no idea what* was going on. "Flooding" after $4,555.00 repairs did not make *any* since?

10. On 08/07/95, we got a letter from "HRH Insurance" our house was insured for $95,000 for a "vacant dwelling fire policy." Problem was, "we were living inside the house." Stevens/Jones were not "properly handling Estate/Trust" assets. Our house was part of the Estate/Trust. (See HRH 8/7/95 "Homeowner's Coverage" pg. 440)

11. On 8/7/97, Elaine Michael (new attorney) wrote Mr. Stevens about:"plumbing problems, additional plumbing repairs we needed, "taxes & insurances had not been paid, Chris wanted items Beatrice & her family took from his home returned & other items he needed. (See pg. 448) We also showed Ms. Michael "photo's" of Plumbing damages that occured *after* Mr. Rooter made Plumbing repairs.

12. On **1/5/98**, a "Probate Hearing" was held. (See 1/5/98 "Court Transcription" & Stevens 12/4/97 Letter to Ms. Michael) Judge Jerome Jones: 1) Ordered Trust *Terminated* / page 11 line 23: 2) Ordered our house be given to "us" to "...Mortgage, sell it or do whatever they want to" / pg. 11, lines 24, 25; 3); acknowledged $121,000.00 / page 10 lines 20 & 21; 4) Ordered our House be "repaired / page 11 line 1 & pg. 13 lines 3 & 4. We WON! Judge Jerome Jones gave us everything! Our House & all remaining Trust/Estate Assets. It *never happened*. Mr. Stevens/Ms. Michael "neglected" to file the Order. Judge Jones 1/5/98 Court Order was **not RECORDED** or filed with the Probate Court due to "attorney neglect." We Couldn't fix the house. Our house *sold* "$tens of thousands" less its appraisal value due to plumbing damages.

13. On 4/21/98. Stevens filed a *different* Court Order" giving *his* client *our* house. (pg. 471)

14. Dee Hazen, *unsuccessfully* attempted to file "Probate Taxes" at my request. (See 3/6/98 & 7/30/98 Dee Hazen Letter - pgs. 481-483) Stevens/Jones didn't like us inquiring about *taxes*, "refused" to *voluntarily* give us "any" Probate information they had which we *did*

*not* have access too & would not do *anything* for us without a "Court Order." We didn't want the IRS "blaming" us, for Estate/Trust Assets Stevens /Jones "controlled." We *did not* want to be held "accountable" for *their* actions. They were responsible. We *still* don't know. We need to know. We need all assets returned to us.

16.    On 8/17/98, the *City of Texas City* finally diagnosed why our home kept "flooding." **"Mr. Rooter"** had apparently did **$4,555.00** in repairs, **"on top of a clogged sewer."** Per City Inspector's, it was "Mr. Rooter's" responsibility to "...unstop sewer line..." (See 8/17/98 "City of Texas City/Office of the Inspection Department pgs. 488)

17.    08/19/98, the *Texas City Inspections Department* "whitetagged" & "condemned" our 4-bedroom, 3-bath brick home "...due to damaged sheetrock and plumbing not up to city code..." With money to fix our house & enough Insurance to cover plumbing damanges, Stevens & Jones. allowed our house to *deteriorate* when it was their "duty" to "fix it."

18.    On 8/22/98, the **Probate Case and the Family/CPS Cases "collided."** Our children kept getting sick. We later learned, *mold* can grow inside wall's a *while* before it shows on the outside. When we took "Christian" to the hospital, UTMB refused to release our son to us unless we agreed to a **"Discharge to hotel."** (See 8/22/98 UTMB Hospital "Physician Order Sheet) The Hospital "forced" us to leave the only home we had. To keep our son, *we left our house*. We became homeless "that day." My husband was forced to quit his job at the Refinery Plant."

19.    On 8/28/98. Per LeAnn Stubbs (UTMB Hospital/Social Worker) "...called CPS..." (See 8/28/98 LeAnn Stubbs "Clinic Notes" pg. 580)

20.    On 9/21/989, Per LeAnn Stubbs (UTMB Hospital/Social Worker "...I have called in a referral to CPS Statewide Hotline..." (See 9/21/98 LeAnn Stubbs/UTMB Hospital/Social

Work Notes - pg. 582)

21.     On 10/15/98, our home was CONDEMNED & **"White-tragged" due to "...damaged sheetrock & plumbing not up to city code."** (pg. 486, 438)

22.     On 12/30/98, City Inspector's found " the sewer was stopped to the point of 9-feet into the attic where the 1 1/2 inch AC drain was overflowing into the walls and causing the sheetrock to collapse from the walls and ceilings...the main sewer was also stopped-up, because the the bathroom and kitchen both would not drain. " Inspector's Letter was in response to my correspondence to them. Letters. I'd called & begged for "months" for Stevens, Jones, Mr. Rooter, HRH Insurance to fix the problems.  "Nobody" would help us.

23.     On 01/01/99, CPS "RULED-OUT" medical/physical neglect." (See 1/1/99 RULED-OUT /CPS Investigation Summary" pg. 676)

24.     On 2/15/99, CPS/TDPRS "CLOSED" it investigation of our Family. (See 2/15/99 TDPRS Letter by "Jackie Davis" pg. 672)

25.     On 2/16/99, CPS "RULED OUT" abuse/neglect. (See 2/16/99 TDPRS Letter pg. 674)

26.     On 12/10/99. I wrote "Mr. Rooter" about fixing the plumbing.  They refused to do *anything*. (See 12/10/99 "Mr. Rooter" Certified Return Receipt #P 612 233 349, pg. 494)

27.     On 9/1/99, the ***Texas Department of Insurance*** responded to my 8/30/99 letter to them. (See pg. 442-446) While our house was deteriorating & our children were geting sick, Beatrice Jones told HRH Insurance "...not to send anything to Christopher Bell..." & would help fix "nothing" while stealing Estate/Trust assets. On 11/21/95, Beatrice advised *HRH Insurance* "...do not discuss     policy with Sheila Bell..."  HRH Insurance "dropped us." Stevens & Jones "neglected" to properly handle all business regarding our "house" &

"insurance" for the hosue. Both "mishandled" the entire situation, and, would allow us to

handle it. Stevens & Jones "failed" to file a *windstorm claim*, "failed" to file to provide

WPI8 showing *repairs* were made, "failed" to file a claim for *plumbing damages*. HRH

"lied" to The Department of Insurance by falsely claiming "they had no record of refusing

to take claims from Ms. Bell..." They had "records" inside their own "files. HRH

"admitted" Beatrice told them "...not to send anything to Chris" and, "...do not discuss

policy with Sheila Bell." Per Beatrice' statments, HRH would not allow us to file any

"claims" for damages. HRH falsely claimed "photo's taken by the adjuster were not given

to HRH..." Giving "photo's" to Insurance Company's is what "Insurance adjuster's"

*routinely* "<u>do</u>." HRH "lied" to deny our claims, which would have been a "huge one,"

based on all the damages our house sustained. *Both* "tied our hands" from filing claims for

damages. Then. "dropped" us. (See 9/1/99 *Texas Department of Insurance* Letter)

28.    On 6/27/01, a "Probate Hearing" was held on our Case. (See 4/12/01 Probate Court

Letter - pg. 472)

29.    On 12/20/01, Per LeAnn Stubbs (UTMB Hospital/Social Worker), "...I have called in a

referral to CPS..." (See 12/20/01 LeAnn Stubbs "Psychosocial Assessment..." pg. 584)

30.    On 1/29/02, a Probate Hearing was held on our Case. (See 9/24/01 Probate Letter

pg.474)

31.    On 2/13/02, TDPRS "Ruled-out" abuse/neglect. (See 2/13/02 TDPRS Letter pg. 670)

32.    On 5/21/02. at my request. Ron Gipson signed a *Notarized* "Sworn Affidavit" regarding

he & Mr. Stevens agreement to put "remaining money into an annuity for his benefit..."

(See 05/21/02 Ron Gipson/Notarized "Affidavit" pg. 412)

33.    On 05/16/02, at first, Mark Steven told us, there was "no money." But, after Judge

Burwell agreed to a "Subpoena" of all Financial Institutions, Mr. Stevens *then* sent Chris a letter naming  "6-different Banks where Ms. Bell's & Chris' assets were held, including: *1 ) Unviersity of Texas Medical Branch; 2) Moody National Bank; 3) Galveston Employee's Federal Credit Union: 4) Nations Bank. 5) Frost National Bank: and. 6) Teacher's Retirement System*. (See 5/26/02 Mark Stevens letter to Chris Bell pg. ) Stevens once also mentioned a "CD" in *Austin*. There may be more! We *never did get* ALL "original" records/statements.  Steven's was always "tricking" us.  They should have also asked for a Subpoenae for ALL "Bank   Accounts" they put in "other names."

34.     On 11/4/03, there were "errors" on Stevens' "FINDINGS OF FACT AND ORDERS" (pgs. 495-501) and "FINAL JUDGMENT, ORDER AND FINDINGS OF FACT. (pgs. 503-507):1) Ms. Bell had more than 1-Insurance (Nat'l Family Care, HRH, Reliable Insurance: Progressive Insruance: Western Southern Life - See "handwritten Bank Ledgers); 2) Stevens claimed "...$48,000 was not a Probate Estate..." Yes, the **$48,000.00** was a **"Probate Asset**, as, it was included in monies Chris signed a **"Contingency Contract"** Ron Gipson to **"sue" Beatrice Jones for** which, Mr. Stevens & Mr. Gipson "agreed" would be put into an "Annuity" for "Chris." Beatrice "stole it." (See 3/15/95 Ron Gipson Letter & Ron Gipson  5/21/02 "Sworn Affidavit"); 3) Ms. Bell $50,000.00 were supposed also to be put into an "Annuity," which, to date, neither has given to Chris; 4) Stevens falsely claims the Beatrice "donated the entirety of the insurance policy..." which. she did not do. as. there's "no  Accounting" of it & they didn't give it to Chris: 5) Stevens mentioned "6-Banks previously, but only "2-Assets" and, excludesall the other Estate/Trust assets; 6) over $100,000.00 is *still* "missing," there still has been "NO Accounting $100,000.00, and, Stevens/Jones still have not given it to my husband, Chris

Bell, and means Stevens made a "false report" to the Probate Court; 7) There still has be "no Accounting" of ALL Ms. Bell's jewelry (we suggest checking credit card receipts) ; 8) all furnishing & contents of Chris & Ms. Bell's home are still "missing" & "unaccounted" for: 9) Mr. Stevens "Final Judgment - excludes *tens of thousands in cash*. the Annuity & the "CD" in Austin that remain "missing" & "Unaccounted" *for;* and, 10) the "Findings..." and "Final Order..." *confirmed* what Chris *said along*, that Beatrice Jones & her family members, "emptied" his & Ms. Bells "home" of all it contacts, and, divided them "between *each other*" the day   Ms. Bell died *while* Chris was *away* "grieving" his mother's passing. (See "FINDINGS OF FACT AND ORDERS" (pgs. 495-501 & "FINAL JUDGMENT, ORDER AND FINDINGS OF FACT" (pgs. 503-507)

35.  Mr. Stevens & Ms. Jones "admitted" to the Court, Ms. Jones kept "proceeds" for her self.

36.  To date. there is still "NO ACCOUNTING" of over $100.000.00 in cash by either Ms. Jones   or Mr. Stevens should should have been used for "Christopher Bell's use & benefit."

37.  The Contents of Chris & Ms. Bell's home "could not have been used for his "use & benefit" since it was admittedly "divided" between Ms. Bell's own family members.

38.  Ms. Jones & Mr. Stevens "did not" use ALL Estate/Trust Assets for Christopher Bell.

40.  On 12/02/02, a "Probate Hearing" was held on our Case. (See 08/15/02 Probate Court)

41.  On 12/03/02, a Probate Hearing was held on our Case. (See 7/12/02 Probate Court)

42.  On 01/27/03. a "Probate Hearing" was held on our Case. (See 11/26/02 Probate Court)

43.  On 05/08/03, We WON our 2003 Trial & were "completely exonerated" of all CPS "False" allegations. Judge Baker allowed the Prosecution to present "evidence" of my mother & ex-husbands "houses, property & financial assets, while our attorney's neglected

to present "any" of our Probate Court "evidence" that we actually had "a home & assets," but they were "stolen." CPS & the Prosecution depicted us as "poor, destitute & low-income" to Juror's. Were we?

Our 4-bedroom, 3-Bath "Brick" home sold for *only* $25,000.00, *tens of thousands* "less" its "appraisal value" due to "plumbing damages" & Stevens/Jones "neglect" & "mishandling" of Estate/Trust Assets.

Mr. Stevens & Ms. Jones "neglected" the handling of our house & Insurances. Our "home" was *never repaired* as Judge Jones Ordered 1/5/98; Jones/Stevens neglected to file Insurance Claims for "damages" on our home & properly handle "all insurance issues;" over $100,000.00 is still "missing, that could have also been used to "repair" our home, but was not.

Jones/Stevens "mishandling" & "spending" and "using" Estate/Trust Assets which belonged to my husband "Christopher Bell," and, were *supposed* to be used for "his" use and benefit only," completely changed the direction of our lives in *adverse* ways. We'd still have a "home" had *both* not "neglected" & "mishandled" Estate/Trust Assets. Even more imporantly - we would have had Custody of all our children almost 20-yrs. ago.

Over $100,000.00 is still missing & unaccounted-for. Ms. Jones & Mr. Steven are "responsible." Both, should be held "accountable."

It is extremely important to note, Mr. Stevens *has not* ever given us: ALL Estate/Trust Assets. never FILED a "Full Accounting" of ALL Estate/Trust Assets Officially with the Probate Court, or, "ORIGINAL" Statements or Documentation of *ALL* "Financial Institutions." He claimed he did. But he never *actually* "did it."

One of the main problems we had with our Probate Case, was that we couldn't keep

93

attorneys or afford to keep hiring them. Mark Stevens would either lie then"pay-off" attorneys to get rid of them like he did Ron Gipson or, "threaten" attorney's like he did Elain Michael, who said he *"railed" on her*. Mark Stevens threatened to anyone who dare questioned what happened to "Estate/Trust" assets.

*Rodney Moton, Susan Edmondson & S. Chris Nallie-Courtney, Cheryl Triplett, Suzanne Schwab-Radcliffe , Judge Baker & Prosecutor's* "fraudulently concealed" all evidence pertaining our Probate Case throughout my Case & Trial. *Meanwhile* CPS, Prosecutor's, CASA, LeAnn Stubbs (UTMB Hospital Social Worker) & others *repeatedly* depicted us as "poor, low-income, destitute etc..." essentially "vagabonds" througout our 2001 CPS Case & 2003 Trial.

*In other words*, Officials *labeled* "too poor" to raise our own children. Were we? *Stolen* **"Estate/Trust Assets"** still "missing," include:

1.  ALL "contents" of Ms. Bell & Christopher Bell's home. (jewelry, furs, Savings Bonds, appliances, lawn equipment, furniture, safe-deposit box/contents, cash-on-hand) Some "stolen & missing" items are listed in the "FINDINGS OF FACT AND ORDERS" and "FINAL JUDGMENT ORDER AND FINDINGS OF FACT."

2.  Insurance Policy's from "several" Insurance Companies. Unaccounted for. (See "Handwritten" Bank Ledger's - pgs. 511-519)

3.  Retirement Funds

4.  Bank Accounts (known & unknown)

5.  **$18,000.00** Moody Bank Assets (See 1/24/97 Stevens Letter) Unaccounted-for.

6.  **U.S. National Bank** (Now Frost Bank) Assets Unaccounted for. (See 9/7/94; 1/10/95; 3/7/95; 8/10/95; 1/11/96, 11/26/94 U.S. National Bank Statements)

7.  **Federal Credit Union** Assets? Unaccounted for.

8.      **Moody National Bank -** Missing & Unaccounted for.

9.      **Galveston Employee's Federal Credit Union.** "Missing & Unaccounted for"

10.     **Nations Bank -** (See 5/5/94 Nations Bank Statement)

11      **Frost National Bank/U.S. Bank**

12.     **Teacher's Retirement System**

13.     "CD" (Certificate of Deposit *plus* "interest") in "Mark Stevens" name, possibly "matured."

14.     "Annuity" (See 3/15/95 Stevens letter/Gibson 5/21/02 "Affidavit"/pgs. 410, 412) Missing.

15.     All cash payments/assets Mr. Stevens "paid to himself" from Bell Estate/Trust & assets

16.     **$95,000.00** Insurance Policy *HRH Insurance*, home/7414 Cardinal Circle, Texas City, TX

17.     UTMB "Pension & Insurance" (See 5/16/02 Mark Stevens Letter)

18.     **$49,728** Fost Nat'l Bank/U.S. Nat'l Bank (See pg. 529, 537) Unaccounted for.

19      **$440.87** interest / U.S. National Bank (See 1/11/96 Bank Statement) Unaccounted for

20.     UTMB Life Insurance's - (See Stevens 1/24/97 letter) Unaccounted for.

21.     **$50,000.00** Retirement Benefits (See pg. 523) Unaccounted for.

22.     **$50,000.00** Life Insurance Policy (pg. 523) Unaccounted for.

23      ??? Nat'l Family Care Insurance Paid by Estate/Trust (See Bank Ledger)Unaccounted for

24.     ??? Reliable Insurance Policy (See Bank Ledger/Paid by Estate/Trust) Unaccounted for.

25.     ??? Progressive Insurance Co. (See Bank Ledger/Paid by Estate/Trust) Unaccounted for.

26.     ??? Western Southern Life Insurance Policy (See Bank Ledger / Paid by Estate/Trust)

27.     **$49.983.78** "Certificate of Deposit." U.S. National Bank (See pg. 527)

28.     **$   143.79** monthly interest/U.S.National Bank (See pg. 525) Unaccounted for

29.     **$  6,389.65** Nations Bank.  Unaccounted for. (Pg. 531)

30.     "Citibank" Visa Credit Card (See Bank Ledger - pg. 511) Unaccounted for.

31.     "Montgomery Ward" Credit Card (See "Copy" of Bank ledger - pg. 511)

32.     Other "Credit Cards." Unaccounted for (See Bank ledgers pgs. 511-519).

33.     Other "Bank Accounts" - Unaccounted for.

34.     Contents of Ms. Bell's "Safe Deposit Box" & *Cash-on-hand* she kept inside her home.

35.     *$Thousands* in Cash proceeds from the sell of our house are missing & Unaccounted for.

36.     $25,000.00 from the "sale of our house." (See "Handwritten" receipt)

37.     alleged payments to "Glen Ferguson, CPS?

38.     UTMB Hospital Benefits - $210,000.00?

39.     $36,956.30 U.S. National Bank (See pg. 533)

40.     $37,049.06 U.S. National Bank (pg. 535)

We request the Courts intervention regarding this matter & ask for investigations.

On 01/05/98 Judge Jones Ordered our House be given to "us" & included me. My husband & I had "4-children" together. My husband Chris also added me. We're still married.

We still did not receive & do not know "what happened" to all of the "interest" that was accruing on several Bank Accounts? *(See U.S. National Bank Statememt $480.87 interest on 1/11/96 & $143.79 interest on 1/10/95)*

We do not know "what happened" to $36,956.30, as the "Explanation" reads "TO CLOSE THIS INTEREST-EARNING ACCOUNT" *(See 8/10/95 U.S. National Bank "Debit" Statement)* Why was it closed? What happened to the money? Why wasn't it given to us?

Our home was sold for a mere "$25,000.00. Tens of thousands less it "appraisal value." The only proof we have is a "handwritten" & questionable "Deposit from House" receipt by Mr. Stevens. (See "Bell Trust" - Deposit from House)

We question why a $49,728.00 "Certificate of Deposit" was put in the names of:

"Beatrice Jones by Mark Stevens, Trustee" on 11/26/94, instead of instead of the "names" of "The Estate of Katie Bell, The Christopher Bell Trust or Christopher Bell-Beneficiary?"  We've been shown NO COURT ORDER "naming" Mr. Stevens "Trustee."  (See Certificate of Deposit" 11/26/94)

We question "ALL" signatures & beneficiaries claimed by Mr. Stevens & Ms. Jones.  As, Ms. Bell left "ALL" her assets to her only son, my husband - "Christopher Wiley Bell." (See "Will")

We questions "where, why, what happened to "thousands" in U.S. National Bank February 2005. (See 3/7/95 U.S. National Bank Statement)

There's "discrepancy" as to when "Trust & Estate" Accounts were "Closed or Opened, and/or the "Court Orders" stating so. (See M. Stevens 8/10/95 letter to Ms. Jones)

On May 21, **2002**, Mark Stevens agreed with Ron Gipson to put Ms. Bell's "Retirement & Insurance Benefits & "all remaining assets" into an "Annuity." He never mentioned it again, nor, gave it to us.  (See Ron Gipson's "Sworn Affidavit" & Stevens & Gipson's "agreement" letter)

By **2003**, Mr. Stevens was claiming Ms. Bell left $100,000.00 in Insurance & Retirement Benefits to "Beatrice."  We've not seen, heard or received "any" Insurance Benefits, Retirement Benefits, "CD" (Certificate of Deposit) Benefits or an "Annuity" ever since.  All "content" of Chris & Ms. Bell's home were never "returned or reimbursed.  "Full-Title" to our home was "stolen."

The whole time Stevens & Jones were "spending" Estate/Trust Assets, they were telling us "there was NO MONEY."  That was NOT true.

Obviously, there was "plenty" of money for Stevens & Jones to "fix our house" with or without an Insurance Policy.

97

We ask someone to check & investigate whether or not "taxes" were paid by Steves/Jones?  We know they refused our requests. (See "Dee Hazen" Tax Requests/Notes) They "controlled" Estate/Assets.  We don't need or want any of their crimes to come-back later & be "taxed" upon us.  This was all "their" fault.

Ms. Jones "testified" during one Probate Hearing Ms. Bell's & Chris things were "divided" between her relatives. They were.  As Proof,  Ms. Jones "admitted" it during Court, and, its stated on the "FINAL JUDGMENT, ORDER AND FINDINGS OF FACT," and, "FINDINGS OF FACT AND ORDERS."  They left Chris out.

Had, Mr. Steven's & Ms. Jones "properly handled" Estate/Trust Assets, including our house, and our Attorney's would have submitted "Probate Evidence" during our "Hearings & Trial," CPS,    Ms. Stubbs, the Prosecution & others *would not* have been allowed to depict my husband & I as "poor, low-income & destitute." or used our "income" as a basis to "take all my children" from me.

Mr. Stevens & Ms. Jones "*still* owe us" over $100,000.00 Cash and "a house."

It is *extremely* important to this Case, to remember over $100,000 in Estate/Trust Assets are "still missing." and, Stevens/Jones "tricked" us out of "Full Title" to our home and ALL "remaining" Estate/Trust Assets, by "not" Filing Judge Jerome Jones 01/05/98 ORDER giving it ALL to "us," then filed "different" ORDER instead, giving *his* client *our* house.

It is also *extremely* important to remember , that *Stevens/Jones* "falsely" claimed, $50,000.00 was ...left...to Beatrice Jones..." when it was "not." Or that "...$48,000.00 was left...to Beatrice Jones..." when it was "not." And, that Per Ron Gipson's (Attorney) 3/15/1995 Letter and 5/21/02 "Sworn Affidavit," he & Mr. Stevens agree'd "...putting the remaining monmey into an annuity for his (Chris) benefit will protect his interest to the best degree possible

98

and accomplish what his mom set out to do..."

Mr. Mark Stevens - essentially "tricked the Court" by "switching & changing" Court Orders.

We know Mr. Stevens "tricked" the Court because in his 1/24/97 Letter to Ms. Elaine Michael (attorney), Mr. Stevens said, and I quote: "...Enclosed please find an accounting of funds rexeived by the **estate** and **trust**...By far the largest items received were the retirement benefits and UTMB Life Insurance policies, **each** in the amount of about **$50,000.00**.  Mr. Stevens acknowledges the fact that these were "Estate/Trust funds," *not* Ms. Jones as he later *falsely* filed with the "F0INDINGS OF FACT AND ORDERS" and the "FINAL JUDGMENT, ORDER AND FINDINGS OF FACT" January 2003 with the "Probate Court," the same-year, before our May 2003 "Family Court" Trial.

Prosecutor's maintained we were "poor" throughout our Case & Trial.  Were we?


**Fraudulent Concealment: "Discrimination" - CPS Took My Children Based Upon "Income:"**

Cheryl Triplett,  Ms. Radcliffe & UTMB Hospital labeled us *poor*, took all of my children based on our income & made attending "Black" Parenting Classes a required to get my children back.  It's a form of Discrimination.Why were *Blacks* segregated from other parents?

On 3/25/98, a UTMB Hospital Physician labeled us as **"poor."** (See 3/25/98 UTMB Hospital "Request for Consultation and Report" - pg. 368)

On 2/26/02, per CPS' Family Service Plan," they labeled us: " **destitute** ... parents ... **insufficient income** or **lack of resources,**" after they took all my children.  (See pg. 371)  Those are **strong** "<u>words</u>" in a CPS Case involving children and mean "death" or "Termination" to a Parents Rights when filed "Officially" which, is exactly what CPS filed 12/28/01, just **1-day**, after

taking my 5-remaining children, and, **3-days** after taking my son "Elijah."  In addition to that,

forced us to show ability to pay "child support" on top of that.  We told CPS about my husbands

"stolen" & "unresolved" Estate/Trust," day-1 of its investigation.  CPS "concealed" any & all

mention of the "stolen" Estate/Trust. CPS claimed we were "destitute." but conducted its

investigation at our "residence," then included our "address" which was "3506 Cove View Blvd"

as our address in its "12/28/01 Termination" Lawsuit.

On 12/20/01, LeAnn Stubbs (UTMB Social Worker) on her "UTMB Hospital

Psychosocial Assessment."  about us wrote: "...**very limited income**...father's job taxi driver...the

family does not have their own transportation" *Stubbs* unfairly "judged & mis-characterized us"

based on our income or "lack" of it and launched the CPS case that led to the "removal of my 6-

children.(See LeAnn Stubbs 12/01/01 Psychosocial Assessment)  Ms. Stubbs/CPS "financially &

racially-PROFILED" us.  Stubbs/CPS judged us based on our "income. race & psychosocial"

status.  *In other words,* "we weren't good enough or rich enough" *for them* to be parents.

Importantly, Ms. Stubbs stated my son was admitted for **"respiratory failure & asthma-only**,

*nothing else*, which proves Cheryl Triplett & her staff "completely fabricated" all other false

allegations against us. (See Stubbs pg. 366) In addition to "asthma & respiratory failure. Doctors

also later diagnosed our son with **"pneumonia."** (pg. 274)  Plus, he was born a "2lb 3oz."

Preemie with "under-developed lungs."  CPS "fabricated" additional diagnosis that were ALL

"disproved" at Trial, for which we were "completely exonerated." LeAnn Stubbs, UTMB Hospital

& CPS' assessment was "discriminatory. biased & prejudicial" against us.  It is important to note:

during the time CPS & Ms. Stubbs was "judging" us based on our income or "lack" of it, The

State was only paying a *Biological* "family of 3" **$201.00** in benefits, but paid Foster Parents &

facilities $500.00 - $6000.00 per child. (See pg. 369)  Biological parents were paid "Unequally."

Prosecutor's made a "HUGE DEAL" about our "income" & "lack of it" during our 2003 April/May Trial.  Then presented evidence "In Court" & showed "Jurors," my mother & ex-husbands "income. homes. property & other evidence. but did not present "any" evidence of my husbands "stolen" Estate/Trust, which would have put us in a better light & showed, we had monies "due" too us.

Mary Obialo (Foster-mom) testified she was paid over $500.00 plus/per child for *each* of "my children," while I was paid $0.00 by the State of Texas.  Why the difference?  This was "unfair" and "discrimination."

The Social Security Office "denied" our claim for "Christian" when he was first born.  Yet, my mother, Mary Obialo were paid *$thousands* for the "same-child." The only difference was, I was the "Biological Parent," the others were not.  Why the distinction?

Why weren't ALL "Parents" paid EQUALLY from Public Funds, since CPS based my children's removal on our "income?"

All Parents were not paid EQUALLY from Public/State/Federal funds.  I was not.

It was "unfair" for Ms. Triplett & her staff, Ms. Stubbs to "discriminate" against us, judge us, and, start a CPS Case based on our "income," and, "exclude" Estate/Probate Assets that should have been given to my husband. and "included."

It is also important to note, CPS treated us *unfairly* by "concealing, withholdingl & not including" "Estate/Probate Assets" in ALL its Assessments, since the "Probate" Case was "still Open" and ongoing "concurrently" during the same years as the CPS Case(s).  The State didn't do "due diligence."  Prosecutor's withheld all Probate "exculpatory evidence" at our Trial.

**Fraudulent Concealment:  California Court Orders / Jurisdiction**

In 1992, the State of California awarded me **Custody** of my "oldest 2 sons."  Texas took

"Conservatorship."  (See pg. 364) Are they the same?  Did Texas have Jurisdiction over my Case?

There is no record California ever "REVOKED" or VACATED its Order. I had not been

paid "child support" in over 5-years, after I moved to Texas.

Did Texas actually have "Jurisdiction"  during the 2001 CPS Case & 2003 Trial?

CPS & Police conducted its investigations, questioned, interrogated & searched my

children *without* either "me" or mv "Ex-Husbands" consent or knowedge.

California never VACATED its Court Order.  Texas did not address Proper "Jurisdiction."

**Fraudulent Concealment:  Mark Henry-County Judge, Plaintiff Alleges "Class of One Claim**

The Plaintiff alleges "gross negligence" on the part-of Mark Henry for his ill-treatment of

me regarding the "release" of my dad's remains, and, my dad regarding his "withholding" of my

dad's "remains" for in a "freezer" for "10-months. Mr. Henry's actions were an act of "gross

negligence," *inhumane* & a *Crime Against Humanity*."

> **Gross negligence...could trigger adverse domination tolling in Texas Statute
> of limitation..."** *(F.D.I.C. v. Henderson, E.D. Tex 1994, 849 F. Supp. 495)*

> **"Allegations of arbitrary government action are sufficient to state a claim for
> "relief" under traditional Equal Protection analysis**. (Village of Willowbrook v. Olech
> id at 565) **Olech allows Equal Protection claims by any person who claims to have
> been subject to arbitrary government treatment**. id. at 566.

I, the Plaintiff, "Sheila Bell," do claim, "Class of One" claim against Mark Henry as a

"Government Official" & the Galveston County Medical Examiner for  "arbitrarily" and

*inhumanely* "seizing & holding" my Dad "Cornelius P. Wilsons" remains, 10-months, longer than others, and, for "refusing" to release my dad's remains to me in a "timely manner."

On 10/26/17, my dad "Cornelius P. Wilson" passed away & was taken by the Galveston County Medical Examiner, assisted by Police.

In 2017, KPRC News did a "news segment" about the Medical Examiner's Office "holding" my dad's remains & telling me, "the case would be decided by a Probate Court, when there was "no Probae Case" opened for my Dad. I recorded conversations I had with the Medical Examiner's Office, which KPRC News did play during that "segment." Mr. Henry & the M.E's Office *knowingly, deliberately & inentionally, maliciously & inhumanely* did not "release" my dad's "remains" to me out of "retaliation" & acted in "bad faith" regarding my dad's "remains."

On July 24, 2018, under the direction of Mark Henry-County Judge, Judge Kimberly Sullivan "released" my dad's remains to "Kayla Wilson." I did not have an attorney & could not afford one. There is "no record" the Probate Court ever appointed me an attorney.

The Galveston County Examiner's Office actions were extremely disturbing to me & caused me injury an harm, for the following reasons: 1) I loved & had taken care of my dad "Cornelius P. Wilsons" for "years;" 2) My dad was a Galveston resident & had been living with us for several "years;" 3) my Dad made me his "Power of Attorney" (See My Dad's "Power of Attorney"); 4) the Medical Examiner's Office nor Mr. Henry never submitted "any" evidence I ever gave either of them "my permission" to seize my dad's remains; 5) the medical examiner & Probate Court "falsely" claimed Officially, signed a release "10/31/17," even though they included my "release" I signed 10/30/17; 6) the M.E. & Probate Court *knowingly & falsely* alleged "Kayla Wilson" signed a *release* "1-day before" I signed a *release*, as though she was due some type of special consideration for singing "earlier," when we both signed "releases" the same

102

day - "October 30, 2017," clearly written on my "release." (See "Releases" signed by Sheila & Kayla"); 7) Mark Henry & The Probate Court never took my "letters" proving "Kayla texted me, and I quote: "...I have no sisters never did only 2-brothers..." and meant, Kayla was not my dad's daughter into consideration: 8) Mark Henry & the Probate Court "ignored" my requests to first let "DNA tests" to determine & prove whether or not Kayla was actually dad's daughter; 9) dad previously "filed" charges against Kayla for stealing his money out of his bank; 10) Kayla stole "death/burial" benefits dad signed me as "beneficiary." (See "Beneficiary Card")

I'd filed my "Federal Lawsuit" before Mr. Henry & Probate Court filed their's. Meanwhile, Sheriff Deputy's "texted, called my phone & harrassed" me at my residence & alarmed Management which nearly got us "evicted" to intimidate me from pursuing Justice in "Federal Court." Mark Henry wanted me & my dad's Case in "Probate Court" instead. They "ignored" my Federal Lawsuit, pursued theirs & never considered giving me my dads "remains."

I had "zero confidence" the Probate Court *could* or *would* handle my "dad's remains" in an appropriate manner. They didn't. The **Probate Court** "mishandled" my husbands Estate/Trust & it's *still* "unresolved." The *Probate Court* "mishandled" my dad's "remains." Ms. Radcliffe & Judge Baker "dragged" our case-on in ***Family Court*** for over 16-mos. & "mishandled" it. Mark Stevens & the Probate Court dragged my husband's Estate/Trust Case almost 10-years, then still "mishandled" it & it remains "unresolved" to this day. Mr. Henry & the Probate Court "dragged" releasing my dad's remains "10-mos," and is responsible.

My son "Christian" is still "missing." No Galveston County Court has forced "Joyce Washington" by "Court Order" to prove "Christian" is still alive or tell "us" where he is, so we can see him and bring him home. We still don't know where "Christian" is? My mother moved back to Texas over a decade ago. She left "Christian" somewhere else? We don't even know what

104

County he's in to pursue justice, except the Federal Court.

Just because Galveston Courts "end" a Case, doesn't mean it ended for me. ALL of our "mishandled" Cases by Galveston County Courts left "years" of repercussions that still injure me.

Mark Henry (County Judge), was "grossly negligent" with his *mishandling* of my dad *Cornelius P. Wilson's* "remains," by keeping them "10-months," longer & *unlike* other deceased and "relatives" of the deceased. Mr. Henry treated me "differently." He treated my dad's remains "differently" than *others* & "inhumanely." Mr. Henry & the Medical Examiner were "grossly negligent" in "mis-handling" this entire matter regarding me & my dads "remains."

The Funeral Home told me my dad's "remains" were too badly decomposed for an "open casket" funeral." It was extremely hurtful for me to hear my dad's "remains" were mistreated like that, as the result of Mr. Henry & the *Galveston County Medical Examiner's Office'* actions.

In *Village of Willowbrook V. Okech.* the Court held that there is a "claim" under Equal Protection when a person alleges to have suffered "arbitrary and discriminatory" treatment by the Government.

Mr. Henry & the M.E.'s Office *maliciously, knowingly, intentionally & deliberately* kept my dad's remains "excessivley *longer* period" than "others" which, caused my dad's body to "decay excessivley worse than other deceased - out of "malice" & in retaliation. Mark Henry & the Medical Examiner's Office "discriminated" against me & my dad's remains by treating me & my dad's *remains* "differently" than others. *(Village of Willowbrook v. Olech id. at 566)*

**"Mark Henry"** (County Judge) knew me thru **"Teresa Henry"** (former D.A.) who lost her Case against us at Trial in 2003, then *retaliated* by having us "set-up" to be falsely arrested. ALL charges were "DISMISSED."

In 2017, "KPRC, Channel 2 News" exposed there was "No Open Probate Case" at the

time, when the *Galveston County Medical Examimer's Office* refuse to "release" my dad's

remains to me. The M.E.'s Office *falsely* claimed I **had** to go to "Probate Court" in order to get

my dad's *remaims* "released to me." (See "M.E. Recording")  Mr. Henry & M.E. *intentionally,*

*deliberately & knowingly* deceived me & refused to "release" my dad's remains to me out of

"retaliation."

In 2017, "Mark Henry" took-over, seized, confiscated & held my dad's remains "10-

momths." It was extremly painful to hear that not only had my dad been "cremated," but also, that

my dad was **"too badly decomposed"** to have an "open casket funeral." (See "Funeral Home")

Mr. Henry's refusal to "release" my dad to me & seizing my dad's body "10-mos."

Violated Law, and, was not done according to Law.  It was also "inhumane" & Unconstitutioal.

> **"IF the state officer's action caused severe injuries, was grossly
> disproportionate to the need for action under the circumstances and was inspired by
> malice rather than merely careless or unwise excess of zeal so that it amounted to an
> abuse of official power that shocks the conscience, it should be readdress under
> Section 1983."** *(Shillingford v. Holms, 634 F.2d 263, 265 (5th cir., 1981), Hall v.,
> Tawney, 621 F.2d 607, 613 (4th Cir. 1980, and Johnson v. Glick, 481 F2d. 1028, 1033*

What Mr. Henry & the Galveston County Medical Examiner did to my dad's remains,

"shocks the conscience."  I have a Claim under Section 1983.

Mark Henry treated me "differently" than others.  He treated my dad's *remains*

"differently."   Mr. Henry's actions were "heinous, disrespectful, inhumane" & a "blatant

disregard" for my elderly dad's remains. It was "a crime against humanity."

Mr. Henry held my dad's remains due to "Kavla Wilson" who *claimed* she was my dad's

daughter, but told me she had "no sister" & meant she wasn't my dad's daughter."

Kayla lived in *Louisiana*. I lived right here in *Galveston*.  Mr. Henry "released" my dads

remains to "Kayla" - 10 months later. Kayla *secretly* had dad "cremated" without my knowledge,

consent. The News of my dad's "crematiom" from the Funeral Home was a *tremendous* <u>SHOCK</u>! It was evem worse to be told dad's remains were "too badly decomposed" to have an "open casket funeral."  Kayla & Mr. Henry deprived my dad a "descent burial."  My dad feared GOD. Dad deserved *better*.

I was pursuing Justice for me & my dad in Federal Court at the time.  I filed first.  I had "no attorney," couldn't afford to hire one & couldn't fight "2-Cases" (Federal & Probate) in Court at the same-time.. In addition, my husbands' a "chronic heart patient."  I had to take care of my husband *then* & still do *now*.

I ask for Federal Authorities to probe *deeply* into Mr. Henry's actions.


### Fraudulent Concealment:  CPS "Refused" to Surrender Our Family Case File As Evidence

*For "3-Weeks."* CPS "referred to" & walked into the Courtroom during my Trial with a "<u>HUGE </u>Binder" labeled in Big BLACK Letters on the "Cover"  - **"<u>The Sheila Bell Case.</u>"**

CPS *displayed* the "cover,"but *concealed* its "contents" from me, juror's & my attorneys. Judge Baker "let it happen."  The Prosecution & CPS "used it" as evidence.  Why couldn't we?

CPS withheld "exculpatory evidence" during Trial that was privy to Prosecutor's for 16-mos, but "concealed" it from me & my attorneys in Violation of my Civil Rights, Due Process & Equal Protection.  Prosecutor's had "access" to it.  Why didn't Judge Baker/CPS allow *us* access to it?

CPS flat-out told Judge Baker they "would not" surrender their "CPS Case-File" on our Family as "evidence during Trial." **Who** *except* CPS is "<u>bold enough" to tell a Judge something</u> <u>like that</u>? *Meanwhile*, CPS used "contents" from their "Big Binder" as evidence" *against* me throughout my Trial - in front of "Jurors."  Cheryl Triplett (CPS Director) & other CPS Workers

all testifed against me & referred to the "Big Binder" contents throughout my 2003 Trial. Was that "legal?"  Constitutional?"  Due Process?  Equal Protection?  A Fair Trial?

*I had no idea* CPS had the kind of "pull" that they could REFUSE, and, tell a "State Judge" they "would not" submit "evidence" in a "STATE TRIAL?"  Apparently, Galveston County Courts  & *rule by their own rules.*  But was it "Legal?" Constitutional?

CPS' actions were a "classic" Case of "withholding exculpatory evidence" during a State Trial.  My Trial was a STATE TRIAL!  Why wasn't CPS' "complete Case-file" of our Family submitted as "evidence" for Discovery?  I was entitled to that "evidence."  Prosecutors/CPS "withheld it."

The documents CPS finally "did" surrender were a "mess:"

CPS gave us a "stack" messy documents.  *Most* of the documents CPS *finally did surrender* as "evidence" were:  out-of-order.  **"heavily" redacted.** BLACKED-OUT" with a marker and/or totally "missing" or "BLANK?"  What type of Discovery was that?

My Defense Attorney's & I were "privy" to the very "same" evidence Prosecutor's had. Clearly, this "did not" happen in my Case at Trial.  CPS & Prosecutor's actions were Violations of "clearly established Law" and my Civil Rights.

I ask the Court to invite Federal Authorities to Probe into this matter.


**Fraudulent Concealment:  Stubbs/Social Worker Harassment & Repeat Referrals For CPS**

LeAnn Stubbs (UTMB Social Worker) recruited Cases "in-house" for CPS. made "repeat" False allegations against us & "self-built" a false history of abuse/neglect that CPS had previously investigated, CLOSED & RULED-OUT.  Which, led to CPS taking my 6-children from me.

Cheryl Triplett (CPS) & her staff based its 2001 CPS Case against us on LeAnn's Stubbs

"non-existent" *self-built* history of abuse/neglect *that did not exist*.  CPS *repeated* & filed Stubbs' false allegations.

LeAnn Stubs made fale allegations then called *hotline abuse lines* to build Cases for CPS:

On 08/28/98. Stubbs "**called CPS**...Supervisor 948-3401 x2530. (See 8/28/98  UTMB Hospital "Outpatient Clinic Services - pg. 580)  The Case was closed.

On 09/21/98, Per Stubbs. "**I have called in a referral to the CPS Statewide hotline.**" (See 9/21/98 UTMB Hospital Clinic Notes - se pg. 582) The case was closed.

On 12/20/01. Per Stubbs. "**...I have called in a referral to CPS...**"  Stubbs "falsely alleged" we had "...**past concerns of med. neglect**..." that **we *did not* have**. (See 12/20/01 "Psychosocial Assessment" - pg. 584)

On 01/03/02 Stubbs *falsely* alleged, "CPS...extensive hx the Family (history)...medical neglect. (See Lukefahrs/Stubbs 1/3/02 "Progress Notes" - pg. 586)

On 1/11/02, "missing" from Ms. LeAnn Stubbs "Progress Report," is it occured in public. (see pg. 588) The "incident" Ms. Stubbs referred to *did not* occur inside  "unit 1430..." *inside* UTMB Hospital, but *outside* on Public Property, in broad daylight.  Also "missing," is the fact that *Ms. Stubbs. Galveston Police & UTMB Campus Police* "completely surrounded" in PUBLIC just to give me "a CPS Letter." (See Stubbs 1/11/02 Progress Report - pg. 588)  Stubbs claimed the "incident" happened on a UTMB Unit.  It did not.  It occured on "Public Property."

LeAnn Stubbs' was a "bully."  She & Police "harrassed" me in Violation of my Civil Rights during Cheryl Triplett/CPS' 2001 Case against us.

ALL of Ms. Stubbs fraudulent attempts to make a "false report" FAILED!  As, CPS "Closed & Ruled-out" all of the Cases after conducting their investigations:

On 02/15/99, CPS "CLOSED" its investigation. (See 2/15/99 TDPRS Letter - pg. 672)

On 02/16/99, CPS "RULED-OUT" abuse/neglect allegations. (See 2/16/99 TDPRS Letter - pg. 674)

On 02/13/02, CPS "RULED-OUT" abuse/neglect allegations. (See 2/13/02 TDPRS Director - pg. 670)

In 1999, CPS "RULED-OUT" medical neglect/physical neglect (pg. 676)

In 2001, CPS padded its Case against us with Ms. Stubbs FALSE "repeat referrals" which the agency itself had *already* investigated, "ruled-out" & "closed." (See "CPS Ruled-Out/Closed Cases)

There was "<u>no</u> history of medical neglect." There was evidence Ms. Stubbs "self-built" a history of "calls to CPS/abuse hotlines, alleging "medical neglect."

**Leann** Stubbs, *knowingly, deliberately, intentionally & fraudulently* referred to *her-own* self-made "history of referrals," as a "history of abuse/neglect" instead. (See Stubbs pg. 584)

A "<u>history of **referrals**</u>" *is not* a "history of *abuse/neglect*." There was "no such history." Cheryl Triplett & her staff & Ms. Stubbs *intentionally, knowingly & deliberately* made *false* allegations against us.

LeAnn Stubbs (Social Worker) had repeatedly made false statements" against us for *years*. Both CPS & Ms. Stubbs "knew" both previous Cases had previously been "ruled-out" by CPS, but said or filed otherwise Officially,  (See "Ruled-Out" pg. 670-676) Each lied Officially to bolster their 2001 Case against to take my 6-children. Each Violated my Civil Rights.

CPS. Ms. Stubbs & Police' "harassment" Violated my Civil Rights.

Federal Investigations/Probes are warranted in this Case as a result.


**Fraudulent Concealment:  Police / Law Enforcement Harassment**

Police have been "harrassing, stalking & bullying" me since 1998:

On 08/19/98, Police were waiting for us following my son "Christian's" medical appointed with Dr. Saheed.  She'd called Police, falsely alleging I left my son.  Police left us alone after "Nurse Pat" admitted she'd given me permission to leave to get my husband, then, rebuked Dr. Saheed & told her she needed to go over "proceedure" with her Staff. (See 08/19/98 "Progress Notes" - pg. 578)

On 09/21/01, CPS notified Police. (See CPS 09/21/98 pg. 580) That Case was "Closed."

On 12/21/01, Det. Joey Quiroga, Officer Schwartz, Richard King (CPS), Cheryl McCarty (CPS) came to our residence while I was away, "1-day" after my son's admission to the hospital for "asthma & pnuemonia."  By the time I arrived, CPS/Police had already entered our residence, searched my children's bodies & searched our residence. (See LeAnn Stubbs, CPS/Collateral information) Per CPS, "...Law enforcement participatred in the interviewing and examination of the children. (See "CPS/Collateral Information)   CPS notified Police. (See 12/21/01 Notification to Law Enforcement)

On 12/23/01, Police & CPS "illegally" entered & searched our residence.

On 12/26/01, Police & CPS "illegally" entered & searched our residence.

On 12/27/01, Police, Det. Joey Quiroga & CPS "surrounded" our Family in the "Pancake House" parking lot & snatched my children away from me. (See "Quiroga Recording")

On 01/10/02, LeAnna Stubbs (UTMB) contacted "Campus Police" if we showed up to visit. (See "LeAnna Stubs-UTMB Social Worker/"Progress Notes"

On 1/11/02, "missing" from LeAnn Stubbs "Progress Report" is the facts" that: **UTMB Campus Police, LeAnn Stubbs** (UTMB Hospital Social Worker) & **GPD**, all **"surrounded"** me, in broad daylight, on *Public Property* just to give me "a piece of paper." Stubbs "falsely"

claimed it all happend on "unit 1430." (See LeAnn Stubbs/Progress Notes)  It didn't.

In 2003, my "purse was stolen" in Court during my "CLOSED" 2003 Trial where only Officials were allowed & returned to me by a Sheriff's Deputy who just *happened* to know it was mine.

On 7/31/03, Police & CPS "burst-down" our Beachfront Condo door. **Radcliffe's Bayliff** "pointed a gun in my face & arrested" me in front of my small children. I watched "in-horror" directly across the jail-cell, Galveston Police beat a "drunk inmate" until he "vomitted, passed-out, fell in his "own vomit" & laid there *all night*. I thought he was dead. I couldn't help him or call police because they're the one's who assaulted the man. I purposely looked at the Officer's "name-tag" - "Officer Padgett." (See "Officer Padgett" - Galveston County The Daily News pg. 604)

**Radcliffe's Bayliff** was *literally* standing-by Radcliffe to "arrest me if I spoke" during Hearings in her Courtroom. I kept silent. It's why you don't hear me speak on the "Court Recordings" Radcliffe *personally* Recorded herself" *unlike* other Cases. It was because of Radcliffe's "threat." She threatened to have me arrested if I spoke. So, I didn't defend myself. I couldn't. She wouldn't let me. You don't hear my Voice on Radcliffe's Recordings until Rodney Moton "withhdrew" as my attorney and I no longer had a lawyer to represent or speak for me in Court. (See "Court Recordings")

On 01/25/14, **Radcliffe's Bayliff** "searched my purse" in Walmart. (See 1/25/14 Walmart Receipt - pg. 608) He called me by my name "Ms. Bell." He recognized me. I recognized him. He knew me from Radcliffe's Hearings. I had a receipt. He had absolutely "no *legal* reason" to violate my Privacy & conduct an "illegal search" of my Property.

On 01/11/18, **Sheriff's Deputy's** repeatedly "harassed" me & came to my residence during the Probate Case, while I was seeking Justice, to "deter" me from seeking Justice in

Federal Court & "suing" the Medical Examiner's for its "refusal" to release my dad's "remains" to me. (See Sheriff's "01/11/18 Sheriff's Notice - pg. 610)  Deputy's also "repeatedly called" me. (See Deputy's 01/12/18 "text" - pg 616)  Deputy's appearance "alarmed" Management & gave them the impression we did something wrong.

On 01/18/18, Sheriffs Deputys "harassed" me at my residence & almost got us "evicted." (See 01/18/18 Sheriff's Notice - pg. 614) Deputys appearance gave Management impression we did something wrong.

On 01/12/18, **Sheriffs Deputys** "harassed" me at my residence & almost got us "evicted." (See 1/12/18 Sheriff's Notice) Deputy's appearance "alarmed" Management & gave them the impression we did something wrong. Then, Deputy's "called" my phone when I had "no lawyer." (See 01/12/18 Deputy's "text" - pg. 616)

On 01/11/18, **Sheriffs Deputys** "harassed" me at my residence & almost got us "evicted." (See 1/11/18 Sheriff's Notice - pg. 610) Deputy's appearance "alarmed" Management & gave them the impression we did something wrong. Then, Deputy's "called" my phone when I had "no lawyer."

On 01/14/18, Sheriffs Deputys "harrased" & called me on my cell phone. (See Deputy's 01/14/18 "text")  I had no attorney.

**Fraudulent Concealment:  CPS Harassment**

CPS "habitually" stalked & harrased our family.  I later found out Radcliffe had Parents Systematically targetted for CPS/Child-Custody Cases for "**Adoption**."

On 08/19/98, Doctors falsely alleged "abandonment"  The Case was CLOSED. (See 8/19/98 Progress Notes - see pgs. 578 )

CPS came to my children's school, snatched them "out of class," then questioned &
interrogated them like "crimimals." My son was so traumatized, his principal was so concerned
she called me to calm him down. I did. He was so "terrified" he *literally* "could not speak."

On 08/28/98. LeAnn Stubbs called CPS. (pg. 580)

On 9/21/98, LeAnn Stubbs & CPS falsely alleged "medical neglect." The Case was
CLOSED. (pg. 582)

On 1/1/99, CPS falsely alleged "medical neglect." The Case was RULED-OUT. (See
1/199 CPS Investigation Summary pg. 676 & 2/13/02 TDPRS Letter pg. 670 )

On 12/20/01, LeAnn Stubbs/CPS made false allegations against us. (pg. 584) CPS took all
my Children. (pg. 283) We *Won* Trial, but Judge Baker did not give me Custody. (pgs. 216, 218)

On May 8, 2003, we WON our Case & were "completely exonerated" all CPS & LeAnn
Stubbs "false" allegations." (Pgs. 216. 218)

There was never a "history of abuse/neglect" as CPS & LeAnn Stubbs "falsely alleged."
CPS' "Ruled-out" & "closed" those Cases. Both "fabricated" a "non-existent" history both *knew*
did not exist.


**Fraudulent Concealment:  Stalked At "U.S Federal Post Offices"**

The Plaintiff has been filing Federal Lawsuit in Federal Court since February 2002, ever
since Ms. Radcliffe said she would *never* give me my children back, 2-mos. into my 16-mo. Case.
Ms. Radcliffe made it judicially "clear." I would NEVER get my children back in "any" State
Venue. She was a State Judge. She was "the" Judge who presided-over CPS and Child Custody
Cases in Galveston County. I then filed my *first* Federal Lawsuit.

*My point is*, Galveston County Officials were "very aware" and "kept an eye" on my

Federal Cases. They were "included" in "Discovery Documents" at Trial. They also "kept an eye" on me. Especially whenever I filed my "Federal Cases."

*Just before Trial*, the D.A. gave me document & told me my "Federal Case" was "over." I'd seen enough Federal Documents *by-then* to know what they "looked like." I knew right away, the document the D.A. presented to me was a "fake," and, that it was only another one of their attempts to STOP me from going to Trial, like *Susan Edmondson* did in her "April & May 2003" letters. When I checked with the Court, my Case had not been Dismissed. Everybody was trying to "coerce, stop, hinder & prevent" me from going to Trial during that time.

People have been "stalking" me at The "U.S. Post Office" & the "Federal Courthouse" for "years," and, attempting to "hinder/stop" me from filing Federal Lawsuits while pursuing Justice.

I have other photo's & video of people stalking me at the U.S. Post Office.

I'm often "stalked, followed or harrassed" at "Federal Post Offices, UPS & Office Depot" while I'm mailing for my "Federal Cases." Each Facility has "Camera's" from which "Video" can be retrieved upon an investigation. Plus, ALL of my mailings can be "traced" or "tracked" becaused I mailed the majority of them either "Certified/Return Receipt, UPS or "Overnight Mail." Their "databases" should also have records of my "mailings."

I believe "Higher Authorities" may be involved because whoever it is, has "Authority" to authorize people "stalk & follow" me at "Federal Facility's" and on "Government Property."

I also have reason to believe our property may have even "bugged" because I'm often followed while I'm filing "Federal Cases." The "same people" arrive at destinations before we get there. Like one lady that sits on U.S. Post Office Property with all her "belongings," that I've seen there 30-50 times over the years. I have video. I complained to the Post Office when she aggresively approached me while I was at my P.O. Box. She was hostile. Or the man who just

started "grabbing" my package while I was at the counter.  Or, the "man with the tan car" who

stalked me at our Condo, followed us to the U.S. Post Office, then followed me to the "counter"

pretending he had a question, like all the others did.

Strange things have keep happening to "me or my mailings" for *years*.   Especially since it

is "Officials" who I am suing.

For years I kept wondering why I rarely ever got responses from my mailings.  I now

believe most of them never got to their destinations.  I believe they were "intercepted."

There appears to be "lots" of interest whenever I "file" or "Mail" my Federal Lawsuits at

the U.S. Post Office, Office Depot or UPS or wherever I go:

1. A "man with an older model tan car" parked directly across from our condo for *months*.

*Next thing I knew*, he followed me inside the *U.S.Post Office* on Broadway pretending like he

needed to ask a question. like all the *others* do.  I took "Video & a Photo." (See Photo pg. 708)

2. "KeKe" (former friend) stalked me at the *U.S. Post Office* on "Broadway."  She & her

boyfriend, "skipped the *long* line" when I got to the Counter, then pretended they needed to "ask

a question." As soon we left, *they left*. There were Camera's at the Post Office.  Video can be

retrieved.

3. A strange man, kept touching my mail while I was at the counter in the *U.S. Post Office*

on Broadway sending it "Certified Mail." There were Camera's at the Post Office which an be

retrieved.

4. Again. while Mailing for my "Federal Case." an "elderly white woman" we did not

know kept asking us "nosey" questions. (See Photo) I was mailing for my Case at "The United

Parcel Service (UPS) on "Stewart Street" where I often conducted business.  I "changed" from

mailing from the *U.S. Post Office* to *UPS* because I was getting "stalked & followed" too much at

116

U.S. Post Offices.

5. A woman who "sits" on the sits on *U.S. Post Office* "steps" with her belongings, has stalked me the most. It's happend over *40-times*. I know she's there to stalk me because she aggressively approached me at my "P.O. Box." I reported the incident to Postal Supervisor. Normally, people aren't allowed to just "sit" on Government Property *like that*, yet she does *often*. Which, is why I believe she's sent there & given permission by an authority, otherwise she'd have been arrested for "tresspassing" under *normal* circumstances.

On 11/25/13. my "Overnight" Mail I mailed at the "U.S. Post Office" which was located at "601 25th St." (when it was located inside the Federal Courthouse Building) was "delayed" & caused my "5th Circuit Case" to be DISMISSED. (See "Overnight Mail #EI 383975068 US) Please investigate. This happened on the very last-leg of my "Appeal" and was "very" important to me & my Case. I wrote a "Complaint" to the U.S. Post Office. (See my 1/31/14 Letter to the "Postmaster" & Overnight Mail #EI 383975068 US)

Det. Joey Quiroga Stalked me at the U.S. Post Office.


**U.S. Patent Office**

In 2015, I applied for a Patent at the "U.S. Patent Office," that I mailed frequently at the U.S. Post Office. (I'm including "Patent" section because of stalking I experience at the U.S. Post Office.

GOD is good to me. The LORD shared with me "how Tornado's are formed." which is a "question" and, *mystery* even "experts" like "The *Weather Channel, NOAA, the National Weather Service, Emergency Management* & others  -  *still* **do not know**.

It took me years to Research/Studying/understand what GOD Revealed. Finally, *I got it*!

The very 1st time I "tested" my discovery & theory, I spotted a "funnel Cloud." It worked!

In 2015, I sent it to the "U.S. Patent Office" for a "Patent." My discovery is "Revolutionary & Life-Saving," which is why GOD sent it to begin with - to help the whole world better understand and explain *why* we're having *so many* "Weather-Changes" and to "save lives." Many are killed due to "Tornado's" & "Weather."

Things went well, *until*, "Ms. Jayne" & others started insisting I "change dates" which is a Patent Violation.  No matter "what I sent," or "how much I complied" my Patent was always "declined." Ms. Jayne started talking "lawyer talk." Then Ms. Jayne mentioned the word "Prosecution." I'm not a lawyer, but thru my Cases & Federal Lawsuits, I was *somewhat* at least *familiar* with the word "prosecution." I didn't have an attorney & could not afford one, like my Federal Cases. They *stong-armed* me to steal my Patent.  Proving, I was really *on to something*.

*Months went by*. until I realized, *not only* was Ms. Jayne & the U.S. Patent Office "not" going to Patent my "discovery" & were "pressuring" me to change dates,  she was the very person delaying it, and, appeared to be trying to "steal my discovery." (Please see my "Ms. Jayne" Recordings)

In a *very strange turn of events*. Ms. Jayne kept "badgering" me to "change my dates" from "2015" to "2016." Other's began to insist & badger me to "change my dates" from "2015" to "2016."  Clearly, Ms. Jayne was "dishonest" & had her *own* "motives" for denying my Patent.

The "bad news" about all of this was that the "U.S. Patent Office," wouldn't Patent my Patent.  The good news was. I "knew I was truly on-to something."  They knew it too.

**Ms. Jayne** (Patent Office) kept *relentlessly* "insisting" 1) I "change my Patent dates, 2) I "needed" to pickup a package from "Bernadette" at the U.S. Post Office, who had *absolutely nothing* to do with my Patent, and 3) Ms. Jayne would not speak to me anymore about my

"Patent" until I went to the *U.S. Post Office* and picked-up her "Package."  (See "Ms. Jayne "Recordings")  That was the last time I ever spoke to Ms. Jayne.(U.S. Patent Office)

"Was it" and "is it" the *Policy* of the "U.S. Patent Office" to *personally* take it upon themselves. to discuss/share Patent Applicants information & "Patents" with "U.S. Postal Workers?"  Ms. Jayne caused my Patent to be "rejected."  I ask for investigations, and, for my "Patent."

To this day, "Weather" is *tearing-up the world* & killing many Globally.

GOD sent me Revelation to help.  Ms. Jayne "stopped" it.

### Fraudulent Concealment:  "Christian's" Birthdate was "Changed"

My son "Christian" was *not* born **January 19, 1997** as *falsely* alleged by CPS & UTMB.

I believe there's evidence CPS & UTMB Hospital medical staff "conspired" to  "falsefy dates" and. "conceal" Christian's" *original* Birthdate to hide *medical neglect* my son sustained while admitted in UTMB Hospital. to protect themselves from "liability."

"Christian" was diagnosed with *retardation, autism, Asthma, prematurity* & other diagnosis.

On **January 15, `1997**. I took a photo of my son "Christian" after he was born.  (See Photo)

*Days later*, a female UTMB Hospital employee came to my hospital room, telling me I needed to sign documents because the hospital's equipment was broken, and that they could not issue a "birth certificate" for the day "Christian" was born due to "equipment failure." Traumatized from my "1lb 10oz." preemie son's birth & medicated, I signed. She wouldn't give me a copy.

119

*Next thing I knew*,  "all" UTMB Hospital paperwork was "changed" to reflect 1/19/97 as "Christians" Birthdate.  It's *not*.

This Case is "rare," like babies being "switched at birth" in hospitals is **"rare," yet it happens**. I liken this "rare" scenario to the type of hospital error thats happened in "Christian's" Case.  The kind of case that gets "hidden" for <u>years</u> or even <u>decades</u> - *until* investigations are launched, which I Hope & Pray occurs in this Case.

**ALL** UTMB Hospital "Medical Records" were Subpoenaed for my "medical neglect" Trial.

Yet, only "Partial medical records" were submitted at Trial.

Per our Attorney's, they'd tried "unsuccesfully" to get UTMB Hospital records - for "a *year*."  UTMB Hospital has a notorious reputation & history of *withholding* medical documents.(See *Galveston County/ The Daily News*)

"Day-1" UTMB Hospital "Medical Records" arrived in Court during Trial, me & Genevieve McGarvey (Trial Attorney) watched "Teresa Henry (former D.A.)" frantically go-thru "UTMB Medical Documents," <u>in Court during recess</u>?  Ms. Henry boldly "tampered with evidence" "in our faces" *before* me or my Defense ever got copies.  CPS/Prosecutors had "access" to ALL Medical Records throughout our 2001/2003 CPS Case & Trial. Me & my Defence *did not*.  Both "withheld" this "exculpatory evidence" from me.  I was entitled to "ALL" UTMB Hospital medical records.  Not just the one's CPS/UTMB Hospital & Prosecutor's wanted me to have.

By the time "Subpoenaed" UTMB Hospital Medical Records *finally* arrived in Court & were given to me & my Defense Attorney's, as a mom, I noticed, <u>**all**</u>" **Christian's" birth medical records"** were **"<u>missing</u>,"** the rest of the medical documents were "double-numbered

(indicating tampering), duplicate, Blank or Completely missing.  Not "1-page" pertained to

"Christian's original Birthdate."  I found only "1-page" dated January 19, 1997 that pertained to

"Christian" & had the words "injury" from *top-to-bottom* on it.  I kept wondering, "where was the

rest of Christian's medical records?

    As a mom, I suspect, UTMB Hospital "injured" *Christian* while he was a "preemie" in the

NICU & "covered-it-up.

    It's happend before.  UTMB Hospital medical staff  "covered-up" injuries, my baby boy

sustained while a "preemie" in the UTMB Hospital's NICU.  The UTMB Hospital medical record

*literally* reads, and I quote: "...**upon obtaining CBC...infant punctured...lancet in**

**heel...laceration across heel...blood lost besides what was needed...redness, swelling...**"

My son could have "bled to death."  That kind of "blood loss" to a "premature infant" who was

already struggling to live, could have been "fatal."  They put a "bandaid" on it to decieve us.

NOBODY at UTMB Hospital told us about all of this.  I didn't discover it until after Trial by

accident.  UTMB Hospital "concealed" & "hid" the incident.

    I absolutely believe, since UTMB hospital "concealed" *Elijah's* "serious" injuries from me,

they'd also "conceal" "Christians" *injuries* from me as well.

    My baby son's "*punctured* foot & blood loss" was caused by UTMB Hospital Medical

Staff. (See Elijah's "Injury/Blood Loss" by UTMB Hospital)  Doctor's negligently cut my son's

"Elijah's" heel. My son still has a "scar" on his "heel."

    I belive UTMB Hospital injured Christian. blamed *us* & concealed records to cover-it-up.

    I believe UTMB Hospital "medically neglected" my son, and, is responsible for

"Christian's" diagnosis.   I believe CPS & Teresa Henry *knew about it,* and, are responsible for

the "cover-up" & tampering with "Trial Evidence."

In 1997, The Social Security Office *erroneously* "denied" our claim for "Disability for Christian." Yet, paid my mother & the State of Texas "benefits" for "Christian" for *years*. **"Christian" was indeed "disabled" while we had Custody of him**. Officials just didn't acknowledge it until *after* The State of Texas & my mother had Custody of "Christian." They had "Medical records." We did not.

I believe *Social Security/Disability* owes us a Refund for "Christian" *retroactively* since 1997.

I *respectfully* ask the Court to invite Federal Authorities to Probe into this matter.

Authorities need to check with "Medicare Payments & Records" for a "BLACK baby boy born "on or before January 15, 1997 weighing "1lb, 10oz. at UTMB Hospital. UTMB Hospital didn't place "Christian's" name Officially on documents until - *later*. "Christian" did not have a "Social Security Card until *later*. Authorities should also Probe "employee's" that worked at UTMB Hospital during this time & "Christian's "complete" Medical Records. I need to know the "whole truth."

LeAnn Stubbs/UTMB Hospital & CPS repeatedly "blamed us" & "falsely accused" us of "medical neglect" they committed. Our Case was a "medical neglect Case. **ALL** "UTMB Medical records" were "crucial." The Court's Subpoenae was for "**ALL**" UTMB Medical Records. It was "criminal" for the D.A. & others to "conceal" UTMB Hospital Medical records from us at Trial in 2003.

I need to know my son's "Birthdate." I need to know where "Christian" *is*. I need him home.

It is important to note: on 1/15/97, "Christian" weighed "1lb 10oz," then he "lost weight." *Several* "ounces." (Please refer "photo" I took of "Christian" 01/15/97) UTMB Medical Records

should reflect dramatic "weight loss" while "Christian" was a "premie during the *first days of his life*. "Christian" gained weight "very very slowly." Sometimes it took <u>days</u> just to gain an *ounce*.

There were LOTS of <u>complications</u> surrounding "Christian's" birth. Doctors told me "Christian" *did not* have much of a chance to "survive or live" because he weighed only "1lb. 10oz." He was so "tiny," they didn't even want to let me "see him." I insisted. I had to see him. I had to take that photo, <u>while he was alive</u>, because it *may* have been my *last & only chance* I'd ever get to see my preemie son "ALIVE." I had to "hurry-up" & take the photo because "Christian" had to be rushed to the NICU. *(Neonatal Intensive Care Unit)*

I took that Photo on 1/15/96, "moments" after "Christian" was born.

### Fraudulent Concealmet: "Dad"

Kayla had dad put in a hospital against his "Will." (See Recordings) APS investigated Kayla.

My dad had Kayla "investigated" for stealing his money. (See "Capital One")

*Adult Protective Services* took Custody of my dad *without* a Case, kept *harrassing* me, then forced him into a *Nursing Home* where he was repeatedly "neglected" & always smelled like "pee." (See APS Recording)

The Medical Examiner/Mark Henry took my dad's remains & "withheld" them from me.

### "Exculpatory Evidence" - "Defined"

The Brady Rule, requires prosecutors to *disclose* material exculpatory evidence in the government's posession to the defense. *Brady v. Maryland. 373 U.S. 83 (1963),*

The Defendant's knowingly & intentionally "witheld exculpatory evidence" from me.

**Fraudulent Concealment: "Defined"**

*Fraudulent Concealment*: "suppression or hiding" with the intent to deceive or defraud, of a material fact or circumstance...one is legally ...bound to reveal. *(Black's Law Dictionary)*

The *Concealment Rule* is: "...the principle that a defedant's conduct that hindewrs or prevents a plaintiff from discovering the existence of a claim tolls the statute of limitations until the plaintiff discovers or should have discovered the claim. *(Blacks Law Dictionary)*

Fraudulent Concealment: the intentional failure to disclose a material fact and especially the existence of a cause of action bv one under a dutv to make such a disclosure to another who acts or fails to act in reliance and suffers a loss. *(Meriam-Webster Legal)*

Government disclosure of material exculpatory evidence...is part of the constitutional guarantee to a fair trial. *Brady v. Maryland, 373 U.S 83, 87* (1963); *Giglio v. United States, 405 U.S. at150. 154 (1972)* Because thev are Constitutional obligations. *Bradv* and *Guglio* evidence must be disclosed regardless of whether the defendant makes a request for exculpatory...evidence. *(Kyles v Whitley 514* U.S. 419, 432-33 (1995)

**Fraudulent Concealment: Due Process & "Withholding" Exculpatorv Evidence**

Due Process requires that disclosure of exculpatory and impeachment evidence material to guilt or innocence be made in sufficient time to perit the defendant to make effective use of that information   at trial. *Weatherford v. Bursey, 429 U.S. 545, 559, (1997); United States v. Farley 2 F.3d 645. 654 (6th Cir. 1993)*

The Prosecution has a constitutional duty to disclose, that is triggered by the potential impact of favorable but undisclosed evidence. *(Kyles v. Whitley 514 U.S. 419, 434 (1995)*

124

A party *(Prosecutor's & Judges)* cannot  "conceal" a responsible party's *(Radcliffe)* identity, if a duty to disclose exists. *(Barnhill v. Integrated Health Services, Inc. 21 S.W.3d 321* Tex. App.-San Antonio 1999, no writ; Cherry v. Victoria Equipment Supply, Inc., 645 S.W.2d 781, 782 (Tex 1983) Prosecutors, Judge Baker, attorney's & others "concealed" Ms. Radcliffe's "true identity" as an attorney throughout my 2001 CPS Case & 2003 Trial, didn't disclose it until 2013 in the media, then REFUSED to "correct" or Overturn ALL Ms. Radcliffe Cases afterwards. Radcliffe's Orders still resonate & impact my life. Judge Susan Baker followed-suit.  Both ruled against me regarding Custody of my children & placed them with others without ever considering me for Custody of my own children, even after the State of Texas "failed to meet its burden." Judge Baker's & Ms. Radcliffe's Court Orders are the reason I cannot Vote, was "denied housing," can't get a driver's license & my son "Christian" is still missing.  I am still being "injured" to this day, due to the actions of the Defendants.

Jurors & I "knowing" Ms. Radcliffe "illegally presided" as both Judge *and* attorney & was NOT a "legally presiding judge",  Radcliffe's "true identity" was a lawyer , and, that her Court Orders in my Case as a "lawyer" were "invalid," would have had tremendous bearing on Custody decisions and changed the outcomes of my Case & Trial - had this evidence been disclosed by prosecutors.

"...a plaintiff can recover from a defendant on the grounds of fraudulent concealment where the defendant (1) concealed or suppressed a material fact; (2) had knowledge of this material fact; (3) ...this material fact was not within reasonably diligent attention, oberservation, and judgment of the plaintiff; (4)...the defendant suppressed or concealed this fact...; (5)...plaintiff was reasonable so misled; and (6) ...plaintiff suffered damage as a result. *(Legal Information Institute)*

135

On "all 6-prongs," I, Sheila Bell have grounds to sue the Defendants, as disclosed in this lawsuit.

**Fraudulent Concealment: Radcliffe's "False Representation" As Judge**

Ms. Radcliffe knowingly, intentionally & deliberately "misrepresented" herself to me & others as a judge, when she "knew" all along she was *still* Practicing Law as an attorney, which, she admitted to the Galveston Daily News she had done for "16-yrs, since 1997. (See 2/7/13 Galveston County Daily News)

Ms. Radcliffe *should not* have been paid **"Federal Funds"** while "falsely representing" herself as a "judge," while she was also practicing as a "lawyer." The Defendants "failure to disclose" Ms. Radcliffe's "true identity" as a "lawyer," was "fraudulent concealment."

Ms. Radcliffe "falsely represented" herself as a judge. while she was a Lawyer.

The Committee on Judicial Ethics "confirmed" this. The Committee ruled on the merits of Ms. Radcliffe tenure as a "judge," then, ruled against it. Since she was not a "judge," she was a Lawyer. As a "lawyer," she had "no authority" to Court Order, rule or make "any" decisions regarding my children's "status. placements. Custody or "any other matter." because she was not a "legally presiding judge."

Ms. Radcliffe's **"false represetation"** as a judge, while she practiced Law as an attorney was **"deceptive"** and **"unethical"** per the *Judicial Comittee*. Radcliffe falsely "represented herself" as a *judge* like she had "judicial authority." when she had "no judicial authority" as a *lawyer*. Attorney's appoited had the "same authority" Radcliffe had as an attorney. Radcliffe only "usurped" my attorney's "in rank" because she "falsely represented" *herself* as "judge."

*The State of Texas* "did not" and "does not" recognize Radcliffe's "dual-roles" as attorney

126

AND judge as "legal or ethical." Which, is precisely why the *Committe on Judicial Ethics* ruled "against" Ms. Radcliffe's *dual-roles*. Why do her Court Orders still injure my life?

Fraud can occur by silence or non-disclosure. Her concealment during my case was fraudulent.

**Fraudulent Concealment:  "Elements of A Fraud Claim"**

Under Texas Law, certain elements constitute a claim of "fraud," whether: 1) the defendant made a material representations; 2) the representation was false; 3) the defendant knew the representation was false; 4) the defendant intended to induce the plaintiff to act upon the representation; and, 5) the plaintiff justifiably relied ont the representation, which caused the plaintiff injury."

On prong 1: Ms. Radciffe "misrepresented" herself when she "admitted" to the *Galveston Daily News* she was a "judge" *while* she also practiced Law as a lawyer for 16-yrs.

On prong 2:`Ms. Radcliffe's representation as a judge was "false" because the *Committee on Judicial* Ethics uled against her dual-roles as "judge/ttorney." (See "Opinion" by Judicial Committee)

On prong 3: Radclife *knew* the Law. because was a "lawyer." Radclife was appointed "judge," and knew "Canon." Ms. Radcliffe "knew" her representation as judge was "false" because she admitted to the Galv. Daily News she removed *herself* from Cases due to attorney complaints & later resigned.

On prong 4: under the presumption of a Judge with alleged "judicial authority." Ms. Radcliffe made numerous *unauthorized* "Court Orders" I was expected to "act upon," but should not have been *obligated* to "act upon" because: she was "illegally appointed," she "illegally

127

presided" as judge throughout her 16-tenure, and, had "no legal authority" to Court Order to begin with.  Lawyers do not have authority in the State of Texas to "Court Order" *anything* pertainig me, my children or family.

On prong 5: State Law "required" me to "act upon" Ms. Radcliffe's Court Orders, rulings & decisions under the "presumption" she was a "legally presiding judge," when she was "not." Which everyone involved with my Case "wrongfully presumed & hid" in *lieu* of the Judicial Committe on Ethics ruling "against" her.  Under the "pretense" and "misrepresentation" of a judge, Ms. Radcliffe caused me injuries *then*. I still suffer with *today*. Ms. Radcliffe was a "cruel" white judge who had Black child-bearing mothers like me. Ms. Radcliffe was "extremely hostile" towards me; "framed" me; took my children away, tried to have my children "Adopted" with "Trial or Jury Verdict, Ordered my children's "permanent placements" before Trial at Christmas, personally RECORDED my Hearings *unlike* others, threatened NEVER to give my children back, had her Bayliff on "stamd-by" to arrest me if I "spoke or testified" during Hearings, so I stopped. It's also why on Radcliffe's "Court Recordings" you don't hear me speaking "on tape," until Rodney Moton "withdrew" & I no longer had a lawyer to "speak for me."

Radcliffe's dual-roles & fraud was a *well-kept* "County-secret," *concealed* by a "tight-knit" *sect* of co-conspirators who "benefitted" from Radcliffe's Cases/Court Orders, protected her & *went-along* with it in order to keep it going.  Which, is why it took so long for Radcliffe to be exposed.

Until 2013, many involved in *Galv. County* CPS/Child-Custody Cases *knew* Radcliffe was a lawyer *except* Biological Familys victimized by her actions & the Federal Government who *paid for it*.

**Fraudulent Concealment, The Law & My Claims**

I did not know in 2001, I'd still be suffering "pain, injury & loss in 2022, as a direct result

of the actios of the Defendants.  My Attorney's neglected to advise/inform me that Ms. Radcliffe

& Judge Baker's "Court Orders" would have "long-lasting" effects "2-decades" *later*.

> **The extensive record clearly demonstrates that petitioner's convictions were predicated upon... concealment rather than disclosure...**" *The 7th Circuit held in Bracy  v. Gramley, Warden*
>
> Law was "clearly established" <u>*at-the-time*</u>: Officials cannot *fraudulently conceal*: "illegal activity, wrongful conduct...commit regulatory violations...or intentionally conceal vital information... engaging in wrongful conduct which may be basis for tolling statute of limitation... intentionally committing regulatory violation; intentionally <u>conceal</u> vital information; intentionally engaging in other illegal activity; or committing fraud... while under the "color of the law." *F.D.I.C. v. Henderson, E.D. Tex. 1994, 849 F. Supp. 495. Wilson v. Rudd 814 S.W.2d 818; Mitchell Energy Corp. v. Bartlett 958 S.W.2; F.D.I.C. v. Henderson, E.D. Tex 1994, 849 F. Supp. 495; 61 F.3d  421; (Sanchez v. Hastings (1974) 880 S.W.2d 471; DiGrazia v. Old (App. 6 Dist 1995) 900 S.,W,.2d 499; Mitchell Energy Corp. v. Bartlett 958 S.W. 2d 430; Weaver v. Witt (1977) 552 S.W.2d 565.* Galveston Officials violated Law. (See E-115 thru 119, 122, 135 thru 140)
>
> "...Fraudulent concealment tolls or suspends statute of limitations until time plaintiff  learns of facts giving rise to his or her cause of action..." *(Sanchez v. Hastings (1974) 880 S.W.2d 471*
>
> "...fraudulent concealment... tolls or suspends running of limitations period after it is commenced <u>because defendant has concealed from plaintiff facts necessary</u> for him to know that he has cause of action against defendant. *DiGrazia v. Old (App. 6 Dist 1995) 900 S.,W,.2d 499*
>
> "...doctrine of fraudulent concealment tolls or suspends running of limitations after it has begun because defendant concealed from plaintiff facts necessary for  plaintiff to know that he or she had cause of action. *Mitchell Energy Corp. v. Bartlett 958 S.W. 2d 430*

Ms. Radcliffe admitted she's worked as both Judge AND Attorney since 1997.  It was not

disclosed to the Public until 2013.  Radcliffe did not admit it until 2013.  How ever, I was denied

"Public Housing" & other Housing in 2021 due to Ms. Radcliffe & Judge Baker actions.  I still

cannot Vote because I don't have "Driver's License due to "back child-support" & cannot get a

129

job or drive to work even if I had a job because I do not have I.D./Driver's License. I still suffer

pain/injury in 2022.

I ask the Court to take all of this into consideration when "tolling" this enire matter.


**"Extenuating, Extraordinary & Special Circumstances"**

It has always been "assumed" that the Ms. Radcliffe was "legitimately presiding" Judge

when she **was not**, per the Judicial Committee on Ethics ruling against her. And, the State was

Right in its Rulings when - it **"was not."**

Galveston County allowed a <u>lawyer</u> to preside as <u>judge</u>, in Violation of "clearly established

law." I ask the Court to take into consideration several "special circumstances" in this Case.

I also ask the Court to reconsider my case *De Novo* due to "unusual & exceptional

circumstances."

> Under 28 U.S.C. §636(b)(1)(C) (Colorado River, 424 U.S. at 817, 96 S. Ct. at
> 1246; Younger, 91 S.Ct. at 755) *Colorado River Water Conservation District v. United
> States, 424 U.S. 800 (1976); Moses H. Cone Memorial Hospital v. Mercury
> Construction Corp. 460 U.S(1983)*

> **"…Irreparable injury exists if the challenged provision is "flagrantly and
> patently violative of express constitutional prohibitions" or if "<u>unusual
> circumstances</u> [exist] that would call for equitable relief.** *Younger, 91 S. Ct. at 755)*
> **"federal courts have the power to dismiss or remand.** *"Quackenush V. Allstate
> Insurance Co., 517 U.S. 706, 707 (1996),*

> While Federal Courts may enjoin state proceedings they may do so only
> **under <u>extraordinary circumstances</u> where the danger of irreparable loss is both
> great and immediate."** *Ex Parte Young;*

> **"… Special Circumstances include <u>prosecutorial bad faith</u> or blatant and
> flagrant unconstitutional construction.** *Younger, 401 U.S. at 53-54; Watson v. Buck,
> 313 U.S. 387, 402 (1941)*

Mr. Henry has been County Judge since **2010**.  Radcliffe's "dual-roles" was publicly

disclosed in **2013**.  It's now **2022**.  Mark Henry has done "absolutely nothing" to *correct* or

*change* Galveston County's "corrupt" Pro-Adoption Courts. He's done "nothing" to "reunite"

Biological Family's or bring Family's them back together.

Several extenuating & special circumstances still persist, due to Ms. Radcliffe "illegal"

dual-roles as both judge AND attorney:  1) Me & other "Biological" Parents were *thrust* into an

unjust County "full of" &  "run by"Adoption-only" Officials who made Custody decisions "against

us" where none of us could retain/gain Custody of our own children because they were "too

biased" towards Adoption; 2) *National Adoption Day* still continues in Galveston County Courts

stemming from Radcliffe's 2001 efforts (See "Adoption" 2022); 3) My Case still has not been "re-

opened;"  4) I still suffer "harm & injury" due to Radcliffe's "unauthorized/illegal rulings & Court

Orders: 5) my son "Christian" is stil "missing" as a "direct-result" of Ms. Radclffe's illegal actions.

Galveston was & *still* continues to be an "Adoption" County due to Radcliffe & her

cohorts efforts, and, "Public Funds" continue to be "segregated. privitized & used" for Adoption.

Officials still "Publicize, advertise & ralley" behind **Adoption**. (See 2022 Adoption - Galveston

County Daily News)

As long as Galveston County continues to be an Adoption County that gangs-up against

Biological Parents, and, "bars" Biological Parents from "Custody" Proceedings, Hearings &

Trials,  there still is no "Safe Venue" for parents to have "Fair Trials."  ALL Radcliffe Cases, *like*

*mine*." still have had "no rememdy" to get our Cases "resolved." Fair Trials. Due Process or Equal

Protection" in *any* State Venue.

Texas is an **Adoption** State, which, "Publicly advertises, supports & funds **Adoption**

*exclusively*, and, "does not" render the *same* support EQUALLY to "Biological Parents" like me.

"...<u>State proceedings *must* afford an adequate opportunity to raise *any*</u> <u>constitutional issue...</u>" *O'Neill v. City of Philadelphia*, **32 F.3d 785, 789 (3d Cir 1994) (citing Middlesex County, 457 U.S. at 432).**

"...the Court **"...will interfere with the state proceeding ...if...the state forum is inadequate to hear...challenges based on the..Constitution"** (Lehman Bros. v. Schein. 94 S. Ct. 1741 1745 (1974)

Ms. Radcliffe & Judge Baker *did not* afford me adequate opportunity to raise "Custody" issues in Court and Violated my *Civil Rights* in doig so.

Even after Mr. Henry cancelled Ms. Radcliffe contract, he neglected to "re-open" all Radcliffe's Galveston County CPS/Child Custody Cases she "illegally" presided-over & give ALL of us Parents.

I did not/could not have received "any" Justice in Court because the <u>judge was a "lawyer.</u>"

Children & "Biological" Family's hurt & injured by Ms. Radclife still not only deserve "JUSTICE. we also deserve to have ALL our Cases "re-opened" and "heard" by a Legally presiding Judge.

Mr. Henry FAILED to "Right the wrongs" in this entire matter. Or, do *any* sort of "damage control" about this *massive* matter. Repercussions still "linger." Our Family's *must* matter."

*To this day,* I'm injured & still suffer due to Radcliffe's illegal actions & Court Orders.

**Special/Extraordinary Circumstances: Radcliffe Was An Attorney/Illegally Presiding Judge**

Judge Baker Violated State Law by "appointing" Ms. Radcliffe Judge, basing her rulings on Court Orders of an "attorney," & by ignoring State Law when the State "fails to meet its burden."

Officials "Violating" Statutory Law & the U.S. Constitution constitutes another look at

132

this case.

My Case presents a *host* of "unusual & extraordinary circumstances."

Under 28 U.S.C. §636(b)(1)(C) I ask the Court to reconsider my case *De Novo* due to

"unusual & exceptional circumstances." (Colorado River. 424 U.S. at 817. 96 S. Ct. at 1246:

Younger, 91 S.Ct. at 755) *Colorado River Water Conservation District v. United States, 424*

*U.S. 800 (1976); Moses H. Cone Memorial Hospital v. Mercury Construction Corp. 460 U.S 1*

*(1983)*

> **"...Irreparable injury exists if the challenged provision is "flagrantly and**
> **patently violative of express constitutional prohibitions" or if "unusual**
> **circumstances [exist] that would call for equitable relief."** *Younger, 91 S. Ct. at 755)*
> **"federal courts have the power to dismiss or remand.** *"Quackenush V. Allstate*
> *Insurance Co., 517 U.S. 706, 707 (1996),* **"While Federal Courts may enjoin state**
> **proceedings they may do so only under "**extraordinary circumstances **where the**
> **danger of irreparable loss is both great and immediate."** *Ex Parte Young*
> Special Circumstances include prosecutorial bad faith or blatant and flagrant
> **unconstitutional construction.** *Younger, 401 U.S. at 53-54; Watson v. Buck, 313 U.S.*
> *387, 402 (1941)*

I have presented to the Court a *series* of bad circumstances, bad-faith actions, bad-actors

& "corrupt officials" who "knowingly. intentionally & deliberately" violated Law & my Civil

Rights.

When Radcliffe's 2/7/13 Article was Published by the Galveston Daily News, I called

"Greg Enos (Attorney) who complained about Radcliffe's dual-roles as Judge/attorney "for years."

Mr. Enos told me his office was "inundated" with calls following Radcliffe's 2/7/13 Article.

Me & *thousands* of "Biological" Parents have suffered  great "irreparable loss" due to Ms.

Radcliffes "illegal" actions.


**Fraudulent Concealment to Toll Statute of Limitations**

133

For fraudulent concealment to "toll" the statute of limitations, a Plaintiff must prove, the Defendants: 1) had knowledge of the wrong; 2) had a fixed purpose to conceal the wrong; and 3) did conceal the wrong from the plaintiff.  Plantiff asserts the following:

Prong 1: **had actual knowledge of the wrong**: In her 2/7/13 *Galveston Daily News* article, Radclife *herself* Publicly "admitted" to the media:  "...In all the *years*, I only had two attorneys complaine, and I immediately withdrew from those cases..."  But, note: Radcliffe didn't "withdraw" from all the other Cases, including mine."  I couldn't or didn't complain *then* in 2001-2003 about Radcliffe's dual roles. because I had 'no knowledge" of it until 2013 when it became public in the media.  In Radcliffe's "admission," she confesses her behavior had been going-on for "years."  Two Attorney's even "complained" & brought it to her attention, which "proves," she knew what she was doing was wrong.  Radcliffe "voluntarily" withdrew from those "2-Cases" without Judicial Review of her behavior. or anyone "disciplining" her. simply because of Complaints from attorney's who had "no judicial authority.  Radcliffe "condescended" her judicial authority to "2-Lawyers."  Usually, its *the other way around* - attorneys usually yeild to the Judge.  It was a HUGE "red flag" which Radcliffe ignored.  Why didn't Radcliffe "withdraw from all the other Cases she handled?  Radcliffe did not "withdraw from my Case." but should've. It took the Judicial Committee's "Opinion" *against* her to force her to resign.

Prong 2: "**Fixed Purpose" to conceal wrong**:  Since 2001, Galveston County's "fixed purpose" was **Adoption** due to the efforts of Ms. Radcliffe. (See 11/18/01 Galveston County The Daily News) Suzanne Schwab Radcliffe indicated in her 11/14/04 Galveston Daily News article she was accredited for bringing "National **Adoption** Day" to Galveston County. `Radcliffe was a judge who ORDERED **Adoptions**.  She took children from their Parents for **Adoption**. Radcliffe took my children for Adoption. (See Bell/Adoption)  Radcliffe's "Adoption bias" swayed CPS &

other to "recommend" **Adoption**. (See Adoption)  On 05/22/02, **before my trial**, at the

"Permanancy Planning Review" meeting, Cheryl Triplett (CPS Director), Kerry Whitehead (CPS)

Christian Mangle (my chidlren's Ad Litem), Terry Ward (CASA/Child Advocates) all "agree'd &

signed-on" for **Adontion** of my 4-youngest chidren. (See 5/22/02 Permanancy Planning Review)

No one represented me or my *best interest* during that meeting.  It was held *behind-my-back*.

Christine Mangle, Terry Ward, Cheryl Triplett & Mary Obialo (my kids Foster-mom) all *sided*

with the Prosecution *against* me during Trial.  On 10/09/02, **before my Trial,** at the "Permanancy

Planning Review" meeting. Jack Lawrence (CPS), Kerry Whitehead (CPS), Kristina Lucas

(Prosecutor/D.A.), Teresa Henry (Prosecutor/D.A/CPS Attorney), Mary Obialo (my Children's

Foster-mom), Nance Booker (CPS Supervisor) Terri Ward (CASA), Julie Molis (CASA

Volunteer), Christine Mangle (my Children's Ad Litem) & Cheryl Triplett (CPS Director) all

signed-on & agree'd to "**Adontion**" of my 4-youngest children. testified against me. and/or sided

with the Prosecution "against me" at my Trial.  On 3/7/03 "Family Service Plan," **before my**

**Trial**, CPS had already decided **Adoption** for my 4-youngest children. (See 3/7/02 "Family

Service Plan")  It had been "long-decided" by CPS, Ms. Radcliffe & others involved in my Case, I

would never get "Custody" of my children - even before Trial to determine my guilt or innocence.

They never considered "innocent before guilty" in my Case or Trial. While Judge, Ms. Radcliffe

had pull for *National Adoption Day*. **Adoption** was "Celebrated" and made "front page news" on

the cover of the *Galveston Daily News* "Countywide" around "Thanksgiving Holidays," **every**

**year** since 2001. including: Galveston County was an "Adoption County."  **Galveston County**

has held **Adoption** Day events for 17 years..." (See Galveston Daily News/John Wayne

Ferguson).  **Galveston County** advertized itself as an "Adoption County" due to the efforts of

Ms. Radcliffe. (See Adoption 2001-present *Galveston Daily News*) "...Families celebrate big

day...in **Galveston County Courtroom**..." (See 11/17/20 The Daily News) **Susan Edmondson** advertized herself as an **"Adoption Attorney"** in the media. (See Susan Edmondson "Adoption). 12/21/05, Galveston County Daily News, Susan Edmondson (*former* Attorney) & Donna Leleux (Attorney) publicized their **Adoption** support in the media. Leleux worked for Edmondson Latonia Wilson-Galveston County District Clerk also publicized her **Adoption** Support.

**CPS/TDPRS/Galveston County was "ProAdoption"** during my Case & said so in the media. (See 11/25/07 The Daily News)  CPS represents an "Adoption" in Galveston County. It is a "horrible injustice" that CPS takes children from their Biological Parents - represents, supports, advertizes & does "Publicity Stunts" for **Adoption**. Its prejudicial. Discriminatory. And, incredibly "biased."  Ms. Radcliffe & Galveston County's "Pro-Adoption" Celebrations in the media "every years" Discriminated against me as a Biological Parent, because: 1) Officials **Adontion** celebrations "excluded" celebrations for "Biological" Parents & Family's like me: 2) County/State/Federal Funds, resources & staff were used throughout these Cases which stemmed from CPS/Child Custody Cases "against" Biological Parents; 3) "No Biological Family "Reunifications" were included or EQUALLY Celebrated in media **Adoption** Celebrations; Adoption Celebrations were held in "Courthouses." which was PUBLIC PROPERTY & were paid for with "Public Funds," yet they were not EQUAL. *Clearly*, Galveston County, the Defendants & others "fixed purpose since 2001, was Adoption.

Prong 3: **(Defendants) did conceal the wrong from the plaintiff.**  Judge Susan Baker was my Trial Judge. On 2/10/13. 3-days after Radcliffe "admitted." she'd worked as both "judge and attorney" for over 16-yrs since 1997, Judge Susan Baker "admitted" to the media:  1) she appointed Ms. Radcliffe as judge 2) Ms. Radcliffe was paid "Federal Funds" during her tenure as "judge;" 3) "Ms. Radcliffe out of necessity had to practice law to support her children..."  That's

136

not what the Law & the Judicial Committee of Ethics said.  Both Radcliffe AND Judge Baker

Violated knowingly, intentionally & deliberately "clearly established Law, because not only did

both "know the Law," they "were the Law" & judged others by it.  Both were WRONG!  Ms.

Radcliffe presided over my CPS/Child-Custody Case for nearly 16-months & never told me she

was "practicing Law *on the side*," but *knowingly, deliberately & intentionally* "withheld &

concealed" it from me. Judge Susan Baker presided over my 3-week 2003 Trial, never once told

me Ms. Radcliffe was an attorney, but *knowingly, deliberately & intentionally* "withheld &

concealed" it from me.  Judge Baker instead "followed-suit" with Ms. Radcliffe's ORDERS.

which, were invalid, illegitimate & illegal since Radcliffe's entire tenure was "illegal."  I didn't have

a chance to Appeal in 2001 & 2003 because I didn't find out I had grounds for Appeal until 2013,

and, because my Attorney's REFUSED my requests to Appeal.  I was "denied" my Civil Right to

the Appeals process because both "presiding judges" in my case. "knowingly, deliberately &

intentionally" concealed ALL "exculpatory evidence" regarding Ms. Radcliffe "identity" as an

attorney - from me.  Prosecutors, my own Attorney's, CASA, CPS, Cheryl Triplett & all other

involved in my Case & Trial - all "knowingly, deliberately & intentinally" concealed Ms. Radcliffe

was an attoney while she was judge. The "same Courts" were involved in Radcliffe's tenure as

both "judge and attorney."  They all knew but "concealed" Ms. Radcliffe's "dual-identity" from

me.        I was injured by the defendants actions *then*.  I am still being injured by the Defendants

actions *now*.

In addition: 1) The Defendants. Officials & others have been rallying & supporting

Adoption  "against Biological Parents" and at the expense of "Biological Family's" since 2001,

where was the EQUAL support & rallies for "Biological Parents & Families?; 2) National

Adoption Day continues at the expense of "Biological Families" to this day due to Radcliffe's

efforts; 3) there's still a $62,000.00 Lienb against me due to Radcliffe preventing me from

"Voting, getting a "driver's License & Housing; 4) I had not way of knowing, nor was I advised

by my Attorney's, Ms. Radcliffe's & Judge Baker's "Court Orders" would adversely impact & hurt

my life for the next "20-yrs:" 5) I didn't know I'd be "denied Public Housing" & other housing in

2022 due to Radcliffe.; 6) I didn't know I'd be denied my Right to "Vote" in Elections due to

Radcliffe; 7) I did not know *National Adoption Day* would still continue to flourish in 2022 due

to Ms. Radcliffe's actions; 8) I did not know in 2001, I'd still be sustaining "injury's" in 2022 as a

"direct result" of the actions of Ms. Radcliffe: 9) I did not know & had no way of knowing.

*National Adoption Day* and, I would still suffer "ramifications" due to Ms. Radcliffe & Judge

Baker's "Court Orders" after Ms. Radcliffe "resigned" in 2013; 10)  I did not know I'd not be able

to "work" or "get jobs" as a direct result of Ms. Radcliffe's actions; 11) I did not know Galveston

County Officials would continue to be "Pro-Adoption"  after Radcliffe "resigned" & beyond: 12)

I did not know in 2001 me , my children & family would continue to sustain "injuries" in 2022 as

a direct result of the Defendants actions; and,13) I certainly did not know my son "Christian"

would still be missing in 2022 as a direct result of Ms. Radcliffe's 2001/2002 Court Orders and,

Judge Baker's 2003 Court Orders.

All Appeals & underlying Claims have not been exhausted in this Case. (*Gulf Coast Inv.*

*Corp. Supp 1991 S.W.2d 159)*

No Final Judgment has been issued in "all" of my Claims.

**Tolling**

*Many* Countywide knew she was a "lawyer" while she was also "judge," but concealed it:

**"Intentionally engaging in wrongful conduct..may be basis for tolling statute**
**of limitations under adverse domination doctrine, encompasses: intentionally**

139

**committing regulatory violation; intentionally concealing vital information; intentionally engaging in other illegal activity; or committing fraud.** *" F.D.I.C. v. Henderson, E.D.Tex1994, 849 F. Supp. 495, affirmed 61 F.3d 421 "*
   *"...***Doctrine of adverse domination may have tolled tort claims...if it was demonstrated** that **majority...were active participants in wrongdoing**, or fraud *(F.D.I.C. v. Henderson, E.D.Tex 1994, 849 F. Supp, 495, affirmed 61 F.3d 421)*

Ms. Radcliffe "practiced Law, was paid Federal Funds as judge, and, was a *former* Prosecutor. Her brother *Taylor Schwab,* Prosecuted my Case. Prosecutor's prosecuted Radcliffe's as both "Judge AND Attorney" because they all handled the "same cases," in the "same County & Courts. We know this is true because the *Committe on Judicial Ethics* investigated Dupuys "Question," found it "credible," then ruled against Ms. Radcliffe "dual-roles" as both Judge *and* Attorney. They confirmed it. They ruled against it. It's True. Radcliffe "admitted" doing it. She "resigned" because of it.

**Judge Susan Baker knew** of Ms. Radcliffe's dual-roles because she *knowingly, deliberately & intentionally* appointed her "judge" while she was an attorney, knew she was paid "Federal Funds," allowed it to continue 16-yrs, & told the media, Ms. Radcliffe: "...out of necessity had to practice law to support her children," which, is still not permitted by Canon. (See Baker's 02/10/13 Galv. Daily News)

**Ms. Radcliffe knew** because she *admitted*, "I was working for 16-yrs. under a signed agreement...had no choice but to continue her law practice.**Ms. Radcliffe *knowingly, deliberately & intentionally*** continued dual-roles as Judge/attorney because she "admitted" she "immediately withdrew from cases" due to attorney complaints but continued doing it, then *abruptly* voluntarily" resigned. (See Radcliffe's 02/07/13 Article)

**Mark Henry** had known Ms. Radcliffe was an "attorney" because he was responsible, ran & oversaw all Galveston County Courts. He was appointed in 2010, but didn't cancel Radcliffe's

contract until 2013. He had time to "correct" this.  He failed. He neglected to take action.

**Galveston County Judges** knew: because they'd all "under a signed agreement by all the judges..." allowed Radcliffe to transfer *their* Cases to *her* Court. (2/7/13 Galveston Daily News)

**Attorneys knew** because they all completed the same "State Bar" knew the rules.

**Galveston County Attorney's knew** because they "complained" about Radcliffe's dual roles to judges "for years," handled the "same Cases, in the "same Courts & County. (2/7/13 *Galveston Daily News*)

**Judge Dupuy knew** because he's the only one who held Ms. Radcliffe "in contempt" & disqualified her from a "divorce proceeding" in his Court. (2/7/13 Galveston Daily News)

**Greg Enos knew** because he said he'd been "arguing for years" about it to judges about Radcliffe's dual-roles. (See 2/7/13 Galveston Daily News)

**Per Ms. Radcliffe's 11/14/04 Article:**   Radcliffe knew because she "...got...**CPS Workers, attorney's, judges, and sheriff's deputies**...to donate their time and resources" for her *National Adoption Day* event. These "same people:" facilitated: Adoptions, child removals, CPS/Child-Custody Cases.  I know this personally because Radcliffe appointed these "same-people" to my Case while she presided: were involved with my Hearings & Trial, and, also "testified against me at my Trial."

Radcliffe was "double-ditching," playing "both sides" of the Law as "attorney and judge." CPS/Child-Custody are "conducted IN COURT settings, where Lawyers, CPS, CASA, Prosecutor's & others facilitate.  My point is, they all ran in the "same-circles."  They handled the "same-cases" before the "same judge" in the "same Courts."  They attended each other's FUNDRAISER'S. (See Fundraiser's).

In **2001-2003**, I had "no idea" Radcliffe had appointed "the same people" to my Case, that

she solicited for "National Adoption Day" until her **2004** was published in the Galveston Daily News. I had "no idea" Radcliffe was a practicing attorney while presiding on my case as Judge, because she never told me & "concealed" her "identity" as an attorney from me. I didn't see her Article until 2004. It didn't become PUBLIC & she didn't admit to it until **2013**. She knew. But I didn't know. I didn't know I'd still be suffering from it in **2022**.

Per The *Judicial Committee's on Ethics* "Opinion," it concluded, "...an attorney has been appointed as a part-time family law judge by the district judge. The Associate judge continues to represent family law clients before other district courts of that county and before courts in other surrounding counties..." The Committee confirmed their findings. Radcliffe *knew* & "admitted" she was a *both* judge & attorney for 16-yrs, from 1997 to 2013. (See 2/7/13 Galv. Daily News) The Committee further stated, "...a judge may not use the authority of judicial position to advance one's private interests as an advocate." Radcliffe did both. Radcliffe violated "clearly established Law." (See "Opinion"/Judicial Committee on Ethics - Ethics Opinion Number 296 (2013).

Radcliffe solicited *CPS Workers, Attorney's*me people" against me during Hearings in her Courtroom, & caused them to "testify against" me at my 2003 Trial. Radcliffe & her *cronies* had me "set-up" & conspired against me to lose Custody.

Mark Henry (County Judge) has taken "no action" to clean-up Galveston County's Courts. Radcliffe's conspiracy lives-on!

To date, these "same people/entity's & agency" still "gang-up" *against* Biological Parents in Galveston County for Adoption & *National Adoption Day.*

Galveston County Judges, Attorney's, CPS Worker's & others all knowingly "concealed" Ms. Radcliffe was attorney, because they all assisted her in her Court Cases, attended each other's FUndraiser's & all garnished National Adoption Day & Child Abuse Prevention Press/Publicity

"every year" - together.

## Statute of Limitations

The fact that Judge Radcliffe did not "resign" as Judge until 2013, after more than a decade of her "dual roles" presiding as BOTH Judge AND Attorney, introduces and has brought-on **"new causes of action"** which *both* "interrupts and estopps" terms limitations.

> **Gross negligence ...could trigger adverse domination tolling of Texas statute of limitation on tort claims...** *(F.D.I.C. v. Henderson, E.D. Tex 1994, 849 F. Supp. 495)*
>
> **Under the Hughes rule: "...statute does not begin to run until all appeals on underlying claim are exhausted.** *Hall v. Stephenson (1996) 919 S.W.2d 45*

I *did not know* in **2001**, that I'd still be caused "suffering, pain, injury" in **2022**, stemming from Ms. Radcliffe's & Judge Bakers "Court Orders" & actions. My *former* attorney's "neglected" to advise/explain to me I'd suffer *future* repercussions from *past* **2001-2003** Rulings/Court Orders.

> **"...There is no federal statute of limitations for civil rights violations alleged under §1983...federal law determines the statute of limitations, federal law controls when a cause of action accrues, and it begins to run "from the moment the Plaintiff becomes aware that he has suffered an injury or has sufficient information to know that he has been injured..**" *(Helton v. Clements, 832 F2d. 332, 334-35 (5th Cir. 1987)*
>
> **"...Fraud prevents running of statute of limitations..."** *Bush v. Stone 500 S.W.2D 885* **"...where relationship of trust and confidence exists between the parties, limitation begins to run only from the time of actual discovery of fraud.** *(Franklin County v. Tittle 1945) 238 S.W.2d 773*
>
> **"...filing of wife's action...interrupted ...statute of limitations..."** *Pacific* Greyhound Lines v. Tuck *(1948) 217 S.W.2d 699.*

## "Fraudulent Concealment can toll "Statute of Limitations."

For **"...fraudulent concealment to toll statute of limitations ...defendant must prove Defendants/Appellee's "1) had actual knowledge of the wrong; had a**

**fixed purpose to conceal the wrong; and 3) did conceal the wrong from the plaintiff…"** *Doe vs. St. Stephens Episcopal Sch. 382F. App'x 386, 390 (5th Cir. 2010) (quoting Quigley v. Bennett, 256 S.W.3d 356, 360-61 (Tex. App.- San Antonio 2008, no pet.); Earle v. Ratcliff, 998 S.W.2d, 882, 888 (Tex. 1999; BP Am Prod. Co v. Marshall, 342 S.W.3d 59, 67 (Tex. 2011).*

On these prongs:

***Prong 1:*** Ms. Radcliffe **"had actual knowledge of the wrong,"** because: 1) she *practiced* & knew the Law, *presided* as a judge & knew Canon & admitted to the media she was "both" *attorney/judge* for 16-yrs. since 1997; 2) Radcliffe admitted she *withdrew* from cases due to Attorney complaints *years-before* the 2013 article & *Opinion* were disclosed. which indicates & proves Ms. Radcliffe *knew* prior, what she did was wrong; 3) Radcliffe "immediately" *resigned* due to the Judicial Committee's *Opinion* against her & because Mark Henry "terminated her contract; 4) Radcliffe was a *former* prosecutor, caused the D.A. to prosecute her cases as *both* Judge/Attorney who also Prosecuted my Case *in her Courtroom* where she had "pull" as judge & indicates the D.A. *already* had "prior knowledge" of it *beforehand;* 5) Radcliffe *abruptly* resigned from a 16-year career making $38,000.00 *without* Appeal; 6) Radcliffe's peers - Judge Dupuy sanctioned her, Greg Enos complained to a Judge & other for "years," other attorney's complained about it for *years* & proves they all *knew* because they all discussed it long-*before* the Judicial Committee's *Opinion* & 2/7/13 *News* Article; 7) *other* Judges knew because they all "signed and agreed" to it *as early* as 1997, *long-before* it was disclosed in 2013; 8) Judges & Ms. Radcliffe "admitted" they *transferred* her "private cases" *between each other* since 1997, but didn't disclose it until 2013. & suggests a conspiracy & "cover-up;" 9) **Judges are *notified* by investigative agency's when they're being investigated** & proves *she knew* before the *Opinion* & Article was published *there was a problem;* 10) Per the 2/7/13 article, Judge Dupuy held Ms. Radcliffe *in contempt* Nov. 2012, *before* the *Ethics Committee* ruled *against* her February 2013 &

means she knew earlier & could've resigned *then*, informed Parents, the Public & Government, "but didn't" preventing me & others from raising the issue *then*.

*What we have here* is a bunch of Officials who *signed/agreed, concealed & confessed* to wrong-doing in a *favor-for-favor* "cover-up." Radcliffe fed lots of people's pockets with Federal & State Funding.

Ms. Radcliffe: *admitted* transferring her *private* cases to other Judges and introduces "court costs;" had a County roster of Attorneys who *did not* contest or Appeal Custody for *"Attorney fee's:"* caused Hospitals to get *referrals* that turned into *millions* paid by *Medicaid*; gave Custody of children to CPS that turned into *Funding*; Judges got *free-Press* used to run/re-run for *Public Office*; CASA/Child-Advocates got *referrals;* then, they all partied together at each other *fundraiser's* at Government/Taxpayers & Biological Parents expense, who either *footed the bill* or became *victims* of their System.

*Point 2*: Ms. Radcliffe **"had a fixed purpose to conceal the wrong"** because: 1) she brought *National Adoption Day* to Galveston, Orderd "Adoptions" & took children from *Biological* Parents *like me* exclusively for Adoption purposes *because* **Officials "Adoption Press every year"** was *one-sided* for Adoption-only *&. not* "Equal" for ALL Parents; 2) what she did should qualify as "hate-crimes" because: she *discriminated & targetted* predominantly *poor, low-income & minority Biological* Family's for Adoptions, Child-removals & Terminations, and, *got rid of them* & them "out of the City/County/State" (like my children); 3) she treated Blacks like *slaves*, took our children, separated our family's & Terminated Parents Rights *before* Verdicts & *without* Trials; 4) in her 2010 bid for Judge, she sent her "offensive" Political Brochure that exploited & featured a "black child *sitting on her lap*" to me & the entire County; 5) she was paid a rather *high* salary of $38,000 for only a *part-time* position & would have lost: her salary,

*bonuses, raises & other incentives* she got for bringing *National Adoption Day* to Galveston; 6)

her *National "Adoption" Day Cause* demanded the need for "more children" for *Adoptions* &

necessitated she *use* her position as judge to Order *more* "child-removal" & Terminations of

Parent Rights 7) **her job as *judge* enabled her to "force" all the children she needed** into

**State Custody for her *National Adoption-Day* Cause**, attend "fundraisers" by the *same* people

who facilitated my children's attempted *Adoptions,* my *Termination/Parental Rights* Trial &

testified against me at my Trial, *Child-Custody, child-removals, Foster-Care Placements inside*

*her Courtroom* for Court-Advantage in our Case & tried to have my children *Adopted*; 8) Probes

will find, Attorney's on her payroll *did not* contest or Appeal Custody in my Case.   Radcliffe had

Adoption preferences, bias & purposes.

   ***Prong Three***:  Ms. Radcliffe "concealed" she was "dually judge AND attoney" from me

throughout my 16-mo. case.   I had a *Right* to Appeal Ms. Radcliffe's *legitimacy* as a judge

during case *had I known* "beforehand" she was an attorney, but couldn't because she *concealed*

didn't disclose it until 2/7/13, when I became aware of it.   After Radcliffe's "dual tenure" as

Judge/Attorney was exposed, the repercussios did not go-away.   I still suffer as a direct result of

Radcliffe's actions.

   On 2/7/13, Ms. Radcliffe admitted to the media: *"...I was working for **16 years** under a*

***signed agreement** by all the judges who heard family law cases allowing my private cases to be*

*transferred to their courts ...in **all the years**, I only had 2-attorney's complain, and I immediately*

***withdrew** from those cases..."*

   In her 2/10/13 article, Judge Baker admitted: *"County Courts ...transferred all their*

*child-abuse cases to the 306th...I appointed...Ms. Radcliffe out of necessity had to practice law*

*to support her children...all of this was done by agreement..."* In addition, Greg Enos(Attorney)

admitted: *"I've been the lone wolf...arguing **for years** about this...;"* Judge Dupuy admitted:
*"...what has been transpiring for **more than a decade** in Galveston County has been unethical...;"*

    *In other words,* Officials didn't *volunteer* this info & only disclosed it <u>after</u> the media reported it. Between both articles & Ms. Radcliffe's & Judge Bakers *own* admissions, they'd all *known* about Ms. Radcliffe's <u>wrongdoing</u> for *years.*

    Ms. Radcliffe admitted she "*<u>withdrew</u>*"from cases due to attorney's complaints, which, indicates she <u>knew</u> *back-then* her actions were *wrong,* and, implicated all judges who signed & agreed to it;  Mark Henry (County Judge) Terminated Radcliffe's Contract as judge.

## Attorney "Malpractice & Negligence"

    On 01/15/02, S. Chris Nallie-Courtney (former attorney) withdrew from my Case.

    On 1/10/03, Rodney Moton (former attorney) withdrew from my Case.

    On 3/06/03, Susan Edmondson (former attorney) withdrew from my Case.

    Each of my former attoney's "withdrew" from my case and "refused" all my requests for them to file, contest, litigate or Appeal for "Custody" of my children in my behalf, get me "Custody" Hearings, Proceedings or Trial.

    Rodney Moton stayed on my Case the "longest," but did the "least" work. He neglected to tell, call or write me of "Hearings," especially his "withdrawal" Hearings, which were "all" *secretly* held without me while Radcliffe, He & others were plotting against me. He was repeatedly "late" or didn't show-up at all.  Mr. Moton "dodged" me, didn't answer or return my phone-calls.  Even CPS noted his phone was always "busy."

    Each of my former attorneys: 1) "refused" to file an "answer; 2) "refused" to prepare me

146

for Hearings & Trial; 3) "refused" to submit my evidence Richard King/Cheryl McCarty "admitting" they found "no abuse/neglect" of my children during "any" hearing or State Proceeding; 4) "refused" to arrange "visits" with my children *most* of whom I saw only "twice" in 16-months,by accident when they just happened to appear at Hearings; 5) "refused" to submit evidence during "any" Hearing or Trial that my children "desired to come back home; 6) "refused" to submit evidence my children were abuse/neglected *numerous* times while in State Custody; 7) "refused" to file Appeals in my behalf for Custody & other matters; 8) "concealed" from me Ms. Radcliffe was still "practicing law" as an attorney; "refused" to Subpoena "evidence" in my behalf that would have completely exonerated me early-on in my Case; 9) "refused" to alert "Higher Authorities" of Violations commited by Ms. Radcliffe, Ms. Triplett, CPS & others; 10) lied to the Court to "withdraw" from my Case by falsely alledging they "couldn't reach me," even though I appeared at "all" Hearings I was notified of, and, knew I could not appear at Hearings "they each" *did not* inform me of; 11) "withdrew" from my Case "secretly" *behind-my-back* & without my knowledge so that I could not "testify" or "contest" their actions; 12) Violated my Civil Rights; 13) Violated my Right to Due Process & *inadequately* represented me during my 2001/2002 Case, Hearings & 2003 Trial; 14) "misrepresented" me;    15) "neglected" to properly prepare me an "adequate" defense for State Hearings, State Proceedings & Trial; 16) "ignored" my calls; and, 17) "neglected" to represent "my best interest."

My former Attorney's "**Susan Edmondson, Rodney Moton & S. Chris Nallie-Courtney,"** were "horrible," *inadequately* defended me or didn't defend me at-all, got paid for jobs they *did not do*, "misrepresented" me, made "deals" *behind-my-back*, and, *knew* Ms. Radcliffe was still an "attorney" because they were *also*"attorneys," but "concealed" it from me. They all "practiced Law" in the "same" Cases, County & Court - Radcliffe's Court.  Each

*neglected* to "defend" my Civil Rights.

All of my former attorney's either "withdrew" or "attempted to withdraw" from my Case prior to Trial because I asked for "Custody" of my children. ALL of them REFUSED my requests to "Plead, Litigate, contest or Appeal" for Custody of my children in my behalf in Court. (See "Pleadings Index")

I Lost Custody "by-default" because none of my Attorney's "asked for it."

None of my former Attorney's "fought in Court" to get me a *Custody* Hearing or Trial.

My former Attorney's "concealed" Radcliffe's dual-roles as *judge* AND *attorney* from me.

My former attorney's *neglected* to Defend my Civil Right to Custody of my children & my Civil Rights. *Neither* investigated CPS' "false allegations" or "illegal" removal. Each neglected to submit my "Recording" of CPS admitting they found "no abuse/neglect." (See Recording) I still suffer as result.

> **"Period of limitations for legal malpractice actions does not automatically begin to run when attorney-client relationship ends; fraudulent concealment by attorney which extends beyond period of representation will toll accrual date."***Willis v. Maverick (App. 4 Dist 1986) 723 S.W.2d 259.*
>
> **When attorney commits malpractice in prosecution or defense of claim that results in litigation, limitations period for malpractice claim against attorney is tolled until all appeals on underlying claim are exhausted.** *Gulf Coast Inv. Corp. v. (Supp. 1991) S.W.2d 159*
>
> **"Statute of limitations on legal malpractice claim was tolled until final judgment was Issued in lawsuit giving rise to claim, although client did not appeal; to allow statute of limitations to begin running earlier would force client to take conflicting positions in two live cases, and would not allow legal system chance to resolve underlying case in client's favor before commencing limitations on his right to sue attorney."**Washington v. Georges (App. 5 Dist. 1992) 837 S.W.2d 146.
>
> **"...Statute of limitations...claim against attorney representing adoptive parents <u>in termination of parental rights action against biological mother, was tolled until all appeals were exhausted in the underlying parental rights termination suit</u>..."** *Hughes v. Mahaney& Higgins (Supp 1991) 821 159.*
>
> **"Period of limitations...does not automatically begin to run when**

148

attorney-client relationship ends; <u>fraudulent concealment by attorney which</u> <u>extends beyond period of representation will toll accrual date.</u>" *Willis v.* *Maverick (App. 4 Dist 1986) 723 S.W.2d 259.*

"...When attorney commits malpractice in prosecution or defense of claim that results in litigation, limitations period for malpractice claim against attorney is tolled until all appeals on underlying claim are exhausted. *Gulf Coast Inv. Corp. v. (Supp. 1991) S.W.2d 159*

"...<u>Statute of limitations on legal malpractice claim was tolled until</u> <u>final judgment was issued in lawsuit giving rise to claim, although client did</u> <u>not appeal; to allow statute of limitations to begin running earlier would</u> <u>force client to take conflicting positions in two live cases, and would not allow</u> <u>legal system chance to resolve underlying case in client's favor before</u> <u>commencing limitations on his right to sue attorney.</u>" *Washington v. Georges (App. 5 Dist. 1992) 837 S.W.2d 146.*

"Period of limitations for legal malpractice actions does not automatically begin to run when attorney-client relationship ends; fraudulent concealment by attorney...extends beyond period of representation will toll accrual date." *Willis v. Maverick (App. 4 Dist 1986) 723 S.W.2d 259.*

Susan Edmodsom had 1st-hand knowledge the D.A. had me "set-up" to be arrested because she's the one who "told me about it" during a phone-call I made from *The Department of Justice*. Edmondson neglected to take *any* action to "alert higher Authorities" or "defend me."

None of my "former attorney's" filed, litigated, Pleaded, contested or Appealed for "Custody" in my behalf which caused me *years* of "injury." They didn't even fight in Court to get me a "Custody" Trial or Hearing. I lost *Custody* of all-6 of my children & still suffer repercussions as a direct-result.

My former Attorney's, **Susan Edmondson, Rodney Moton & S. Chris Nallie-Courtney,** were "negligent" for <u>NOT</u> defending/contesting/Pleading/Appealing my Civil Right to Custody of my children in my behalf, and, for "faudulently concealing" *from* me: 1) Suzanne Schwab Radclifee was actually a "lawyer" while she presided as Judge; 2) there would be future (nearly 2-decades) of repercussions as a "direct result" of her illegal "Court Orders; 3) Radcliffe & Bakers "Court Orders" would evetually into a "62,000.00 lien against me; 4) The State of Texas

149

would "deprive" me from getting "driver's licence" due to back child-support; 5) I would not be able to "Vote" in future Elections due to the State because I could not get a "driver's license;" 6) I could not "drive to work" or "get a job" for the next 2-decades because I could not get a "driver's license;" 7) "child support" deductions from my husbands paychecks would cause us to be "homeless" *numerous* times over the course of "several years" because we could not afford "rent;" 8) Radcliffe's/Judge Bakers Rulings would cause us to get "audited" by the IRS; 9) Radcliffe's/Judge Baker's rulings would cause us to "not" get IRS Tax Refunds from 2003 to present; and 10) Our "WIN" at Trial would lead to "years" of stalking, bullying, robberies & other crimes due to Radcliffe & her "cronies."

My former attorney's *knew* Ms. Radcliffe was a "lawyer" because they too were "lawyers" and, all litigated the "same" Cases, County & Courts as Radcliffe, but concealed it from me.

**Constitutional Violations:**

"**The State has no right to an unconstitutional policy coherent or otherwise.**"*Allstate Ins. Co. v. Sabbagh, 603 F.2d 228, 232 (1ˢᵗ Cir. 1979)*

**Constitutional Violations: 1st Amendment - "Freedom of Religion"**

The Defendants completely "disregarded" me & my Family's Religious/Constitutional Freedoms & the importance and impact of "GOD'S Law" in my life throughout the course of my Case & Trial,

I dedicated my Life to GOD & have gone to GOD'S House (Church) for over 40-years. My Spiritual Belief's, Love, Devotion & Dedication to GOD, and, my Religion are all "primary" to my Obedience to GOD'S Law, which, Commands us to go to GOD'S House & "Worship"

GOD **in His Sanctuary.**  (EXODUS 25:8; PSALM 150:1; PSALM 134:2) GOD Commands it. I love it. I Obey.

While Cheryl Triplett (CPS Director) & others pretended to adhere to "State Law," they egregiously Violated my Religious Freedoms & completely *ignored* "GOD'S Law" during my Case.

*Historically*, our Nations Founding Father's were "GOD-Fearing men" who authored the *U.S. Constitution* with GOD in-mind, and were Godly-enough to intentionally "include" the 1st Amendment & Freedom of Religion" so people & Government would not "interfere" or get-between "people & GOD." Which, is *exactly* what the Defendants did in my case.

My "Faith," GOD-given Spiritual Belief's, and, my "Constitutional Rights" were *supposed* to be "protected." None of the Defendants "protected" my Religious Freedoms, nor, any other of my *Civil Rights*. None of the Defendants took action to appoint "anyone" to "protect" my Civil Rights.

Going to Church is part of my Devotion, Love & Obedience to GOD.  I've been a dedicated member of my Church for about 25-years. I've been affiliated with the "CHURCH OF GOD IN CHRIST" over 40-years. I took ALL of my Children to Church from "babe's" in *obedience* to GOD & His Laws "since they were born." Not to be *over-religious*, but to teach them GOD'S Laws & how to be "Spiritual" as GOD'S Law Commands.

GOD'S Law is "Spiritual." (ROMANS 7:14) Every "body" is "Spirit, Soul & body," which means, every "body" *incases* a "spirit & soul" *lives* or *dies* - Forever. (I THESSALONIANS 5:23;  ST. JOHN 3:16) We all have a **"Spiritual" body**, and a **"Natural" body**. (I CORINTHIANS 15:44)  All "Souls" belong to GOD, but "Souls" that "sin" die. (EZEKIEL 18:4) As, GOD casts both the "Soul" and the "body" to "Hell," of every person

that "sins." (ST. MATTHEW 10:28; ST. LUKE 12:5)

Those who decree "Unrighteous Laws," and *condone* sins GOD *condemns*, are punished by GOD. (ISAIAH 10:1) And, GOD punishes those who mislead people. (ISAIAH 5:20) Which *means*, just because "manmade" Laws " says a "sin" is OK" sin, does not mean "any" sin is OK with GOD. It's not.

Whenever there is a *dispute* between "GOD'S Law" and "manmade Laws," people are *supposed* to Read GOD'S Word & Believe GOD, not people. (ROMANS 3:4) GOD'S Word is "TRUTH." (ST. JOHN 17:17)

We all make our own "choices." People go to Hell for their "choices" and, the **deeds** they *do* in their "bodies." (ROMANS 2:6) Which literally means, "sins" you commit with your "body (flesh)," can cause your Eternal **soul** *and* **body** to burn in Hell. (ST. MATTHEW 10:28) That's because they all come in the form of "1-body."

Cheryl Triplett/CPS told my son to "sin" with his body. It wasn't their place to do that.

GOD "see's" and "judges" what we *do* with our "body's" - good & evil. (PROVERBS 15:3) I don't want my family to "burn forever," in Hell for being "carnal" which GOD condemns. (ROMANS 8:6) Its my *Right* to Believe that. Its my *Right* to Live that. Its my *Right* to teach that to my children.

GOD is not a "Religion," He's a "Spirit." (ST. JOHN 4:24) I go to Church to "Worship" GOD and to learn about Laws.

GOD'S Laws are "absolute." They don't change. They don't end. GOD'S Law lasts FOREVER, whether you go to Church or not. Whether you Believe in GOD or not. GOD'S Law are not contingient on whether or not you belive them. You don't have too. That's your "choice." They're still GOD'S Laws. Every "person" will be judged by GOD'S Laws. It's non-negotiable

152

Our Family attended **"The Church of GOD In CHRIST"** as a "Family" together *until* the Defendants & others Violated my Spiritual Beliefs, separated my Family, took, scattered & "divided" my children. Not a *Non-Denominational* Church, which is a completely *different* "Denomination & Doctrine" altogther.  However:

CPS/TDPRS sent me a letter stating:

> **"…Regarding religious instructions regarding the children…the children are attending a church near their current residence where they are receiving religious training. During the last court hearing, the judge** (Radcliffe) **determined that CPS is adequately meeting the requirements for religious training with their attendance at a non-denomination church and that is within the allowable framework…"**

Ms. Radcliffe chose which Church my children "Worshipped" GOD in Violation of my Religious/Spiritual Beliefs & my Constitutional Rights.  The "Non-Denominal" Church Radcliffe "forced" my children to attend, was not the same "Doctrine" my children were taught from small children.  GOD'S Law "forbids" & "Warns against" *False* Doctrine.  (I TIMOTHY 1:3; I TIMOTHY 1:10;     II JOHN 9; II JOHN 10; REVELATION 2:24)   GOD admonishes "ALL Believer's" to abide in the "Doctrine of CHRIST." (II JOHN 9)  The Doctrine of GOD. (TITUS 2:10)  The Doctrine of The LORD. (ACTS 13:12)  No other "Doctrines." (I TIMOTHY 1:3) Believer's are to avoid "Doctrines of devils. (I TIMOTHY 4:1)  And, to avoid "doctrines" of men." (COLOSSIANS 2:12)

CPS "denied" ALL my requests for my children to attend *our* Church like they'd all done most of their lives.  Now, none of my children attend Church.  They don't Believe.

Cheryl Triplett/CPS /Judge Baker & Ms. Radcliffe "mocked" my Religious & Spiritual Beliefs in GOD - in Court & throughout my 2001 CPS Case & 2003 Trial.  Me & my Faith was their "joke" - *until* GOD Won our Case.

Cheryl Triplett/CPS included the "Name of GOD" in its Official 12/28/01 Termination (Parental Rights) Petition, mocking my GOD & my Religious Beliefs. (See Petition)

On "Radcliffe's Court Recordings," you can hear Rodney Moton mocking me about my Bible.  Presidents are "Sworn-in" with "Bibles."  Politicians are "Sworn-in" with Bibles.  Witnesses are sometimes "Sworn-in" with Bibles.  Why was my Bible "mocked" IN COURT?

Ms. Edmondson & Ms. McGarvey came to my Church during my Case.

Two white-women "stalked" me at a Church event, when I moved, "they left."  Our Church is Bi-racial & Welcomes "all" no matter what race you are.  But, I only take-issue with anyone "stalking" me at my Church where I "Worship" GOD.

*Lastly*, Nonye O (CPS) told my son it was ok for him to be "gay." GOD'S Law <u>does not</u>. Nonye "smirked" in approval as my son "cursed me out" right in front of her.  It was all a "set-up."  She testified during Court at one of my Hearings.

It was not her or CPS' place to teach my son how to go to Hell.

It was not CPS' place to teach my son to "disobey" GOD'S Law.

Many don't *know* GOD'S Laws because they don't *read* GOD'S Laws.  I do.

The "Bible" is not called "The Bible in The Bible."  GOD calls it "The **Book of <u>The Law</u>**. (DEUTERONOMY 28:61; DEUTERONOMY 30:10; JOSHUA 8:31; )  <u>GOD'S Word is "Law</u>." Not just a "Book." GOD'S Laws were the "First LAWS" ever created.  GOD gave HIS LAW to Moses." (JOSHUA 23:6; ST. LUKE 2:22; ST. JOHN 7:19) *Contrary to popular belief*, GOD'S Law was written with the "finger of GOD" Himself, *not* man. (EXODUS 31:18; EXODUS 32:16; DEUTERONOMY 9:10) GOD'S Laws were first written on "tables of stone." (EXODUS 24:12; EXODUS 31:18)  Then, in "Books." (DEUTERONOMY 28:61; DEUTERONOMY 31:10; JOSHUA 1:8; JOSHUA 24:26) They were called "The Ten Commandments." (EXODUS 34:28)

154

We are to "keep" (obey) GOD'S Commandments & Laws.(EXODUS 16:28)  We are to abide in the "Doctrine of CHRIST and GOD & no other.  (I JOHN 9; I JOHN 10)  GOD'S Laws were made for "Lawbreakers." (I TIMOTHY 1:9; I TIMOTHY 1:10)  GOD Commanded those who "Obey" His Laws are Blessed. (DEUTERONOMY 11:27) Those who don't are "cursed." (DEUTERONOMY 11:28)  Sinners & all transgressors of "GOD'S Laws" will " burn" in "Hell" Forever.  (REVELATION 14:10; REVELATION 14:11) GOD gave us all a Free Will to "choose" who we will serve, GOD or the devil. (DEUTERONOMY 30:19; JOSHUA 24:15; REVELATION 20:10; REVELATION 21:18) There's Blessings or Consequences depending upon our "choices." And, deeds we do in our "bodys."  We ALL stand before GOD.  We ALL get Judged by GOD.  GOD determines who goes to "Heaven."  GOD will cast peoples "soul & body" into Hell.  All souls are GOD'S.  No one is "exempt."  Not even children.  All souls who sin, "die" forever.  Not because I said, but because GOD Commanded it.,  GOD cannot lie.  GOD'S Word stands Forever.  ALL people will be judge by GOD'S Word;

The Word of GOD is the "first Book," and, the #1 Bestseller of all time.

The real reason GOD sent "plagues" to Egypt during Moses' days was because Pharoah would not let GOD'S People "Worship" Him. CPS did the same thing.  GOD destroyed Pharoah & his armys.

GOD created ALL things, including HIS Laws (EPHESIANS 3:9; COLOSSIANS 1:16; REVELATION 10:6) Everyone will be Judged by GOD'S Laws. (ROMANS 2:6)  Sin is a "Violation of GOD'S Laws.  (I JOHN 3:4) GOD sent JESUS to save anyone who will "Believe's, obey & receive's JESUS CHRIST. (ST. JOHN 3:16; I TIMOTHY 1:15)

GOD'S Laws are "clear."  Soul's that sin "die." (EZEKIEL 18:4) People die & go to Hell Physically & Spiritually , body & soul. (ST. MATTHEW 10:28; ST. LUKE 12:5)  Or, Live

155

Spiritually & Physically. (body goes to Heaven *later* after death if "Caught-up" I THESSALONIANS 4:17)  It is GOD who casts both the "Soul" and "Body" into Hell for sin. (ST. MATTHEW 10:28; ST. LUKE 12:5)   The penalty for sin is Eternal "death" in Hell. (ROMANS 6:23)

GOD will judge: "adulterer's (HEBREWS 13:4) "all" (ST. JOHN 12:48; ROMANS 2:16); every mans work (I PETER 1:17)

"Sex" isn't just "physical."  It's also "Spiritual."  That's because we all have a "Natural body" and, a "Spiritual" body. (I CORINTHIANS 15:44)  All of our "bodies" encase a "spirit & soul" & means we all posses a "spirit, soul & body." (I THESSALONIANS 5:23)  The "Spiritual" is always greater than the "natural."

When Ms. Triplett & her staff delved into my son's "sexuality," they "crossed-the-lines' into his "Spirituality."  That is not OK.

Every "body" GOD created, is "body, soul & spirit."  According to GOD'S Word, our "bodies" are GOD'S Temple where HIS Spirit dwells.  GOD will "destroy" all who "defiles" HIS Temple.  Sin "defiles" HIS Temple.  Sin "defiles" the Temple.  When she told my son to "sin," she caused his body to go to Hell, cause that's were GOD casts every "body" & "soul" that sins.

So when, under the Direction of Cheryl Triplett (CPS Director) Nonye/CPS had the "audasity" to tell *my* child (he was 12 at the time) that it was ok for him to be gay, she gave him the "OK" for him to "sin" with his "body" to Violate "GOD'S Law."  She didn't check-it by GOD'S Law, who is a far more greater "Authority" than she *thought* she was.

Under Cheryl Triplett's Supervision, she & her staff gave my son an "Eternal Death Penalty" by persuading him to "sin" with his "body" (flesh), which, GOD condemns.  GOD Condemns *sin* in the flesh.   What Ms. Triplett's staff told my son was a "direct" Violation of

156

GOD'S Law, my Spiritutal Belief's & my Civil Rights, cause "Custody" had not yet been determine yet. I still had my "Parental Rights" then, & I still have them now.

And, to be absolutely clear, "I agree" with every word of GOD'S Word.

Whatever GOD says, I agree. I Believe.

GOD has "Laws for Parents: GOD Commands Parents/Christians to teach & raise our children in the fear and admonition of The LORD. (EPHESIANS 6:4)  Parents are to "train" our children the ways of GOD.  GOD has "Laws for Children."  GOD Commanded children to "Obey" their Parents. (EPHESIANS 6:1) Children *can* go to Hell. (PROVERBS 23: 13; PROVERBS 23:14)

CPS made my son's "choice" for him. CPS Coerced him into "sin."  CPS/Chery Triplett, Nonye & their subordinates had no Right to teach my child to disobey GOD'S Laws.  In essence, CPS taught my son how to go to Hell."  That's not my desire. And, its certainly *not* GOD'S Will. He's grown now, but they coerced him to make a choice about his "sexuality" as a "child," when he wasn't even yet "sexually active" at 12yrs. old.  He grew into a "man" with "CPS' WRONG TEACHING."  Now he's a man.

My son went into State Custody "straight" and "came-out gay." I didn't teach him that. CPS did.

GOD'S Laws are Absolute:  Clear.  Eternal. And, "Judgment" to **all** who "disobey."

According to "GOD'S Law:"  Men are *not* supposed to wear "women's clothes" & women are not supposed to wear "men's clothes."  (DEUTERONOMY 22:5)  It is an "abomination" to GOD for men to "lay" with men, & women to "lay" with women.  (LEVITICUS 18:20; LEVITICUS 20:13; ROMAMS 1:27)  *Whoremonger's* are "male prostitutes." (EPHESIANS 5:5; I TIMOTHY 1:10; HEBREWS 13:4; REVELATION 21:8; REVELATION 22:15)

157

"Bible Words" and "English/American Words" are *not the same*. GOD refers to homosexuals as: dogs; effeminate (I CORINTHIANS 6:9); lover's of themselves (II TIMOTHY 3:2); unclean (GALATIANS 5:19; EPHESIANS 5:3; EPHESIANS 5:5); inordinate affection (COLOSSIANS 3:5); fornication & uncleanness (COLOSSIANS 3:5) etc...

GOD Loves people.  GOD hates sin.

It was never GOD'S *Will* for "any" to perish. (ST. MATTHEW 18:14; ST. JOHN 3:16; II PETER 3:9) *Hell* was not made for "people," but satan & his "fallen" angels.  (ST. MATTHEW 25:41)  But because *so many* "choose" to "sin," Hell has "enlarged." (ISAIAH 5:14)

Most people don't believe "Hell" exists.  They "will" *when they get there*.

As a mom, I NEVER wanted "Hell" for *any* of my children.  I Pray the opposite.  I Prayed all the way through each "complicated pregnancy" I had, for all-6 of my children.  GOD answered every Prayer.  Even when doctor's told me "me or my child could die," GOD kept me *and* "them" alive.

It was a "Sin against GOD & HIS Laws, for CPS to "condone *sins* GOD condemns."

CPS "estranged" our Family. We were "very" close *before* CPS & hardly ever were apart. We've been the "extreme opposite" every since CPS invaded our lives.  I haven't seen "Christian" since 2003. The rest are estranged. Nothings the same.

My son is a "tremendously gifted" Singer & Songwriter.

In 2000, the year before CPS took him away (2001), in his Song "Why?" he wrote:

"...Oh why does my heart have to ache,

They say being sensitive is gay..."

Thru Song, My son expressed his "sadness" about people "saying he was gay" when he was "not." My son wasn't gay. He knew it.  I knew it.  But people kept calling him "gay."  He

158

was very irritated & very agitated about it.  He just didn't understand *why*, which is *why* he wrote the "Why?"  CPS comes along 1-*year later* & "coerced & persuaded" my son to become, part of the very lifestyle he never wanted to be a part-of.   He wasn't gay then. He is now. Cheryl Triplett/CPS is responsible.

Before CPS, he was the "best" son a mom could ever have. CPS changed that.

Apparently CPS/Nonye does not Read or "care" about GOD'S Laws. I do.  If CPS/Nonye all want to go to "Hell," they can & will - that is "*their* choice."  GOD will honor it.  I get it.  But, CPS had "no Right" to impose "their Non-Religious" rhetoric on "my" children.

GOD's Laws usurp man-made Laws.  People think because "right now" is all they *see*, that's it! It's not.  They're looking *only* at the "natural-side."  They haven't consulted or Prayed to GOD about the "Spiritual-side."  So, they don't "Believe" GOD is Real. I do.

   Whether GOD, Heaven or Hell is "real" is NOT predicated on what people "Believe." GOD, Heaven or Hell is "real" whether people *believe* it or not.  The U.S. Constitution not only "acknowledges" that "Right" to "Believe," but also "Protects" it. In my Case, GOD "protected" it. The U.S. Constitution "protected" it.  But my attorney's & the Defendants did not "protect" my *Civil Rights*.

I Believe in GOD. I am a "Believer of JESUS CHRIST.  Unapologetically.  I "Believe" GOD'S Word.  "ALL" of it.  I taught my children to "Believe" in GOD & His Laws.  We went to Church every Sunday as a "Family" *until* CPS Violated our Civil Rights, separated our family & Violated our Civil Right to "Serve, Believe & Worship GOD" at our Church.  The Defendants stopped all that!

I have *several* questions:  1) Was it Constitutional Ms. Radcliffe/CPS to "determine" where my children attended Church?; 2) Did Ms. Radcliffe/CPS have authority to use *Public*

*Funds* to *determine* where my children attend church;? 3) Was it lawful?  4) Was it

Constitutional?  5) Was it Constitutional for *any* State Agency, Judge or Official to use Public

Funds to "change my children's Religion" from "Pentecostal" to "Non-Denominational, and,

force them to attend a *Non-denominational* Church, when our Religion was "Pentecostal" in the

*Church Of GOD In Christ*?;" 6) Did any Law "authorize" Ms. Radcliffe & CPS to "determine"

where my children attended Church? 7) Didn't Ms. Radcliffe/CPS' actions violate "Separation of

Church & State?;" 8) Was it part of CPS/Ms. Radcliffe "duty" or was it "authorized by Law" for

them to *choose*  the "Religion" of my children?; 9) Was it *Lawful* for Ms. Radcliffe & CPS to; 10)

Did this Violate "Separation of Church/State" & why did they *merge* the two?;

11) Was it Constitutional Ms. Radcliffe/CPS to "determine" where my children attended Church?;

12) Did Ms. Radcliffe/CPS have authority to use *Public Funds* to *determine*/chose my children's

Church & Religion?; 13) Was it lawful?;  14) Was it Constitutional for *any* State Agency, Judge,

Official or person to use Public Funds to "change my children's Religion" & force them to attend

a *Non-denominational* Church, when our Religion was "Pentecostal" in the *Church Of GOD In

Christ*?;" 15) Did Ms. Radcliffe/CPS' violate "Separation of Church & State" & our Civil Rights

by interfering with our Faith & Religion?

Per *section 262.20,* CPS did not carry its burden of proof & lost at Trial. The District

Court "erred" by not returning my children.

My children are still "traumatized" from CPS' removal & actions of the Defendants.

**"...constitutional constraints may have deleterious long-term consequences for the child and, indeed, for the entire family. Ill-considered and improper governmental action may cause significant injury where no problem of any kind previously existed..."** *Id. At 1130-1101."*

**Constitutional Violations - Violations of Privacy**

"...An opposite result was reached in Calabretta v. Floyd, 189.F3d 808 (9th Cir. 1999). In Calabretta, the summary judgment motion filed by the  social worker and police officer, on the grounds of qualified+ immunity, was denied by the district.  We affirmed because a reasonable government official would have known that exigent circumstances justifying warrantless entry into the parents' home did not exist; that consent or a warrant was required for entry; and that qualified was not available with respect to the coerced strip search of a three-year-old child.  See id.

"...The social worker in Calabretta, investigating allegations or child abuse, went to the residence and spoke to the mother.  Id. At 810-11.  Ten days later, the social worker returned to the residence with a police officer and  made a coerced, warrantless  entry into the house. *Calabretta v. Floyd,      189.F3d 808 (9th Cir. 1999). Id. At 811..."*

"...<u>to delay the removal</u>...raises a serious question about ...reasonable belief that MD was in imminent danger..." Social Worker's and their .“...However, a showing of probable cause does not satisfy the conclusion that MD was in imminent danger of serious physical injury sufficient to justify a warrantless removal.  Lalond v. County of Riverside, 204      F. 3d 947, 954 ..."

Supervisor's "delay" in removing our children "rules-out" probable cause completely.

On 12/21/01, CPS/Police conducted their investigations, *illegally* entered my residence without my permission/consent without so much as a "Police Report" or Warrant.  Left our residence, also leaving "all-6" of my children in my care & custody,

On 12/23/01,CPS/Police *illegally* entered my residence without my permission/consent without so much as a "Police Report" or Warrant.  Then, seized my son in a "delayed removal."

On 12/26/01, CPS/Police *illegally* entered my residence without my permission/consent without so much as a "Police Report" or Warrant.

On 12/27/01, CPS & Police seized my remaining 5-children in a "delayed removal."

On 7/31/03, CPS/Police *illegally* entered my residence without my permission/consent, again seized my children & illegally seized me. (Sheila Bell)

**Constitutional Violations:  Due Process**

> **".. .the right to due process of law is quite clearly established by the Due Process Clause, and thus there is a sense in which any action that violates that Clause (no matter how unclear it may be that the particular action is a violation) violates a clearly established right.** *Anderson v. Creighton, 483 J.S. 635 (1987)*

**Constitutional Violations:  False Arrests / Illegal "Seizures"**

> **".. .the right to due process of law is quite clearly established by the Due Process Clause, and thus there is a sense in which any action that violates that Clause (no matter how unclear it may be that the particular action is a  violation) violates a clearly established right...We therefore decline to make  an exception  to the general rule of qualified immunity for cases involving allegedly unlawful warrantless searches of innocent third parties' homes in search of  fugitives."** *Anderson v. Creighton, 483 J.S. 635 (1987)*

On 12/21/01, neither CPS or Police took "any" of my children, then, left all-6 of my children in my care & custody because there was "no emergency" and "no probable Cause.

On 12/22/01, neither CPS or Police took "any" of my children, then, left all-6 of my children in my care & custody because there was "no emergency" and "no probable Cause.

On 12/23/01, CPS "illegaly" *seized* my son "Elijah" falsely alleging  "Abandonment," while they'd also "documented our visits & phone-call's" all along. (See CPS Docs. & UTMB Docs.)

On 12/27/01, CPS/Police "surrounded" our Family, *illegally* seized my children & put them in "jail."

On 12/23/01 & 12/27/01, CPS seized my children due to a "Safety Plan," not abuse/neglect as reqired by Law.

01/11/02, <u>**LeAnn Stubbs, UTMB Hospital Campus Police & GPD "surounded me"**</u> <u>in PUBLIC in broad daylight in front of a restaurant **to give me a "letter."**</u> Ms. Stubbs *falsely*

claimed the entire incident occurred in the hospital unit "1430." It did not. (See 01/11/02 Social

Work Note)

On 7/31/03, CPS/Police illegally "burst-down" our door, seized my children, arrested me

at "gun-point" in-front of my children & took me to jail - without so much as a "police report."

ALL charges were "DISMISSED." Officials put our Family thru *all of that* trauma - for nothing.

**"...when there are <u>not</u> exigent circumstances to justify a social worker's warrantless removal of a child from her parent's home, a district court errs in granting summary judgment in favor of the social worker..." Government officials are required to obtain prior judicial authorization before intruding on a parent's custody of her child..."The constitutional right of parents and children to live together without governmental interference is well established. The Fourteenth Amendment guarantees that parents will not be separated from their children without due process of law except in emergencies.** *"Mabe v. San Bernardino County, Department of Public Social Services*

Behind the Federal Governments back, Cheryl Triplett & other falsely alleged they took

our children due to an "emergency." (See "Emergency" CPS)

There was <u>no "Emergency."</u>  As proven by CPS & Law Enforcements departure from our

residence, when they left "all-6" of my children in my care & custody "for days" following their

initial 12/21/01 investigations, and, illegal "searches" of my children & our residence.

CPS/Police "removed my children" 12/24/01 & 12/27/01 - days later.  Thus, "no

emergency."

CPS/Police' "delayed removal" violated my Civil Rights.

ALL CPS/Police child removals in my Case were <u>illegal &</u> a Violation of my *Civil Rights.*

## Constitutional Violations: Custody - Family Rights

**The Constitutional right of parents and children to live together without governmental interference is well established.** *Santosky v. Kramer, 455 U.S. 745, 753 (1982)*

The Fourteenth Amendment guarantees that parents will not be separated from their children without due process of law except in emergencies. *Stanley v. Illinois, 405 U.S. 645, 651 (1972); Ram, 118 F.3d at 1310 (9th Cir. 1997) (holding that in 1993*

The rights to conceive...raise one's children have been deemed "essential," *Meyer v. Nebraska, 262 U.S. 390, 399 (1923).*

"... integrity of the Family unit has found protection in the ...14th Amendment, *Meyer v. Nebraska, supra, at 399*, The Equal Protection Clause of the 14th Amendment at, *supra, at 541*, and the 9th Amendment, *Griswold v. Connecticut, 381 U.S. 479, 496 (1965)*;

We observe that the State registers no gain towards its declared goals when it separates children of fit parents..." *[405 U.S. 645, 653]*

A parent had a constitutionally protected right to the care and custody of his children and that he could not be summarily deprived of that custody without notice and a hearing ..." *Caldwell v. LeFaver, 928 F. 2d 331, 333 (9th Cir. 1991);*

"...termination of parental rights involves fundamental constitutional rights. *Stanley v. Illinois, 405 U.S. 645, 651; 92 S. Ct. 1208, 1212-13 (1972).*

"We have recognized...the relationship between parent and child is constitutionally protected. Parham v. J.R., 442 U.S. 584, 602, 61 L. Ed. 2d 101, 99 S. Ct. 2493 (1979).

Under the direction of Suzanne Schwab-Radcliffe, *Biological* Parents like me, were not allowed to raise our Children or have Biological Family's due to her own **Adoption** bias.' She had County support.

There was "no remedy" for me to either gain/retain Custody of my children in any State Venue. Radcliffe made it that way. Her colleagues & those under her authority helped her.

Ms. Radcliffe created, fostered & Ordered & atmosphere where State/Federal Funds were primarily used exclusively for "Adoptions," **did not "Reunify"** Biological Family's, **did not Return children** to their Biological Parents, but instead, "removed children, placed them "outside

their homes for "Adoption/Foster-Care" purposes, "Discriminated" against Biological Parents like me, and, still continues to resonate due to Radcliffe's efforts.

**Constitutional Violations - Deprived Right to "Face My Accusers" In Court**

On 12/21/01, CPS' "NOTIFICATION TO LAW ENFORCEMENT..." it clearly states at the bottom of the page the following:

**"SECTION 261.201 (T.F.C.) The name of the complainant (i.e. reporter or informant) is confidential...:**

However:

**"...The Sixth Amendment provided that a person accused of a crime has the right to confront a witness against him or her in a criminal action.  This includes the right to be present at the trial (which is guaranteed by the Federal Rules of Criminal Procedure Rule 43).**

There are several "conflicts" between these two issues:  1) the U.S. Constitutional entitled me the Right to "face my accuser's" in Court, "confront" them in "Criminal Court," & to be present at the "trial;" 2) State LAW, Section 261.201 *Texas Family Code* allowed CPS, Prosecutors & Judges to "conceal" "...the name of the complainant (i.e. reporter or informant) "confidential," which, is a direct Violation of my 6th Amendment Rights.  All of my Court Appointed Attorney's (Edmondson, Nallie-Courtney, Moton) "neglected" to argue this issue in my behalf IN COURT because they were "appointed" and  "paid" by the State, and were bound to comply with State Laws, which, was a "conflict of interest" that caused Violated my 6th

Amendment Rights. I should have been appointed a "Civil Attorney" to defend my "Civil Rights" IN COURT.

CPS/Prosecutor's accused me of "crimes." Prosecutor's prosecuted me at Trial regarding CPS'/caller/reporter alleged "criminal allegations." CPS took "all" of my children based on "caller/reporters" false accusations against me. We WON that Case at our 2003 Trial. But, I still was not awarded Custody of my children, due to "caller/reporters" statements which launched the 2001 CPS Case against me, led to the removal of all-6 of my children, and, caused me to lose Custody of all my children. Caller/Reporter's statements & accusations was the beginning of it all.

I had a Civil Right according to the U.S. Constitution to "face my accuser's" in a COURT of Law. Ms. Radcliffe & Judge Baker both "deprived" me that Right & violated my Civil Rights in doing-so.

Caller's/reporter's to CPS/abuse/nelgect hotlines are esentially "witnesses" to alleged crimes until proven or not proven IN COURT.

It's been *20-yrs.* since we WON our 2003 State Trial & I've never been allowed my Civil Right to "face my accuser's" IN COURT in "any" State Venue. Ms. Radcliffe & Judge Baker "prohibited" it. CPS & others "concealed" caller/reporter *abuse hotlines* "names, identity's & information from ALL my Hearings. This was a "Big Case." I had a Civil Right to "know" ALL those who falsely accused me & exactly what they said. CPS "blocked-out" Caller/Reporter information on Discovery documents in Violation of my *Civil Rights*. (See "CPS blacked-out" Caller documents) There were "NO police reports," and, NO police testimony during "any" Hearing or Trial.

"No Accusser" was Subpoenaed or Cross-examined by my Defense attorneys at Trial.

1.    CPS/Cheryl Triplett, Ms. Radcliffe "concealed' the names/identity's of

166

Caller's/Reporters to "Abuse Hotlines," *used* their testimony "agaist me" to

initiate their 2001 CPS Case, take my children, then "give them away" to others.

which, caused me to lose Custody of all of my children.  Yet, they were never

"cross-examined" regarding their "false testimony."

Caller/Reporter's to Abuse Hotlines are not just "caller's or reporters," when

they "speak" against Parents about events they "claim" to have occurred, they also

become witnesses, and, as such, should be "subject" to "Cross-examination,

Subpoena's & held accountable" just like any other alleged "witness" who's

testimony is used by Prosecutor's, CPS & others in Court against American

citizens.  Why did "Texas Anonymity Laws" usurp my "Rights to face my acusers"

in a "Court of Law," that were "supposed-to-be" protected & guaranted to me by

the U.S. Constitution?  Was it Constitutional?

2.      Why are all "accused' in the U.S. allowed to "face their accuser's" in Court *except*

"Biological Parents" accused in CPS Cases?  Why was I treated "differently" from

other accused?  Was it Constitutioal?


**Constitutional Violations:  Spouses/Family Appointed "Opposing" Attorneys**

Radcliffe "forced" my husband to testify against me by appointing us "opposing"

attorneys, Violation of my Civil Rights.

Because of Radcliffe's "Adoption" bias/agenda, she Court Orderd my entire family

"Opossing Attorneys," which *automatically* put our entire Family "against each other,

"nullified" all Federal Mandates to "reunify" our Family, "prevent or eliminate" my children's

removal, and, Violated our Civil Rights.

167

Radcliffe's attorney-appointments literally "fored" my husband to testify against me <u>while we were still married</u> in Violation of my Civil Rights.  Which, was "unfair, unjust & Unconstitutional, and, Violated my Civil Rights.

**Constitutional Violations:  Deprived "Speedy Trial"**

I was "denied" my Civil Right to "Speedy Trials" in *both* "Criminal Court" following my "false arrest," and in "Family Court" when CPS filed "Criminal Charges" against me, but my Case was somehow "diverted" to "Family Court" instead.  I was deprived "Speedy Trials" in both situations.

In Carter vs. Rafferty, The Court found:

**"...The Prosecution violated the petitioners rights to a Speedy Trial..."**

1.  On 12/28/01, CPS/Cheryl Triplett falsely alleged **"Criminal"** allegations against me, Authorized the removal of all my children, then, our case was *suspiciously* <u>diverted</u> to **"Family** Court" where "no Speedy Trials" are held, and instead was where Radcliffe presided over "ALL" CPS/Child-Custody-Cases, held me a 'Full Adversary **Hearing**" which deprived me my Civil Right to a "Speedy **Trial**," A **"Hearing"** <u>*is not*</u> a **"Trial."**

2.  I was "deprived" my Civil Right to a "Speedy Trial" following CPS/Police' "07/31/03" False Arrest.  My Criminal Attorney could not even locate a "Police Report."  That whole incident was a "hoax."  Teresa Henry had me "set-up" to be falsely arrested.  All charges were DISMISSED.

**Constitutional Violations: Radcliffe Appointed Our Family "Opposing" Attorney's**

Radcliffe appointed my Family "opposing" attorney's to put us all "against" each other in

Violation of my Civil Rights. Radcliffe appointed: "Alvin Saenz" to my husband. "S. Chris Nallie-

Courtney, Rodney Moton & Susan Edmondson to me; and "Christine Mangle" to my children.

Radcliffe Judicially *broke us up* & separated us as a "Family" before State Proceedings even

began, which showed "intent" NEVER to "reunify" our Family.

Radcliffe sole goal was to "force" our Family to "fight against each other in Court.


**Constitutional Violations:  Due Process Rights Violated**

"Termination-only" (Parental Rights) Trials & Hearings held & given to me by Ms.

Radcliffe & Judge Susan Baker Violated my Right to a "Fair Trial" because they all "excluded

Custody," which I was entitled too.  I'm a *Biological* "Parent."  Custody of my children was/is

"crucial" to being a Parent.  My Rights to "Custody" of my children was/is Paramount to my

"Protections" guaranteed me by the U.S. Constitution.

It was a "denial of Due Process" for Judge Baker & Ms. Radcliffe to "deny" me "Custody"

Hearings & Trial.  "Termination-only" Proceedings Violated my Right to "Due Process."

In Carter vs. Rafferty, the Court said:

> "...**it is essential to distinguish between ordinary trial error and that sort of**
> **egregious misconduct which amounts to a denial of constitutional due process.**
> *United States ex         rel. Perry v. Mulligan, 544 F.2d 674, 678 (3d Cir. 1976), cert.*
> *denied,* 430 U.S. 972, 97       S.Ct. 1659, 52 L.Ed.2d 365 (1977).

> **"The petitioners' Due Process rights were violated because public funds were not**
> **made available for investigative and expert services..."**

My "Due Process Rights" were *repeatedly* violated *numerous* times on several occassions

throughout the CPS Cases & the 2003 State Trial.

## Statutory Violations

1.  Ms. Radcliiffe 'illegally" placed my oldest sons with someone who "FAILED" the "Home Study" in Violation of Law.  (See "FAILED Home Study")

2.  CPS "lost" my sons.

3.  Ms. Radcliffe "illegally" placed my children in the homes of a persons who had a history of "domestic violence." (See "Aggravated Assault, Domestic Violence, Joyce Washington "Sworn Affidavit")

4.  Ms. Radcliffe after a "failed drug test," to cover-it-up, Ms. Radcliffe "illegally" mobed my children to another placement - "without a Court Order" (See "Radcliffe Court Recording)

5.  Ms. Radcliffe & CPS "illegally" placed my children with my mother who "admitted" during her "Sworn Deposition" she beat me, and, "pulled a gun" on my dad. (Corneilus P. Wilson) (See  Joyce Washington "Sworn Deposition"

6.  Judge Baker CPS "illegally" placed my children with my mother who "admitted" during her "Sworn Deposition" she beat me, and, "pulled a gun" on my dad. *Cornelius P. Wilson.* (See  Joyce Washington "Sworn Deposition" (See Joyce Washington "Sworn Deposition")

7.  Ms. Radcliffe "forced" my children to "remain" in the harmful placement with "Mary Obialo" who: smoked inside the home with my "asthmatic" children, "spanked" them, "threatened" them & "physically" abused "Christian." (See CPS

170

Docs.)

8.      Judge Baker "knowingly & deliberately" appointed Ms. Radclife "judge" while she was still practicing Law as an "attorney."

9.      Ms. Radcliffe "knowingly & deliberately" worked as both "judge AND attorney" for 16-years in Violation of Canon.

10.     CPS "concealed' they took my 6-children from me because of a "Safety Plan," not abuse/neglect as alleged.

11.     CPS/Radcliffe *concealed* CPS' investigation found <u>no abuse/neglect</u> of my children

12.     CPS "concealed" they made 2-child removals, missed the deadline to hold a Hearing, then "changed dates" to cover-it-up. CPS Officially filed the 12/27/01 Date which put them "in compliance" with the Law, but concealed the 12/23/01 removal date.

13.     In spite of a "Subpoena," CPS/UTMB Hospital concealed "Christians Birth Records" from Trial & Discovery, and, any & all evidence Christian was "injured" by UTMB Hospital Staff, while a "preemie" in the hospitals "NICU" unit.

14.     CPS/UTMB Hospital concealed 'Blood loss" my son "Elijah" sustained by UTMB Staff after they "cut" him on his little foot. (See "Elijah" Blood Loss)

15.     Ms. Radcliffe & CPS concealed "all" of my children's testimonies of their "desires to return home" from me & ALL State Hearings & Trial. In the meantrime, they told me my children "did not" want to return home.

16.     CPS took my children, then "Blackmailed" me & told me they would never return my children *unless* I yeilded to their "demands" & signed "admissions of guilt" to crimes I "did not" commit.

171

17.   CPS "concealed" all Evidence of our "stolen" Probate Case/Estate/Trust in order

to depict us as "poor, low-income, indigent" in order to steal Custody of my

children & for "Adoption purposes.

18.   CPS "served" us their "Termination Petition" AFTER it was-over & had already

commenced. (See "Served Dates")

19.   Mary Obialo (Foster Parent), sent my children to school "without vacinnations" as

required by Law.  They contacted "Chicken Pox."  Why wasn't she Prosecuted?

(See "Chicken Pox"/CPS Docs. & "Court Recording."

20.   Judge Susan Baker "illegally" Ordered I pay "child support" & "gave-away"

Custody of all my children to "others," after we WON Trial, without any legal

basis for doing-so.

21.   "Legally," Judge Baker was "supposed-to" RETURN all my children to me after

the State failed to meet its "burden of Proof" at Trial.  I still suffer as a result.

22.   Both Judge Baker & Ms. Radcliffe, *illegally* placed my children in "Permanent"

Placement with relatives" <u>BEFORE</u> "Jury Verdict or Trial," which indicated, they'd

"already" made their decisions for "Custody" prior to Trial & could't wait to

give my children-away to "others."  Both never gave me a "Custody" Hearing or

Trial & Violated my Civil Rights in failing to do so.

23.   Radcliffe was a "lawyer" who appointed "lawyers." Isn't that Illegal?

24.   Susan Edmondson (*former* attorney) had "previously" worked on my Case, and

was not supposed to work "both-side" of my case. In-error, Radcliffe appointed

her as my "trial attorney." Wasn't that a violation of the        State Bar?  I didn't

become aware of this until after Trial.  Edmondson concealed it from me.

172

Shouldn't Edmondson have "removed" herself from my case?

## Request "Emergency Order" to VOTE

I have experienced "complications" for years each time I attempted to Vote.  My Vote has been previously "denied" due to "I.D." requirement.

## Request Emergency Order To Obtain "Driver's Licence" Renewal - "By Mail"

It's not "safe" for me to enter "any" State Venue.

I have reason to believe State Officials have been authorizing & are part-of all of the "harrassing, bullying, stalking, threatening & hurting me for over 20-yrs. It's been going on ever since the CPS Cases began.

The Department of Motor Vehicles is a "State Venue." I don't trust *any* State Venue given the many horrible experiences I've gone-thru with State Officials, Entity's & Courts over the past 20-yrs.

It is noticeably obvious, Officials are behind the stalking because people have been allowed to  to "tamper" with my "mail" and, "tresspass" and "stalk me" at "Federal Post Offices" and the "Federal Courthouse." (See Photo's)  Ms. Jayne from the "Patent Office," a Government entity, contacted "Bernadette" at the Federal Post Office about a package she was sending me. Only an Official with "higher authority" could authorize "stalking & surveillance" at a Federal Post Office.  A *Higher Authority* authorized the "denial" of "renewal of my driver's license." Someone's been tampering with my *Voting* Privileges for years, which is a Civil Right.  Someone "tampered" with my "Overnight Mail" & caused it to be delivered to the "5th" Circuit "late," which caused my Case to be "Dismissed." (See "Overnight Mail."

173

The State has a $62,000.00 *Lien* against me & has "prohibited" me from getting a driver's license, due to "back child support." (See "Lien" & "Denied" License Renewal)  Judge Baker "erroneously" Ordered I pay Child-Support "in error"  out of retaliation, *without* "any" legal basis, because we WON our State Trial.

In a "catch-22," the State of Texas Ordered I pay child-support, then "prohibited" me from getting a "driver's license" due to my "inability to pay child-support."  (See Letter)

The State essentially Ordered I pay child support, then "blocked me" from getting a job or driving to work in order *to* pay child-support.

My Husband is now disbled and is "chronically ill" with several chronic Diseases.  He needs me to drive.  In addition, some of his medicines cause "drowsiness" & WARN against driving on the label.


## Emergency Order To Get "Public Housing / Other Housing"

Plaintiff request "Emergency Orders" to enable us to get Public Housing & "Section-8" Housing which was "denied" to us, have "denials" redacted from our files, to "clear our names" & have our names "approved" for Housing & Section-8.  We were preiously "denied" *both* due to I.D. requirements. (See "Housing")

We've been denied "Public Housing" *twice* at Galveston Housing Authority (GHA) because I don't have I.D./Driver's License. The *Departmet of Motor Vehicles* punishes people who *allegedly* "owe back child support."   I shouldn't, but its "on the record" that I do owe *thousands* in back child-support.  The Attorney General's Office has a "$62,000.00 "Lien" against me I "should not owe" because I WON at Trial & Judge Baker illegally Ordered it "without any legal basis" & out of "retaliation" because the State "lost its case against us."

August 2022, we were denied "Housing" because I don't have valid I.D.

June 2021, we were denied "Public Housing" because I did not have a "I.D." and due to my "Religion." GHA literally included my "Religion" in its System & used it against me. I've filed *numerous* "Complaints," but it *still* has not been resolved yet & keeps preventing us from getting "Housing."

December 27, 2016, we were "denied" Public Housing becaues I did not have "I.D." (See 12/27/16 *Cedars at Carver Park* "denial letter." We never "declined" Housing. We needed it. *Cedars at Carver Park* put that lie in the System to *point a finger at us* for their "denial." We were promised "Housing" because "Hurricane Ike" destroyed our apartment at "Cedar Terrace" in 2008. It took "years" for GHA to rebuild. We were entitled to Housing at *Cedars at Carver Park*. They "declined" *us*. We never declined them. Rents are "high." My husbands sick & on a "fixed income." I'm take care of him. We needed "Housing" based on his "income."

I need Texas' $62,000.00 "child support lien" "removed" from my records, AND, from their records. It was Ordered in error & should be erased & disolved.

From what I've experienced, it is *literally* going to take a *Federal Order* for me to "safely" get "I.D" - "in Peace."


**Emergency ORDER of Protection: Request "Federal Protection"**

I request "Federal Protection" for the reasons disclosed in my Lawsuit. I respectfully ask the Court to GRANT me a "Protection Order" so I can purse Justice "In Peace" without interferance from Officials & others.

I have reason to believe someone is "hacking" my Computer & Printer in an effort to STOP this Lawsuit & my pursuit of "Justice."

While I was tying this very "Federal Lawsuit" on my Computer, my "computer screen" went "BLANK."  My Printer stopped working "mid-stream," right after I had been using it for "hours."  Then my Printer stopped working properly.

Galveston County Officials and/or their colleagues have been <u>secretly</u> "stalking, bullying, harassing, following, falsely arrested and/or searched my residence and Violating my Civil Rights for about "20-years" now, since 1998. It got *much* worse after we won Trial in 2003:


- My "Federal Lawsuit "Overnight Mail," I mailed at the **U.S. Post Office**, was "delayed," and caused the *5th Circuit Court of Appeals* to "DISMISS" my case.

- Over 200 of my "Original Songs" were *allegedly* "lost" by the **"U.S. Copyright Office**

- My Patent was "sabbotaged" at the **U.S. Patent Office.**

- Wilbert Long/Federal Building **Security** stalked me *twice* in Federal Courthouse Elevator.

- **Det. Joey Quiroga** stalked me inside the Federal Building while I was mailing my Case.

- **Det. Joey Quiroga** - assisted CPS with their 12/21/01 investigation inside our residence.

- **Det. Joey Quiroga** & Police took my children away 12/27/01.

- **Det. Joey Quiroga**, "stalked" me at "Coastal Community" Federal Credit Union whenever I was scheduled to speak with "Renell Bloom."  After the 3rd time I realized it wasn't a coincedence & I stopped doing "any" business with her.

- **Det. Joey Quiroga** & Richard King/CPS (who took my children) bought a "Book" from me at "Hastings Book Store."

- **CPS/Police** entered my residence without my consent/knowledge or warrant on 12/21/01.

176

- **CPS/Police** entered my residence without my consent/knowledge/warrant on 12/23/01.

- **CPS/Police** entered my residence without my consent/knowledge/warrant on 12/26/01

- **CPS/Police** entered my residence without my consent/knowledge/warrant on 12/27/01.

- **CPS/Police** entered my residence without my consent/knowledge/warrant on 7/31/03.

- **CPS/Police** "stalked" us as "Best Western"  Hotel 12/27/02

- **CPS/Police** searced/interrogated my children without my consent/knowledge on 12/27/01.

- **CPS** came-back 2nd-time w/o Police harassing us using cough medicine as their excuse.

- **CPS** came back 3rd time w/o Police to harass us using a "Safety Plan" as their excuse.

- **CPS** came-back 4th time w/o Police to harass us using "milk" as their excuse.

- **CPS "stalked"** us at "Budget Inn" in 2002

- **CPS "stalked"** us & "broke-inside" our Beachfront Condo who then "kicked us out."

- **CPS** took my children out of school w/o my knowledge/consent traumatized them - 1998.

- **CPS** took Custody of my son "Elijah" 12/23/01.

- **CPS** took Custody of my remaining "5-children" 12/27/01

- **APS** took my dad without a Case inside UTMB Hospital & stalked me 4/26/16

- **APS** took my dad without a Case inside UTMB Hospital & stalked me 5/14/16

- APS took my dad without a Case inside UTMB Hospital & stalked me 6/8/16

- **Police/LeAnn Stubbs** surrounded me to give me a "piece of paper" on 1/11/02.

- **Radcliffe's Bayliff/sheriff deputy** "searched" my purse inside "Walmart" 01/25/14.

177

- **Radcliffe's Baliff/sheriff deputy** pointed a gun in my face/threatened to kill me 7/31/03.

- **Sheriff deputy** returned my Purse stolen during 2003 Trial & knew it belonged to me.

- **Sheriff's deputy's** came to my residence harassing me & alarmed Management 1/11/18.

- **Sheriff's deputy's** came to my residence harassing me & alarmed Management 1/12/18.

- **Sheriff deputy's** came to my residence harassing me & alarmed Management on 1/18/18

- **Sheriff deputy** "Reggie" stalked me at our Condo & alarmed Management January 2018.

- **Sheriff deputy's** harassed/texted me during my Federal Case against Mr. Henry 1/12/18.

- **Sheriff deputy's** harassed called me during my Federal Case against Mr. Henry 1/14/18.

- **Sheriff deputy's** harassed/called me during my Federal Case against Mr. Henry 1/12/18.

- **Sheriff deputy's** harassed/called me during my Federal Case against Mr. Henry 1/11/18.

- **Medical Examiner/Mark Henry** seized my dads remains 10/26/17 & kept them 10-mos.

- I've had **"3-robberies"** where *only* **"data & documents"** were "stolen."

There's been <u>MANY</u> other incidents, a man yelling at me inside Walmart, the "same people" stalking inside Walmart, people "stalking" me inside Kroger, people "stalking" me inside Randall's, a man Violently harrasing me inside Kroger at the "Customer Service" desk. There were "Camera's" at each of these places. Store Camera's should have "caught it on-tape." A *hostile* "mexican man" followed me outside the Kroger to the Parking Lot (I reported the incident) I've reported incidents to "Kroger & Walmart. Several "plain-clothed" officer stalked & harrased me at "Office Depot" & literally asked me in front of the "whole store" what kind of documents I was filing.

Apparently, somebody out-there *does not* want me Filing "Federal Lawsuits." I've been

178

"stalked" at the U.S. Post Office more than anywhere else in the past 20-years.

**Emergency ORDER: Request To Legally "Change My Name"**

"Selah" is my "Spiritual" GOD-Given Name.

I request to *Legally* change my name from "Sheila" to "Selah," my Spiritual GOD-given name.

My GOD-given name is "Selah."  My mamma named me "Sheila."  I request my name be legally changed from "Sheila" to "Selah" for Spiritual/Religious reasons, under my 1st Amendment Constitutional Right to "Freedom of Religion."  I also need a "New I.D." & possibly a new Soc. Sec. Number  due to so many "identity theft" & other incidents.

On 4/13/11, the Texas Comptroller notified us of potential "identity theft."  We suspect a "tax preparer" who filed our **"Joint" IRS Tax Return"** shared *both* our "Social Security Numbers" & other personal data & information with others.  We alerted "Authorities." (See 4/13/11 "Texas Comptroller" Letter)

On 10/28/11, someone "stole" my husbands "entire paycheck" out of our "bank acount." The Bank gave "traced" it & informed us it happened "Austell, GA," a place neither of us have ever been.  We contacted "Georgia Police" & various "Fraud & Theft Services.

On 5/20/15, the IRS notified us someone attempted to "impersonate" me using my "Social Security Number. (See 5/20/15 IRS Letter)

On 1/4/16, the IRS sent us a letter informing us we were victims of "identity theft" & need to use a "PIN" from now on to file our taxes. (See 1/4/16 IRS Letter)

On 5/10/17, "Direct TV" notified I will not be held responsible for a "bill" someone I did not know who used my "Private Information." (See "Direct TV 5/10/17 Letter)

- I need to "legally" change my name from "Sheila" to "Selah" my GOD-given name for "Spiritual Reasons" & in-lieu of my "Religious Freedoms." It's "Biblical." GOD changed "Abrams" name to "Abraham. GOD Changed "Sarai's" name to "Sarah." It is GOD'S Will my name be changed to "Selah."
-
- The *IRS* informed me someone stole my Social Security Number, filed a "tax return" using my "Social Security Number," & that I now have to file my returns with a Special IRS "PIN#" to file my taxes (See IRS Letter)The *IRS* informed me *because* someone stole my Social Security Number, I now have to file my returns with a Special IRS "PIN#" to file my taxes (See IRS Letter).
- Someone in *California* "illegally" used my Social Security Number to obtain cable & utilities.
- Due to this Case - I have "bad credit."
- a woman in *California* used my "Social Security Number" to acquire "Cable & Utilies;" (See Docuemts)


**Emergency ORDER to STOP Child-Support/Lien**

I was "DENIED" renewal of my License by the Attorneys General Office due to "child support" I should not owe because we WON the CPS Case at Trial. (Please see "Denial."

I believe Judge Baker "abused discretion" by ORDERING I pay "Child Support" immediately after we WON our 2003 Trial, which has led to a "$62,000.00 Lien" against me by "Joyce Washington" and the Attorney General's Office, that I should not owe.

Judge Baker also "abused discretion" by: 1) ORDERING I pay child support; 2) then

180

"ignoring" my "ex-husband" had not paid me $486.00 monthly in "child support" for *5-years*;

3) the California ORDER.

**Emergency ORDER for "Driver's License" by Mail**

      I am not "safe" in "any" State Venue, forum or facility - as proven by numerous *"stalking, following, thefts, harrassment, stalking & bullying* experiences I've had for about 20-years, which I have disclosed in this Lawsuit.  There's just "no protection" for me from Officials who retaliate against me.

      It is not "safe" for me to go to "any" State Venue in Texas, *including*, the Texas Department of Motor Vehicles to get or apply for "I.D."  Those who "retaliated" against me, including "officials," have made it *difficult*.  I cannot go to "any" State Venue "in peace" as disclosed throughout Plaintiff's Complaint.

      The Department of Motor Vehicles treats people "differently" who allegedly owe "back child-support.  As long as it is still "on the record" I owe over $62,000.00 (even though I WON my case), "any" State Venue is "not safe" for *me*.  Including the Department of Motor Vehicles. It'll still be 'on the record" in many databases.

      I literally cannot enter the Federal Courthouse like other U.S. Citizens because: 1)  "I.D." is *now* <u>required</u> to enter & I don't have one & can't get one due to "back child support" I shoud not owe;  and, "Wilbert Long" who has harrased me in the past is *still* there at the Federal Courthouse, still armed & still dangerous.

      I am prohibited from "freely" being allowed to do so due to constant "harrassment, bullying, stalking, threats & verbal attacks ever since CPS invaded our lives & we WON Trial.

**Emergency ORDER - "Public Housing" - Denied**

On 12/27/16, "Cedars at Carvers" denied our Section-8 Housing Application "...due to request for valid I.D for his spouse." We never "declined" Housing as "ShaRonda August" *falsely* claimed. We needed it. It was Christmas. The "Units" were "newly built." Units were furnished with Brand New "new applicances, new flooring, new ceiling fans, newly painted walls & other amenities." We really wanted it. Plus, my dad lived with us at the time & the *new units* had "handicap accessible" units that would have easlily accomodatred his needs. We stayed in the "Cedar at Carver Park Office "for hours" filling out the necessary paperwork & fully expected to "move-in" to our "income-based" Housing Unit. Cedars "declined" to continue our application because I didn't have a valid I.D., then, sent us a "fake" excuse, that we declined.

On 10/13/21, GHA "denied" our Housing Aplication and "removed" us from its "Waiting List," because I did not have a valid I.D. (See 10/13/21 DENIAL Letter)

On 11/01/21, GHA "Closed" our "waiting list file." GHA also "removed" our file from "...the Public Housing Waiting List." (See 11/01/21 GHA Letter)

I have filed *several* Complaints with "HUD" regarding these matters. It is still *unresolved*.

"State Venue's" in Texas are not "Safe" for me. I cannot go to DMV like other "U.S. Citizens." I also cannot go to DMV due to my "Spiritual Belief's."

I *respectfully* ask the Court for an ORDER to "renew" my *driver's license* by mail, due to the many unusual & extenuating circumstances I have disclosed throughout this Lawsuit.

I did not have a Lawyer & could not afford to hire one. I've suffered too much "harrassment, stalking, bullying even "false arrest" due to Galveston Officials for nearly 2-decades, as disclosed throughout this Complaint.

**Prosecutors Cannot "Withhold Exculpatory Evidence"**

Prosecutor's "not" telling me & *thousands* of "Biological" Parents our Judge was an

"attorney" for over 16-years, prosecuting our Cases, Prosecuting Radcliffe's cases as "both Judge

and Attorney, and, *knowingly, deliberatedly & intentionally* withholding this "exculpatory

evidence" from all of our Trials,  - was *enourmously* "negligent" - Countywide.

In *Carter vs. Rafferty* , the Petitioners alleged the state violated Brady v.

Maryland. 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed. 215 (1963). I allege the *same*.

The State cannot arbitrarily "withhold" *whatever evidence it wants*, like it did during my

Case & Trial.  Yet, Prosecutors  already knew Radcliffe was an "attorney" when they Prosecuted

my Case, concealed it, then, *still* Prosecuted my Trial also.

> **"The Third Circuit...construed...in Pyle v. Kansas... "suppression of
> evidence" favorable" to the accused was itself sufficient to amount to a denial of due**
>
> **process.** *195 F.2d, at 820; Nape v Illinois, 360 U.S. 264, 269*
> **Mooney v. Holohan ...we said:  "The same result obtains when the State,
> although not soliciting false evidence, <u>allows it to go uncorrected when it appears</u>."**
> *Alcorta v. Texas, 355 U.S. 28.*

Prosecutror's *knowingly* Prosecuted Radcliffe's Cases as *both* <u>Judge</u> and <u>Attorney</u>, knew

about her *dual-roles*, but "concealed" it from me.  <u>No one</u> stopped Ms. Radcliffe or alerted

authorities.

In the 02/07/13 Article, Judge Dupuy said it had been "...**transpiring for more than a**

**decade**..." Greg Enos/Attorney said he'd been arguing about it "...**for years**."  *Meanwhile*, Mark

Henry neglected to reopen all Radcliffe's *illegal* Cases, resolve or give me & others "Justice."

Radcliffe/Attorneys/Prosecutor's were all "well-familiar" with the *Texas State Bar* & the

Law.  They all <u>knew </u>the *do's & don't's*.  Yet, *none of them* reported Radcliffe to "authorities"

except Dupuy.

Per the 2/7/13 issue of the *Galveston Daily News*, Radcliffe's dual-roles as judge/attorney

had been "common knowledge" for *years* Countywide. Prosecutors were the very one's

Prosecuting Radcliffe's Cases, Hearings & Trials as both "Judge AND attorney."

## Pro Se Litigant

I am a "Pro Se" litigant.  Not "by-choice."  By "necessity."  I cannot afford to hire "Civil

Rights Attorney's, and, I want to: Vote, have "Parental Rights, Family Rights & be treated like a

U.S. Citizen.

> **"...when litigant is pro se, his allegations and briefs were construed more
> permissibly**...*" S.E.C. v. AMX, Intern., Inc. 7 F.3d 71 (5th Cir 1993); Johnson v. Atkins,
> 999 F.2d 99 (5th Cir. 1993)*

## Request For Court To Appoint Counsel

I, Sheila Bell, ask if the Court would appoint me "Counsel" to represent me and/or help

me, due to the numerous "unusual circumstances" involved in this Case.

> **"A federal judge has discretion to appoint counsel if doing so would advance
> the proper administration of justice.** *(28 U.S.C. Section 1915(e)(1); Ulmer v.
> Chancellor,     691 F.2d 209, 213 (5th Cir. 1982)*

## Damages

> **"As we have said, the decision in Bivens established that a citizen suffering a
> compensable injury to a constitutionally protected interest could invoke the general federal-
> question jurisdiction of the district courts to obtain an award of monetary damages against the
> responsible federal official.** *Bivens v. Six Unknown Fed. Narcotics Agents, 403 "-U.S.388"*

> **state officers absolutely immune from personal liability under 1983 solely  virtue
> of the "official" nature of their acts."** *Hafer v.Melo*

**"42 USC 1985(3) "provides a remedy when individuals conspire to deprive a member of a protected class of equal protection of the laws or equal privileges and immunities under the  laws."** *Edwards & Assocs., Inc. v. Black & Beatch, L.L.P., 84 F. Supp 2d 1182,1197 (D. Kan. 2000) (citing Gallegos v. City & County of Denver, 984 F.2d 358, 362 (10th Cir. 1993).*

**Change of Venue**

Galveston's "Family" System was not <u>EQUAL</u>.

I live in an **Adoption** County. Texas is an **Adoption** State.

There was "No Justice" for *any* "Biological Parent" like me, in **Adoption - Courts**, an Adoption-**Family System**, ran by Adoption-only **Officials**, presided by Adoption **Judges** "using & exploiting" innocent children by an Adoption CPS-Director (Cheryl Triplett),  litigated by Adoption **Attorney's**, that involved Adoption Affiliates like **CASA/Child Advocates & CPS Director & CPSWorkers** who take children from "Biological Parents" like me, for **Adoption** instead, who tried to have my children Adopted - who all "CELEBRATE" & brag about their **Adoption** efforts in the Galveston Daily News **every year**, since 2001, that *resonates*, and *permiates* throughout the entire State of Texas & its "Family Court System."  They did not support "Biological Family's" EQUALLY.

*Biological* Family's were merely means to get their Adoption causes facilitized.  Officials needed "our children" to have a System. Without Biological Parents children, they had "no System."

Ms. Triplett (CPS) too my & her staff  took children *by any means necessary.  Including* "lying" to the Court System about "Abandonment," when both CPS and UTMB Hosptial had "documented" evidence of our "visits" inside their files all along.  (See Abandonment & "Visits.")

185

Ms. Triplett "authorized" the removal of my son & children, for "Abandonment" she knew, never occurred.

Many Galveston Attorney's , *including* my attorneys worked the Galveston/Houston area, have Houston Offices & are *closely* affiliated with Houston Courts. Rodney Moton, Susan Edmondson & S. Chris Nallie-Coutney all worked the Galveston/Houston-area and/or had Offices at the time of my case. (See "Addresses")

The same goes for CPS who sent my children to "outside" County's.  Galveston Officials worked the Houston-Galveston area *frequently back then* & *still* do.

Since 2001, the "heads" of Galveston CountyJustice have participated-in, supported, gotten "Press Ops, recommended and/or ruled for "**Adoption**" every year.  Not "1-year" since 2001, has there not been "biased" **Adoption-only** coverage in the "Galveston County Daily News," the County's "only" Newspaper.

Radcliffe Publicly supported Adoption. (See 11/14/04)  Cheryl Triplett Publicly supported Adoption. The Galveston County Daily News Published "Adoption." (See Galveston Daily News 2001-2022)  Susan Edmondson Publy supported

Then they all ganged-up against me & other Biolgical Parents in COURT, and facilitated, recommended or Ordered - Adoption.

The above entity's & people *jointly* caused my children & others to be sent children "Statewide"out of Galveston County," like they sent my children to "East Texas/Tarrant County, Fort Bend County & Phoenix, Arizona.

There is "no shortage" of **Adoption** Publicly in Texas.  It's everywhere!  It's on "TV, the News, Social Media, News Papers & inside Courtrooms.   There is no such efforts made by anybody for "Biological" Family's & Parents EQUALLY!  That's Discrimination.

186

Texas is an Adoption-only State.

Texas *does not* Publicly support "Biological" Parents & Family's EQUALLY.

I need this Case moved to another State like Louisiana that's not "Adoption-biased" and, where

the 5th Circuit is, should there arise need for Appeal.  I need a "Change of Venue."

My "complete exoneration" at Trial (2003), has never been taken into consideration by

"any" Galveston County Court.  Galveston County Courts are "corrupt," as proven by our

"Probate & Family" Cases.  We still await "Justice,"

Those involved in my Case were too "staunchly Pro-Adoption" and supported Radcliffe.

In Galveston County Courts, under Radcliffe's direction then, and, which still resonates

today:

100%   **ALL** children were sent to Adoption/Guardians/State. (See 11/14/04 Daily News)

  0%   children were "returned" to their Parents by Radcliffe.

  0%   of "Biological" Family's were "reunified" by Radcliffe.

  0   "Custody" Hearings were held for *Biological* Parents in CPS Cases by Radcliffe

  0   "Custody" Hearings were held in my 16-mo. Case.

  0   "Custody" Trial(s) were held in my "Termination of Parental Rights" Trial.

  0   "Parent Advocates" were appointed by Radcliffe.

  0   "Family Advocates" were appointed by Radcliffe.

  0   Attorneys were appointed to Children/Parents/Familys before CPS' child removal.

  0   "Reunifications" of Biological Family's featured Galveston Officials.

57.3   Black children/Adoption 2009 under Radcliffe (See 11/15/09 Galv. Daily News)

23.6   Hispanic          "                              " (See 11/15/09 Galv. Daily New)

80%   Minorties        "                          "  (See 11/15/09 Galv. Daily New)

Radcliffe tried to "force" my children to become one of her "statistics."

No Texas County or State Court has *ever* taken into consideration I should have been awarded "Custody" of ALL of my 6-children & that the State "failed to meet its burden" as required by Law.  Galveston Countys' 2001 CPS/Child-Custody Case has led to "Federal" complications & ramifications, like: "IRS Audits, withholding of Tax Refunds since 2005, denial of Public Housing, Denial of my Vote, denial of "Driver's License Renewal" and a whole host of additional unpleasant circumstances since 2001, because Cheryl Triplett, Ms. Radcliffe, Judge Baker & others took my children from me.  Not to fail to mention all of enourmous trauma & damage this has all done to our Family, my children & my reputation as a "Christian" & Gospel Artist.

Texas is a "Pro-Adoption" State. (See Adoption)  Texas Publicized **Adoption** support. Texas Advertizes **Adoption** in the media.  Texas prefers "Adoption" and "Foster-Care" placement of children.  (See my Case)  Texas *does not* promote, support, Advertise or garnish "front page" Publicity for "reunifying" *Biological* Parents/Family's, like it *routinely & annually* has done for "Adoptive/Foster" Parents & Families.

Texas "takes children from Biological Parents" to give to "Adoptive" & "Foster" Parents.  Texas "Discriminates" against *Biological* Parents like me.

Radclife ran an "unjust" and "UNEQUAL" System of Injustice that attacked Biological Family's.

As disclosed in this Lawsuit, I've experienced "In-Justice" in  Galveston County Court Systems. They are "corrupt."  I cannot get "Justice' in "any" Galveston County Court until they are "cleaned-up" by Authorities. "*Big money-ties, friendships, nepotism, cronyism* has always

prevailed over Justice.

It's been over "20-yrs." I've gone thru every County Court in Galveston County (Probate, Criminal, Family) seeking Justice & *still* have not obtrained it yet. I Appeal to this Court for it.

I ask the Court to GRANT me a "Change of Venue" in this Case, preferably *Louisiana*. No Court in Texas due to Adoption bias & corruption activities. Please, no Court in Texas.

Officials, Police, Sheriff's, Judges, CPS, Det. Joey Quiroga & others keep "interfering" with me, my Cases & pursuit for Justice in Federal Court, even "Postal Security" (not Federal Courthouse Security) at the Federal Courthouse. I need a "Change of Venue" to a Court & City other than Galveston County or Houston.

Galveston County is a "Pro-Adoption-only" County, and Texas are "Pro-Adoption-only State" as evidenced by its "front page & othe Adoption" media. (See "Articles)

Galveston County was too "Adoption-biased" and "Anti-Biological Parent" to entreat Biological Parents "fairly," Reunite Biological Families, or return Biological Children to their Biological Parents. Radcliffe saw-to-it, Galveston County was "Pro-Adoption." To this day, **Adoption** gets "front-page headlines" EACH YEAR due to Radcliffe's Efforts.

Radcliffe did not *return* children to their Parents or *reunify* Biological Family's for **Adoption** purposes.

It was "Discriminatory" for Judge Baker & Ms. Radcliffe to deny & deprive me "Custody" Proceedings, Hearings and/or Trial after taking my children from me & Violated my Civil Rights.

Because of Ms. Radcliffe, everyone she appointed to my Case was "Pro-Adoption," testified against me during Hearings or at Trial or worked or made "recommendations" against me, including: my own former attorneys, *Susan Edmondson, Rodney Moton, S. Chris Nallie-Courtney*. (See Ad, Susan Edmondson Letters); Attorney's, CASA, CPS, Sheriff's (See 11/14/04

189

Galveston Daily News.

It's been my experience that, Galveston's Court Systems were "corrupt," and, are where a "bed of bias, cronyism & nepotism" always prevailed, instead of *good old-fashioned* "Justice."

In 2001, "Bill **Quiroga**" was Mayor of Galveston when "Det. Joey **Quiroga** took all children from me. Det. Joey Quiroga & Richard King (CPS) who both kidnapped myt children, bought my Book at "Hastings Book Store" to intimidate me from pursuing Justice in Federal Court. Det. Joey Quiroga "stalked" me during my "5th Circuit Cases." Suzanne **Schwab-Radcliffe** had her own brother "**Taylor Schwab**" as D.A. during my 2001 Case. (See Court Recording) **Teresa Henry** had me "set-up" to be "falsely arrested." **Mark Henry** "confiscated & seized" my dad's remains for "10-months." **Cheryl Triplett** (CPS Director) "authorized" my chidlren taken. **Mr. Triplett** was "security" at our Complex, and, attended "French Classes" I attended. **Wilburt Long** (Federal Courthouse Security) knew me previously from a Mark W. Stevens Case. **Wilbert Long** stalked me inside an elevator *twice* at the Federal Building while *armed*.

I believe a "change of Venue" is *necessary* for me to have "any" chance of receiving Justice.

Galveston/Texas is proof, I cannot get "Justice" this County or State.

It is a "conflict of interest" when the "same-agency" that took my children from me, Publicly/Privately supported **Adoption**, took my children, then tried to have them **Adopted**. (See Adoption/Bell Children, Cheryl Tripplet, Deputy's, Judges "**Adoption**" Articles)

There was "no-way" I could have received Justice as a "Biological" Parent, in an **Adoption-**only County & State where "Adoption-bias'" prevailed and where **Adoption** Officials & Judges presided.

**Protective Order - I Need "Protection" At Federal Courthouse While Filing Federal Cases**

"Wilbert Long" (Security/Federal Post Office) followed me TWICE - "inside & out, "up & down," then "to & from" the 4th Floor Elevator at the Federal Courthouse. He kept stairing at me in a "threatning manner." I didn't know why. When the "second-incident" occurred, I asked one of the Clerk's inside the "Clerk's Office' if she would ask "Courthouse Security" if they would "escort" me down the Elevator to protect me from Wilbert's "hostility" towards me. They did. Courthouse Security was kind enough to "escort" me down the Elevator, so that I could leave the Federal Courthouse "in peace." Wilber Long knew me from a previous Case. As a woman & Plaintiff, I did not feel safe "anywhere" in the Federal Courthouse around him inside the "Elevator" after being "stalked" by "Wilbert Long" who was "armed." Wilbert Long was "armed," looked very "hostile" towards me & was "pretty intimidating." He didn't speak. He just kept stairing at me & following me like he was going to "do something to me. Wherever I went, he went. He then got-off the elevator on the same floor (4th Floor) where I was going to file my Case, then went thru a "side door," & disappeared. When I came out to go to the Elevator, suddenly, there he was again. He packs a "gun. I said nothing. I did nothing wrong. What he did was *un-called-for*. Unprovoked. I request Federal Authorities to investigate the matter. I stopped going inside the Federal Building because of *both* incidents.

I desperately need to be able to pursue Justice "in PEACE!" Without outside or inside interferance by "anyone," including Officials, Wilber Long, Joey Quiroga or "any" other person sent by anyone else, attemtping to thwart or stop me from pursuing Justice in my Case.

**Protective Order - Stalked & Followed**

I need "Protection."

191

On 09/27/22, I had to call "Epson Printers" again to tell me how to get my Printer to Print, after I'd been Printing for "several hours" earlier. It just suddenly STOPPED working. It's been happening ever since I began typing this "Federal Lawsuit." I firmly believe and have reason to believe my Computer & Printer are being "hacked." I need to finish this Lawsuit. It's taken me "weeks" to type. I'm still not through. But I keep getting "hacked." So, I'm sending what I "have been" able to type & complete so that I can at least "file" what I "have."

I need "Protection."

Det. Joey Quiroga has stalked me on "several" occassions down through years: 1) On 12/20/01, he accompanied CPS as they conducted their investigations & searches of my children & home; 2) On 12/27/01, he took my children along with CPS & "several" other officers; 3) he & Richard King (CPS) came to "Hastings Book Store" and bought one of my Books; 4) he stalked me inside the Federal Courthouse while I was filing a "Final" document during one of my cases.

I've been "stalked, followed & harrased ever since the CPS Cases began. I believe I have evidence and reason to believe "Officials" *are behind it* since it occurs on Governmental Property also.

> **Federal courts can intervene when there is a "...showing of bad faith, harassment or other extraordinary circumstances..."** (Middlesex County Ethics Comm'n v. *Garden State Bar Ass'n, 457 U.S. 423, 435 (1982)*
> **"...IF the state officer's action caused severe injuries... so that it amounted to an abuse of official power that shocks the conscience, it should be readdress under Section 1983."** *(Shillingford v. Holms, 634 F.2d 263, 265 (5th cir., 1981), Hall v., Tawney, 621 F.2d 607, 613 (4th Cir. 1980, and Johnson v. Glick, 481 F2d. 1028, 1033 (2nd Cir., 1973)*

Upon filing my Federal Lawsuit with this Court against Mr. Henry, Henry's Sherriff Deputy's were *repeatedly* called, texted & came to my residence to stop my Lawsuit. (See

"Sherriff's) "Reggie" (Sherrif), my *former* neighbor's boyfriend from decades earlier, tried to

"trick" his way into my home, although we were NEVER friends, only *posing* as one to deceive

me.  The "ruckus & attention" nearly caused us to be "evicted" by management.


## Officials "CAN" Be Sued in their "Individual &  Official Capacity's"

Mark Henry (County Judge) & Suzanne Schwab-Radcliffe "knowingly & intentionally"

violated the Law &  my Constitutional Rights. Officials can be sued in their "individual capacities:

> **"…Per, USC1983 it is a crime, "… for a state official to act willfully under color of state to deprive a person of constitutional rights…"rights…officials can be on notice that their conduct violates established law even in novel factual situations…"** *(United States v. Lanier, 520 U.S. 259, a §242)*

> **"…No man in this country is so high that he is above the law… All officers of the government, from the highest to the lowest, are creatures of the law, and are bound to obey it.** *(United States v. Lee, 106 U.S., at 220)*

> **"…Since an unconstitutional act, even if authorized by a statute, was viewed as not authorized in contemplation of [438 U.S. 478, 491] law, there could be no immunity defense** *(15 See United States v. Lee, 106 U.S. 196, 218 – 223); Virginia Coupon Cases, 114 U.S. 269, 285 – 292 (1885).*

> **"…unnecessary and wanton infliction of pain…constitutes cruel and unusual punishment forbidden by the Eighth Amendments.** *(Whitley v. Albers, 475 U.S. 312, 319 (1986* )


## "No Immunity" When Officials "Violate Constitutional Rights of Individuals

The Defendants in this Case should not be given "immunity" for their illegal actioins.

> **"…Since an unconstitutional act, even if authorized by a statute, was viewed as not authorized in contemplation of [438 U.S. 478, 491] law, there could be no immunity defense.  15 See United States v. Lee, 106 U.S. 196, 218 – 223); Virginia Coupon Cases, 114 U.S. 269, 285 – 292 (1885).** *United States v. Lanier, 520 U.S. 259, a §242.*

> **"…T"[T] unnecessary and wanton infliction of pain…constitutes cruel and unusual punishment forbidden by the Eighth Amendments.** *Whitley v. Albers, 475*

*U.S.    312, 319 (1986 )*

"...IF the state officer's action caused severe injuries... so that it amounted to an abuse of official power that shocks the conscience, it should be readdress under Section 1983." *(Shillingford v. Holms, 634 F.2d 263, 265 (5ᵗʰ cir., 1981), Hall v., Tawney, 621 F.2d 607, 613 (4ᵗʰ Cir. 1980, and Johnson v. Glick, 481 F2d. 1028, 1033 (2ⁿᵈ Cir., 1973)*

"Federal Officials should enjoy no greater zone of protection when they violate federal constitutional rules than do state officers. *Pp. 496-504. [438 U.S. 478, 479]*

Since an unconstitutional act, even if authorized by a statute, was viewed as not authorized in contemplation of [438 U.S. 478, 491] law, there could be no immunity defense. *15 See United States v. Lee, 106 U.S. 196, 218 – 223); Virginia Coupon Cases, 114 U.S. 269, 285 – 292 (1885).*

"(A)n official would not receive qualified immunity if he 'knew or reasonably should have known that the action he took within his sphere of official responsibility would violate the constitutional rights of the [plaintiff] or if [the official] took the action with the malicious intention to cause a deprivation of constitutional rights or other injury'." Hobson v. Wilson, 737 F.2d 1. 24, citing Wood v. Strickland, 420 U.S.308,322.

"State executive officials are not entitled to absolute immunity for their official actions. Scheuer v. Rhodes,supra"

"[S]ince Ex parte Young, 209 U.S. 123 (1908),"it has been settled that the Eleventh Amendment provides no shield for a state official confronted by a claim that he deprived another of a federal right under the color of state law." Scheuer, supra, at 237."

Eleventh Amendment does not erect a barrier [502 U.S. 21,31] against suits to impose "individual and personal liability" on state officials under 1983. Ibid."

"We hold that state officials, sued in their individual capacities, are "persons" within the meaning of 1983. The Eleventh Amendment does not bar such suits, nor are state officers absolutely immune from personal liability under 1983 solely virtue of the "official" nature of their acts." *Hafer v.Melo*

## Emergency Orders

I am asking the Court to "Grant" me a "I.D and/or Driver's License" by mail.  I cannot

come to the Federal Courthouse and Personally file this "Lawsuit" because I don't have "I.D. or a "Texas Driver's License. "State Venues & Facility's are not "safe" for me, for reasons disclosed in this Lawsuit. And, due to "Spiritual Reasons," I cannot go to the Department of Motor Vehicles for an "I.D. or Driver's License." I.D.is now required to enter the Federal Courthouse. I cannot "physically" pursue Justice in Federal Court because I do not have an "I.D. or Driver's License."

I ask the Court to GRANT me my dad's remains "his ashes" & an Order GRANTING me Beneficiary of Dad's Estate and whatever else is left of my Dad, since Mark Henry (County Judge) "released" my dad's "remains" to "Kayla Wilson," who "secretly" had my dad "cremated" *behind-my back* without my knowledge, consent or even a "notice." Kayla then took money my dad made me "Beneficiary" of for his "burial," but had dad "cremated." I plan to give my Dad a "Memorial" in hjis Honor. I would at least like to have "dad's ashes." Its important to me.

The State of Texas has for *years* "denied" me the opportunity & my Right to obtain a "driver's licence" due to "back child-support" I should not owe, because my Case was WON at Trial in 2003. (See "Denial/Driver's License."

Because the $62,000.00 "Lien" against me by the State of Texas is "on the record" due to "back child support," I cannot get an "I.D. or Driver's License" like other normal persons who *do not* have a "$62,000.00 Lien" *against* them. Texas treats people whom it *alleges* owes child support "differently" from those who "don't." I ask for a "special Order" to get "I.D./Driver's License" by mail. The "Child Support" Order was issued due to Ms. Radcliffe's, Judge Baker's & the State Of Texas'"error." It was Ordered "in-error." Not "by-Law." It needs to be "corrected."

I, Sheila Bell *respectfully* request "Emergency Orders:"

1.      "Renewal" of my "Driver's License/I.D." **by "Mail**."

2.      REVERSAL of ALL Ms. Radcliffe's Court Orders in my Case since 2001

3.    Reversal of ALL Judge Baker's "Court Orders" in my Case since 2001.

4.    Custody Orders giving me Custody of all my 6-children, *retroactively* since 2001.

5.    Legal Custody of my son "Christian" be given to me retroactively since 2001.

6.    Legal Change of "my name" from "Sheila" to "Selah" my GOD-Given Name..

7.    ALL "Child Support" Liens/Debts be "cancelled" retroactively since 2001.

8.    ALL "Child Support" payments deducted since 2001 be "reimbursed."

9.    ALL "Tax Refunds" withheld from me since 2005 be "reimbursed."

10.    ALL "Stimulus Checks" wittheld from me since 2001, be "reimbursed."

11.    Removal of the Attorney General's $62,000.00 "Lien" against me for back child-support I should "not" owe because we WON our 2003 State Trial & it was "retaliatory" & Judge Baker Orderd it without "any" legal basis for doing-so.

12.    "Reimbursement" of all IRS Tax Refunds since 2005.

13.    "Reimbursement" of all "Disability Benefits" for my son "Christian" denied to us since 1997, but was paid to others.

14.    Protection from Officials, Law Enforcement & others so I can purse Justice "in peace."

15.    I ask the Court if it would PLEASE Order my dad's remains/ashes or whatever is left of dad & that belonged to my dad, to be given to me "retroactively" since 2017 so I can still honor my Dad in *some* capacity.  I also ask for all of my dads "records" & to be named as his "Beneficiary."  It was my dad's "wishes."

16.    Court Order a "FULL ACCOUNTING" of all Estate/Trust Assets & immediately give them to us.  We ask the Court to Order "Probate Investigators" investigate

ALL Estate/Trust Asset.

17.     We ask for Judge Jerome Jones 1/5/98 Court Order giving us "FULL TITLE" to our home at 7414 Cardinal Circle in *Texas City* "retroactively" since 1/5/98. And, that Judge Jones 1/5/98 Court Order be "RECORDED" & Filed with the Galveston County Probate Court.

18.     We ask the Court to ORDER Ms. Jones & Mr. Stevens to "return, reimburse and/or replace" ALL Estate/Trust Assets, including but not limited too: ALL furniture, appliances, savings bonds, cash on-hand, ALL contents of Ms. Bell's "Safe Deposit Box, Jewelry, Furs, lawn equipment, Electronics, credit cards, ANNUITY, "Certificate of Deposit"/"CD" & any & all other Estate/Trust Assets and or property, real property, intellectual property, belonging to "Christopher Bell" and "Katie Saxton-Bell" known & unknown to us - be returned and/or given to us immediately, "with interest"    and "retroactively" since 1994.

19.     We respectfully ask the Court to ORDER the "IRS" reimburse us all "IRS Tax Refunds" given to my mother & others "retroactively" since 2001, when we should have had "Custody" of all our children.

20.     We *respectfully* ask the Court to ORDER the "Social Security Office" to reimburse and "back-pay" us "retroactively" since 1997, because our son "Christian" was indeed "disabled" when he was born, and, because the *Social Security Office* paid my mother & others due to "Christians" disability's, but "denied" *us*. We raised "Christian" and had him in our "Care & Custody" from 1997 until 2003

21.     We ask the Court to: ORDER Judge Jones 1/5/98 Court Order, be field

retroactively since 1/5/98 like he originally ORDERED.  And, ALL Estate/Trust

Assets & our house be given to us. And, Court Order to order "Court

Investigator's" to trackdown all Estate/Trust assets & give them to us,

and, to "retroactively" change the "Title" to our House in our Names & give it to

us like Judge Jones originally ORDERED.  (See 1/5/98 Court Transcript/Judge

Jones)

**Prayer**

My Prayer is that ALL *decisions, rulings & Court Orders* in Galveston County CPS &

Child-Custody Cases in which Suzanne Schwab-Radcliffe "illegally" presided-over, be "re-

opened" and OVERTURNED because they were ALL "tainted" with **Adoption**-bias' &

prejudice, and, because its "Family Court System" *discriminated* against "Biologial Parents" due

to Ms. Radcliffe's influence.  I Pray the *thousands* of U.S. Citizens "victimized" by Ms. Radcliffe,

including our family, *finally* receive "Justice."

I also Pray, I receive Justice in my Dad's Case and, all matters pertaining to my

"Dad," my son "Christian," and The Probate Case.

**Conclusion**

There was "NO CPS" when the *U.S. Constitution* was drafted.  State Adoption *did't exist.*

The U.S. Constitution "protected" *Biological* Family/Parents Rights. Radcliffe/Baker *did*

*not.*

Why is Texas Family Law so *flimsy* 1-phone call gets children taken & familys' separated?

Who decided placing children with complete total strangers was better than their Parents?

Who decided CPS could kidnap children without so much as a police report like in our case?

Who decided Foster/Adoptive Parents were "better" than *Biological* Parents?  Radcliffe?

Was it "Equal" for Mary Obialo to be paid Hundreds per/child for "my" children, & me $0?

Why aren't ALL Parents in Texas paid Equally? Why were *Non-Biological* paid more?

How can "any" *Biological* Family be "preserved" in a Pro-Adoption County like *Galveston*?

How is it that a bunch of *State Judges* can all sign & agree to appoint a Lawyer Judge?

Who gave Radcliffe permission to "discriminate" & use *Public Funds for* Adoption, *against* Biological Parents?

The *Civil Rights Act of 1964* bars "discrimination" using Public Funds. Ms. Radcliffe & her *Pro-Adoption* colleagues "discrimianted" against me & other "Biological" Family's in Galveston County by using Public Funds *exclusively* for Adoptive & Non-Biological Family's, against Biological Family's.

*Clearly*, the Defendants treated me "different" than others.

Ms. Radcliffe & Judge Baker *did not* use Public Funds "Equally," excluded *Biological* Familys from "Custody" Trials & Hearings, *did not* "reunify" *Biological* Family's & *did not* "return" Children to their Biological Parents, like me - as required by Law.  Ms. Radcliffe's visceral "hatred" towards me & her Adoption bias cost me Custody of all my children, years of "Family separation," pain, injury, debt, homelessness, poverty, my Voting Rights, my Civil Rights & years of "Injustice."

Who, made "Suzanne Schwab Radcliffe" *so powerful* that not even the Law could *stop* her from violating Law & abusing Civil/Human Rights *thousands* for over 16-years *without* accountability?

Who made "Mark Henry" so-powerful, he could *cruelly & inhumanely* "seize" my dad's "corpse" for "10-mos." until he was "too badly decomposed" to have an "open casket funeral" - *just because* he wanted to retaliate or get "revenge" for himself or Teresa Henry - *without* accountability?

Why didn't Mark Henry "re-open" ALL Ms. Radcliffe's Cases after she was exposed publicly?

Why does "Cronyism" & "Nepotism" prevail over Justice in Galveston County Courts?

Where is my son "Christian?"   And, why is nobody *except* me asking about his whereabouts?

I have not seen my son "Christian" since 2003 in-spite of the  COURT ORDER giving us "Unsupervised Visits" when we WON Trial.  As far as I'm concerned, my son is "missing."  I ask the Court to invite the "F.B.I." to intervene in this Case, and, find "Christian" and bring him home.

I Ask The Court to Consider CPS' "Illegal & Unconstitutional" Removal of My Children a "Kidnapping."  Especially in-lieu of the fact:  CPS "illegally" removed my children, and, 2) we were exonerated of ALL CPS *false* allegations at Trial.

CPS "removal" of my "6-children" was *Unconstitutional & Illegal*!

Under Ms. Radcliffe's *illegal* reign as Judge, *Biological* Parents *like me* were: not treated "Equally," *automatically* stripped of our Civil Rights & were treated *differently* than other Americans.

My Federal Protections were "not protected" in "any" Venue run by Suzanne Schwab-Radliffe. Radcliffe wouldn't allow it. She was "the Law."

CPS child removals were *supposed* to be conducted "by the Law." This did not happen in our Case. Per Statute. there must be an "emergency." There was NONE in our case once CPS/Police left "all-6" of my children in my Custody "for days" - thus, eliminating "emergency."

To date: there was "NO police investigation, NO police report. NO "Custody hearing." NO Custody Trial, NO "Speedy Trial." NO conviction," and, NO "arrest," except for "Teresa Henry's" "false-arrest" *2-vrs.* after the removal. which was DISMISSED.

CPS/Police *unlawfully* "seized" our innocent children, then "lied" about *why* they did it. We remained FREE, proving our innocence. We were NOT allowed by Judge Baker or Ms. Radcliffe to "face our accusers" throughout our entire 2001-2003 Case or Trial like other "accused."

Our Case. *like others* were "sealed/closed" to "conceal" CPS/Officials illegal acts. It wouldn't have happened had our entire Case been "RECORDED" *from start-to-finish*. As proof, "many" CPS Cases have been "Overturned." (See Article)      ALL CPS/Child-Custody Cases/Hearings/Trial & those who facilitate them need to be "RECORDED" from start-to-finish. held accountable and required to be "transparent."

Clearly, that did not happen in my Case.

I ask the Court to invite the "FBI" & *The Department of Justice* to Probe this Case.

The crux of this Case is that the judge in my Case was a lawyer & illegally Court Ordered my children be taken from me. How could I have ever gotten *Justice* in Court if the judge was a laywer? Lawyers don't judge. They litigate. Radcliffe did *both* Illegally & was forced to "resign" because of it.

Ms. Radcliffe was a "lawyer." Yet, her Court Orders still adversely impact my life? The IRS withheld "thousands" from us "yearly" because they said we did not have Custody of our children, when we "should have" had Custody all-along. We didn't due to Ms. Radcliffe.

I still can't Vote depending upon who's *President*. One President *Mandates* "I.D." Other's don't. I never know from *1-year-to-the-next* if I'm eligible to Vote? My Vote keeps getting "rejected." I meet opposition/complications every time I attempt to assert my Constitutional Right to *Vote*.

I still keep getting denied "Public Housing & other Housing because I don't have I.D. & due to my Religious & Spiritual Beliefs.

My own mother & the Attorney General's Office still has a $62,000.00 "Lien" against me due to "back child support" I *should not* owe because I should have been awarded "Custody" the same-day we WON Trial. May 2003.

We are owed "several" refunds & back restitution "retroactively" since 2001, and we "need it." The Defendant's actions have caused me much suffering, harm & injury & continue to do so.

Our Founding-Fathers were "God-Fearing Men" who believed in GOD. The Bible & Biological Familys & upheld "Family Rights." Clearly, Radcliffe, Judge Baker, CPS & others *did not* Believe in the U.S. Constitution.

It was not "discriminatory:" for an **Adoption**-County, **Adoption** CPS-Workers, **Adoption** Law Enforcement, **Adoption** Judges, **Adoption** Attorneys, **Adoption** Child-Advocates, **Adoption** Courts and an **Adoption** Family System ran by **Adoption** Officials - to "return" children or "reunite" *Biological* Family's - so they didn't. It was blatant "Discrimination." It was blatantly *Unconstitutional*.

I *Respectfully* ask the Court, to take the details I have disclosed in this Lawsuit into consideration, and, to GRANT me Justice, "protect" me & my pursuit for Justice.

Sheila Renee Bell - Pro Se
P.O. Box 1001
Galveston, TX  77553

203